UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ROY LEE WARD, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:25-CV-800-CCB-SJF |
| LLOYD ARNOLD, et al., | |
| Defendants. | |

### ORDER

Roy Lee Ward, by counsel, filed a motion for a preliminary injunction yesterday evening. ECF 26. The Court had just previously set an expedited discovery schedule and an evidentiary hearing on Claim 4, the sole remaining claim in this case. ECF 25. The Court now **CLARIFIES** that the purpose of the evidentiary hearing and the expedited discovery schedule is to resolve the motion for a preliminary injunction (ECF 26).

SO ORDERED on September 26, 2025.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT