**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | | |
|---|---|---|
| ROY LEE WARD, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 3:25-CV-800-CCB-SJF |
| | ) | |
| v. | ) | CAPITAL CASE |
| | ) | |
| LLOYD ARNOLD, COMMISSIONER | ) | **EXECUTION SCHEDULED** |
| INDIANA DEPARTMENT OF | ) | **OCTOBER 10, 2025** |
| CORRECTION AND | ) | **BEFORE THE HOUR OF SUNRISE** |
| RON NEAL, WARDEN | ) | |
| INDIANA STATE PRISON | ) | |
| | ) | |
| *Defendants.* | ) | |

## PETITIONER'S FIRST SET OF INTERROGATORIES TO RESPONDENT

Comes now the Petitioner, Roy Ward, through counsel, Laurence Komp and Michelle Law, and under Federal Rules of Civil Procedure Rules 26 and 33, requests Respondent provide written answers to the attached interrogatories within the time provided by Court order. The responses should be served upon undersigned counsel within the time set forth by the Court order of September 25, 2026.

Space has been provided below each interrogatory for you to type or legibly write your answers. You may attach additional pages if necessary to provide a complete and truthful answer to the interrogatories.

1. Explain the transportation process that was used to transport the vials of pentobarbital from the supplier to the Department of Correction that were used in Benjamin Ritchie's execution. What carrier/service was used to transport each vial of the pentobarbital from the supplier to IDOC? The date each vial was shipped from the supplier to IDOC? The address where the vials were sent? The date each vial arrived in at that address or in IDOC's possession?

   ANSWER:

2. Explain how the vials of pentobarbital that were purchased by IDOC and used in the execution of Benjamin Ritchie were packaged when they arrived at IDOC from the supplier. Describe with specificity how the parcel was packaged and how each individual vial was packaged when it arrived in IDOC's possession. Specifically, was each vial individually packaged and, if so, how? How was the parcel packaged? What was the material of the packaging made from? Besides the vials, list everything else that was contained in the package when it arrived.

ANSWER:

3. Describe where the vials of pentobarbital that were used to execute Benjamin Ritchie were kept when they came into IDOC's possession. Describe the location where they are kept and the specific environment where they are kept. Who had possession of the vials and what is that person's qualifications and experience with managing and storing drugs? Please describe the place where each vial is kept, including the temperature of the area where it is kept? Besides the person who has possession of the drugs, who else has access to the drug? How often is the temperature of the environment where the drug is kept is monitored? Once the drug is in IDOC's possession, how is the temperature where the vials are kept maintained and who monitors the temperature and how often? What temperature are the vials stored at and what equipment is used to maintain that temperature? Is a log or record kept of the temperature and conditions where the drug is kept?

ANSWER:

4. When the vials of pentobarbital that were used to execute Benjamin Ritchie arrived at IDOC, did they contain the original label and was it in its original packaging? Describe the packaging and label that was on each vial when it arrived. Please describe the packaging and label and what information was contained on each.

ANSWER:

5. Explain the transportation process that was used to transport the vials of pentobarbital from the supplier to the Department of Correction that will be used in Roy Ward's execution. What carrier/service was used to

transport each vial of the pentobarbital from the supplier to IDOC? The date each vial was shipped from the supplier to IDOC? The address where the vials were sent? The date each vial arrived in at that address or in IDOC's possession?

ANSWER:

6. Explain how the vials of pentobarbital that were purchased by IDOC that will be used to execute Roy Ward were packaged when they arrived at IDOC from the supplier. Describe with specificity how the parcel was packaged and how each individual vial was packaged when it arrived in IDOC's possession. Specifically, was each vial individually packaged and, if so, how? How was the parcel packaged? What was the material of the packaging made from? Besides the vials, list everything else that was contained in the package when it arrived.

ANSWER:

7. Describe where the vials of pentobarbital that will be used to execute Roy Ward have been kept since they came into IDOC's possession. Describe

the location where they are kept and the specific environment where they are kept. Who has possession of the vials and what is that person's qualifications and experience with managing and storing drugs? Please describe the place where each vial is kept, including the temperature of the area where it is kept? Besides the person who has possession of the drugs, who else has access to the drug? How often is the temperature of the environment where the drug is kept is monitored? Once the drug is in IDOC's possession, how is the temperature where the vials are kept maintained and who monitors the temperature and how often? What temperature are the vials stored at and what equipment is used to maintain that temperature? Is a log or record kept of the temperature and conditions where the drug is kept?

ANSWER:


8. When the vials of pentobarbital that will be used to execute Roy Ward arrived at IDOC, did they contain the original label and was it in its original packaging? Describe the packaging and label that was on each vial when it arrived. Please describe the packaging and label and what information was contained on each.

ANSWER:

9. Please list the experience and qualifications that person had to perform that task for the person who inserted the IV into Benjamin Ritchie's arm that was used to deliver the pentobarbital to Mr. Ritchie

ANSWER:

10. For the person who will insert the IV into Roy Ward's arm that will be used to deliver the pentobarbital to Mr. Ward, please list the experience and qualifications that person has to perform that task. Will it be the same person who performed this task for Benjamin Ritchie's execution?

ANSWER:

11. With respect to the IV line that is used to administer the drug to the convicted person during the execution, please provide the following information: How many people push the drug through the IV? How long is the IV line? That is what is the length of the IV line from where

the drug enters the IV line to where the IV line connects to the convicted person's body.

ANSWER:

12. IDOC has admitted to using manufactured, not compounded drugs. What is your definition of manufactured drugs? Does it include drugs that are prepared by a 503(b) or 503(a) entity?

ANSWER:

13. After Benjamin Ritchie was executed, has IDOC made any changes to the execution protocol? If so, what are the changes? Was an investigation or post-execution review conducted? What were the results of that investigation or post-execution review?

ANSWER:

Respectfully submitted,

*/s/ Laurence E. Komp*
LAURENCE E. KOMP, MO. Bar #40446
MICHELLE M. LAW, MO. Bar #45487
Capital Habeas Unit
Federal Public Defender

        Western District of Missouri
1000 Walnut St., Ste. 600
Kansas City, MO 64106
(816) 675-0923
laurence_komp@fd.org
faith_tan@fd.org
michelle_law@fd.org

*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 26, 2025, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system and sent it via email to Tyler Banks and Sierra Murray, Office of Indiana Attorney General, at Tyler.Banks@atg.in.gov and Sierra.Murray@atg.in.gov.

      /s/ Laurence E. Komp
Laurence E. Komp