An official website of the United States government    Here's how you know ⌄

U.S. FOOD & DRUG
ADMINISTRATION

Search    Menu

← Home / Drugs / Guidance, Compliance, & Regulatory Information / Human Drug Compounding / 503B Bulk Drug Substances List

# 503B Bulk Drug Substances List

### Human Drug Compounding

Compounding: Inspections, Recalls, and other Actions

Human Drug Compounding Laws

Human Drug Compounding Policies and Rules

Compounding Risk Alerts

Understanding the Risks of Compounded Drugs

Compounding Oversight and Compliance Actions

Information for Outsourcing Facilities

Registered Outsourcing Facilities

Bulk Drug Substances Used in Compounding

Consumer and Health Care Professional Information

Compounding Information for States

Compounding Research

**Compounding Quality Center of Excellence**

Updated August 21, 2023

FDA is evaluating bulk drug substances that were nominated for inclusion on the 503B bulks list, proceeding case by case, under the standard provided by the statute.

FDA has evaluated the following bulk drug substances and determined that there is a clinical need for outsourcing facilities to compound drug products using these bulk drug substances under section 503B of the FD&C Act:

**Content current as of:**
05/16/2024

**Regulated Product(s)**
Drugs

| Bulk Drug Substances Included on the 503B Bulks List | Federal Register Citation | Date of Publication |
|---|---|---|
| Diphenylcyclopropenone (for topical use only) | 87 FR 4240 | 1/27/2022 |
| Glycolic acid (for topical use in concentrations up to 70% only) | 87 FR 4240 | 1/27/2022 |
| Quinacrine HCl (for oral use only) | 88 FR 20531 | 4/6/2023 |
| Squaric acid dibutyl ester (for topical use only) | 87 FR 4240 | 1/27/2022 |
| Trichloroacetic acid (for topical use only) | 87 FR 4240 | 1/27/2022 |

FDA has evaluated the following bulk drug substances and determined that there is not a clinical need for outsourcing facilities to compound drug products using these bulk drug substances under section 503B of the FD&C Act:

| Bulk Drug Substances Not Included on the 503B Bulks List | Federal Register Citation | Date of Publication |
|---|---|---|
| Diazepam | 87 FR 4240 | 1/27/2022 |
| Dipyridamole | 87 FR 4240 | 1/27/2022 |
| Dobutamine hydrochloride | 87 FR 4240 | 1/27/2022 |
| Dopamine hydrochloride | 87 FR 4240 | 1/27/2022 |
| Edetate calcium disodium | 87 FR 4240 | 1/27/2022 |
| Ephedrine sulfate | 88 FR 56837 | 8/21/2023 |
| Folic acid | 87 FR 4240 | 1/27/2022 |
| Glycopyrrolate | 87 FR 4240 | 1/27/2022 |
| Hydroxychloroquine sulfate | 88 FR 56837 | 8/21/2023 |
| Hydroxyzine hydrochloride | 88 FR 20531 | 4/6/2023 |
| Mannitol | 88 FR 20531 | 4/6/2023 |
| Methacholine chloride | 88 FR 20531 | 4/6/2023 |
| Metoclopramide hydrochloride | 88 FR 20531 | 4/6/2023 |
| Nalbuphine hydrochloride | 88 FR 20531 | 4/6/2023 |
| Nicardipine hydrochloride | 84 FR 7383 | 3/4/2019 |
| Potassium acetate | 88 FR 20531 | 4/6/2023 |
| Procainamide hydrochloride | 88 FR 20531 | 4/6/2023 |
| Sodium bicarbonate | 88 FR 20531 | 4/6/2023 |

| | | |
|---|---|---|
| **Sodium nitroprusside** | 88 FR 20531 | 4/6/2023 |
| **Sodium thiosulfate** (except for topical administration which will be evaluated in a future Federal Register notice) | 87 FR 4240 | 1/27/2022 |
| **Vasopressin** | 84 FR 7383 | 3/4/2019 |
| **Verapamil hydrochloride** | 88 FR 20531 | 4/6/2023 |

---

Was this page helpful? *

◯ Yes

◯ No

**Submit**

🇺🇸 An official form of the United States government. Provided by Touchpoints ↗

---

| | | |
|---|---|---|
| FDA Archive | Visitor Information | FOIA |
| About FDA | Website Policies / Privacy | HHS.gov |
| Accessibility | No FEAR Act | USA.gov |
| | Vulnerability Disclosure Policy | |

Contact FDA



☎ 1-888-INFO-FDA (1-888-463-6332)


Top

Updated March 21, 2025

# Bulk Drug Substances Nominated for Use in Compounding Under Section 503B of the Federal Food, Drug, and Cosmetic Act

Three categories of bulk drug substances:
- Category 1: Bulk Drug Substances Under Evaluation
- Category 2: Bulk Drug Substances that Raise Significant Safety Risks
- Category 3: Bulk Drug Substances Nominated Without Adequate Support

**Updates to Categories of Substances[1] Nominated for the 503B Bulk Drug Substances List**

These bulk drug substances were nominated prior to the date of publication of the guidance for industry "Interim Policy on Compounding Using Bulk Drug Substances Under Section 503B of the Federal Food, Drug, and Cosmetic Act" (January 2025).[2]

Additions to category 1:

- Albuterol sulfate
- Atorvastatin calcium
- Eflornithine hydrochloride
- Rosuvastatin calcium
- Topiramate
- Vardenafil hydrochloride

Additions to category 3:

- Phenylpropanolamine bitartrate
- Phenylpropanolamine maleate

FDA will add phenylpropanolamine bitartate and phenylpropanolamine maleate to category 3 because they were nominated with insufficient supporting information for FDA to evaluate them. However, FDA has identified significant safety risks related to these substances. Therefore, the category 3 entry will include a notation of the safety risks associated with phenylpropanolamine bitartate and phenylpropanolamine maleate, including hemorrhagic stroke.

---

[1] For purposes of section 503B of the FD&C Act, bulk drug substance means an active pharmaceutical ingredient as defined in 21 CFR 207.1. "Bulk drug substance" (BDS) and "active pharmaceutical ingredient" (API) may be used interchangeably with "substance" throughout this document.

[2] This guidance replaced the 2017 503B Interim Policy Guidance and ended the categorization of bulk drug substances into Categories 1, 2, or 3 for those bulk drug substances nominated on or after the date of publication of the final guidance (January 7, 2025). Visit https://www.fda.gov/media/94402/download.

**Updated March 21, 2025**

FDA will move the following substances from category 3 to category 1 because FDA received new nominations for them with sufficient supporting information:

- Cidofovir
- Desonide

Revisions to category 3:

- FDA will remove "Disodium phosphate" because it is the same substance as Sodium phosphate dibasic, which is in category 3.
- FDA will remove "Disodium Salt, Trihydrate" because the agency determined that it is a typographical error. FDA did not receive a nomination for "Disodium Salt, Trihydrate."
- FDA will remove "Iodochlorhydroxyquin" because it is the same substance as Clioquinol, which is in category 1.
- Remove Lactose monohydrate from category 3 because the agency determined that it was originally added to category 3 in error. FDA did not receive a nomination for "Lactose monohydrate."
- Remove Mercuric oxide from category 3 because the agency determined that it was originally added to Category 3 in error. FDA did not receive a nomination for "Mercuric oxide."
- Remove Mercuric sulfide from category 3 because the agency determined that it was originally added to category 3 in error. FDA did not receive a nomination for "Mercuric sulfide."
- Remove Microcrystalline cellulose from category 3 because the agency determined that it was originally added to category 3 in error. FDA did not receive a nomination for "Microcrystalline cellulose."
- Remove "Monosodium phosphate" from category 3 because it is the same substance as Sodium phosphate monobasic, which is in category 1.
- Remove Potassium hydroxide from category 3 because the agency determined that it was originally added to category 3 in error. FDA did not receive a nomination for "Potassium hydroxide."
- Remove Powdered cellulose from category 3 because the agency determined that it was originally added to category 3 in error. FDA did not receive a nomination for "Powdered cellulose."
- Remove Pyridoxine from category 3 because the agency determined that it was originally added to category 3 in error. FDA did not receive a nomination for "Pyridoxine."
- FDA will remove "Theophylline, anhydrous" because it is included in the USP monograph for theophylline, which is in category 1.

2

**Updated March 21, 2025**

## 503B Category 1: Bulk Drug Substances Under Evaluation

**Designates bulk drug substances that are components of FDA approved drugs[3]

Bulk drug substances used in compounding under section 503B of the FD&C Act must meet certain other requirements, including, if an applicable monograph exists under the United States Pharmacopeia (USP), National Formulary (NF) or another compendium or pharmacopeia recognized by the Secretary, the bulk drug substance complies with the monograph.

For the purposes of the bulk drug substance names in the categories, hydrates of a bulk drug substance (i.e., compounds containing water of crystallization), when described in the applicable USPNF drug substance monograph, are included in the scope of the bulk drug substance name. However, the differences in physico-chemical properties (e.g., solubility, stability) of anhydrous versus hydrated forms of the nominated bulk drug substance could have potential impact on the performance of the compounded drug product.

As a result, outsourcing facilities should be mindful of any such potential differences, and when evaluating the appropriate form (anhydrous or hydrate) of the nominated BDS for compounding should assess whether such difference in physico-chemical characteristics (e.g., solubility, stability) could have any adverse impact on the performance of the compounded preparation.

- 5-Methyltetrahydrofolate Calcium
- Acetaminophen**
- Acetylcysteine**
- Acyclovir**
- Adapalene**
- Adenosine**
- Albuterol sulfate**
- Allantoin
- Alpha Lipoic Acid
- Alprostadil**
- Aluminum Chloride
- Aluminum potassium sulfate
- Amantadine Hydrochloride**
- Aminophylline**
- Amiodarone Hydrochloride**
- Amitriptyline Hydrochloride**
- Amphotericin B**
- Anastrozole**
- Arginine Hydrochloride/L-arginine Hydrochloride**
- Ascorbic acid**
- Ascorbyl Palmitate
- Aspartic Acid
- Atenolol**
- Atorvastatin calcium**
- Atropine sulfate**
- Azelaic Acid**
- Azithromycin**
- Baclofen**
- Benzocaine
- Benzoyl Peroxide**
- Betahistine Hydrochloride
- Betamethasone Acetate**
- Betamethasone Dipropionate**
- Betamethasone Sodium Phosphate**
- Betamethasone Valerate**

---

[3] A condition of section 503B of the FD&C Act is that the compounded drug product is not essentially a copy of one or more approved drug products. For more information about the "essentially a copy" provision in section 503B, visit FDA's guidance for industry "Compounded Drug Products That Are Essentially Copies of Approved Drug Products Under Section 503B of the Federal Food, Drug, and Cosmetic Act." In addition, FDA does not intend to take action against an outsourcing facility for failing to compound in accordance with section 503B(a)(5) if it fills orders for a compounded drug that is essentially a copy of an approved drug that has been discontinued and is no longer marketed. Bulk drug substances in category 1 that are components of FDA-approved drugs are designated with two asterisks (**) below.

**Updated March 21, 2025**

- Beta-Nicotinamide Adenine Dinucleotide
- Bethanechol Chloride**
- Bimatoprost**
- Biotin**
- Bismuth Nitrate Oxide
- Boric Acid
- Brilliant Blue G**
- Brimonidine Tartrate**
- Bromfenac sodium (for ophthalmic solutions only) **
- Brompheniramine maleate**
- Budesonide**
- Bumetanide**
- Bupivacaine Hydrochloride**
- Caffeine**
- Calcipotriene**
- Calcium Chloride**
- Calcium Gluconate**
- Cantharidin
- Capsaicin**
- Carbamazepine**
- Chloramphenicol (except for oral administration)
- Chloroquine Phosphate**
- Chlorpheniramine Maleate**
- Chlorpromazine Hydrochloride**
- Cholestyramine Resin**
- Choline Chloride
- Chromic Chloride**
- Chromium Chloride**
- Ciclopirox Olamine**
- Cidofovir**
- Cimetidine**
- Ciprofloxacin Hydrochloride**
- Citric Acid Anhydrous**
- Citrulline/L-Citrulline
- Clindamycin Hydrochloride**
- Clindamycin Phosphate**
- Clioquinol**
- Clobetasol Propionate**
- Clomipramine Hydrochloride**
- Clonidine Hydrochloride**
- Clotrimazole**
- Coal Tar Solution
- Cocaine Hydrochloride**
- Copper Gluconate
- Cromolyn Sodium**
- Cupric Sulfate**
- Cyanocobalamin**
- Cyclobenzaprine Hydrochloride**
- Cyclopentolate Hydrochloride**
- Cyclosporine/Cyclosporine A**
- Dapiprazole Hydrochloride**
- Dapsone**
- Deoxy-D-Glucose
- Desonide**
- Desoximetasone**
- Dexamethasone Acetate
- Dexamethasone Sodium Phosphate**
- Dexpanthenol**
- Dextromethorphan hydrobromide**
- DHEA (dehydroepiandrosterone) **
- D-glucose**
- Dibucaine Hydrochloride**
- Diclofenac Sodium**
- Diiodohydroxyquinoline
- Diltiazem Hydrochloride**
- Dimercaprol**
- Dimercapto-1-propanesulfonic acid (DMPS)**
- Diphenhydramine Hydrochloride**
- Disulfiram**
- Dorzolamide Hydrochloride**
- Doxycycline Hyclate**
- Droperidol**
- Dutasteride**
- Dyclonine Hydrochloride**
- Econazole Nitrate**
- Edetate disodium (for ophthalmic use only)
- Eflornithine hydrochloride**
- Enalapril Maleate**
- Ephedrine Hydrochloride
- Epinephrine**
- Epinephrine Bitartrate**
- Erythromycin Ethylsuccinate**
- Estradiol**
- Estradiol Cypionate**
- Estriol
- Estrone**
- Ethanol**
- Etomidate**

4

**Updated March 21, 2025**

- Famotidine**
- Fentanyl Citrate**
- Ferric subsulfate
- Finasteride**
- Fluconazole**
- Fluocinolone Acetonide**
- Fluocinonide**
- Fluorouracil**
- Fluoxetine HCl**
- Flurbiprofen**
- Fluticasone Propionate**
- Furosemide**
- Gabapentin**
- Gamma-Aminobutyric Acid
- Gatifloxacin (for ophthalmic solutions only)**
- Gentamicin Sulfate**
- GHRP-2 (except for injectable and nasal routes of administration)
- Glucosamine Sulfate Potassium Chloride
- Glucosamine Sulfate Sodium Chloride
- Glutamic acid**
- Glutamine**
- Glutathione
- Glycerin**
- Gonadorelin Acetate**
- Guaifenesin**
- Haloperidol**
- Heparin sodium**
- Hyaluronic acid sodium salt
- Hydralazine Hydrochloride**
- Hydrochloric Acid
- Hydrocortisone**
- Hydromorphone Hydrochloride**
- Hydroquinone**
- Hydroxocobalamin**
- Hydroxocobalamin Hydrochloride
- Hydroxyprogesterone caproate**
- Hydroxyzine Pamoate**
- Ibuprofen**
- Imipramine Hydrochloride**
- Imiquimod**
- Indomethacin**
- Inositol
- Iodoform
- Isoproterenol Hydrochloride**

- Isotretinoin**
- Itraconazole**
- Ivermectin**
- Ketamine Hydrochloride**
- Ketoconazole**
- Ketoprofen**
- Ketorolac Tromethamine**
- Labetalol Hydrochloride**
- Lactic Acid**
- Lansoprazole**
- Latanoprost**
- Levocarnitine**
- Levocetirizine Dihydrochloride**
- Lidocaine**
- Lidocaine Hydrochloride**
- Lincomycin Hydrochloride**
- L-Lysine
- L-lysine Hydrochloride/Lysine Hydrochloride
- Lorazepam**
- Loteprednol etabonate**
- L-Ornithine Hydrochloride
- L-Proline
- Magnesium Chloride **
- Magnesium Sulfate **
- Malic Acid
- Manganese Chloride**
- Manganese Sulfate **
- Medroxyprogesterone Acetate**
- Menthol**
- Meperidine Hydrochloride (a.k.a. Pethidine Hydrochloride) **
- Methadone Hydrochloride**
- Methionine/ Methionine (L)
- Methylcobalamin/Methyl B12
- Methylprednisolone Acetate**
- Methylsulfonylmethane (MSM)
- Metronidazole**
- Miconazole nitrate**
- Midazolam Hydrochloride**
- Mineral Oil**
- Minocycline Hydrochloride**
- Minoxidil**
- Mitomycin**
- Mometasone Furoate**
- Monosodium Glutamate

5

- Morphine Sulfate **
- Moxifloxacin hydrochloride**
- Mupirocin**
- Naloxone Hydrochloride**
- Naltrexone**
- Naltrexone Hydrochloride**
- Nandrolone Decanoate**
- Neostigmine Methylsulfate**
- Nepafenac**
- Niacin**
- Niacinamide**
- Nicotinamide riboside chloride
- Nifedipine**
- Norepinephrine Bitartrate**
- Nystatin**
- Ondansetron Hydrochloride**
- Oxymetazoline Hydrochloride**
- Oxytocin**
- Papaverine Hydrochloride
- Pentoxifylline**
- Phenol
- Phenoxybenzamine Hydrochloride**
- Phentolamine Mesylate**
- Phenylephrine Hydrochloride**
- Phosphatidylcholine
- Phytonadione**
- Podophyllum
- Podophyllum Resin
- Polidocanol**
- Polymyxin B Sulfate**
- Potassium chloride**
- Potassium Phosphate Monobasic [$KH_2PO_4$]**
- Potassium Phosphate Dibasic [$K_2HPO_4$]/ Potassium Phosphate Dibasic Anhydrous**
- Pramoxine hydrochloride**
- Precipitated Sulfur
- Prednisolone**
- Prednisolone Acetate**
- Prednisolone Sodium Phosphate**
- Prilocaine**
- Procaine Hydrochloride**
- Progesterone**
- Promethazine Hydrochloride**
- Proparacaine Hydrochloride**
- Propranolol hydrochloride**
- Prostaglandin E1**
- Pyridoxal 5-Phosphate Monohydrate
- Pyridoxine Hydrochloride**
- Remifentanil Hydrochloride**
- Riboflavin Sodium Phosphate **
- Rocuronium Bromide**
- Ropivacaine Hydrochloride**
- Rosuvastatin calcium**
- Ruxolitinib phosphate**
- Salicylic Acid
- Scopolamine hydrobromide
- Sermorelin Acetate**
- Sildenafil Citrate**
- Sincalide **
- Sodium Acetate Anhydrous**
- Sodium Ascorbate**
- Sodium Benzoate**
- Sodium Chloride**
- Sodium Citrate**
- Sodium Iodide I-131**
- Sodium L-Aspartate Monohydrate
- Sodium Molybdate
- Sodium phosphate/Sodium Phosphate Monobasic**
- Sodium Selenite Pentahydrate
- Sodium Tetradecyl Sulfate**
- Sodium thiosulfate (for topical administration only)**
- Spironolactone**
- Succinylcholine Chloride**
- Sufentanil Citrate**
- Sulfacetamide Sodium**
- Sulfamethoxazole**
- Sulfan Blue
- Tacrolimus**
- Tadalafil**
- Taurine
- Tazarotene**
- Terbinafine Hydrochloride**
- Testosterone**
- Testosterone Cypionate**
- Testosterone Enanthate**
- Testosterone Propionate**
- Tetracaine**
- Tetracaine Hydrochloride**

6

**Updated March 21, 2025**

- Tetracycline Hydrochloride**
- Theophylline**
- Thiamine Hydrochloride (vitamin B1) **
- Thymol iodide
- Timolol Maleate**
- Tofacitinib Citrate**
- Tolnaftate**
- Topiramate**
- Tramadol Hydrochloride**
- Tranexamic Acid**
- Tretinoin**
- Triamcinolone
- Triamcinolone Acetonide**
- Triamcinolone diacetate**
- Trimethoprim**
- Tromethamine**
- Tropicamide**

- Trypan Blue**
- Ubidecarenone (Coenzyme Q10)
- Urea**
- Valacyclovir Hydrochloride**
- Vancomycin Hydrochloride**
- Vardenafil Hydrochloride**
- Vecuronium Bromide**
- Vitamin A acetate
- Vitamin D3**
- Ziconotide**
- Zinc chloride**
- Zinc Oxide**
- Zinc pyrithione**
- Zinc Sulfate**

7

**Updated March 21, 2025**

### 503B Category 2: Bulk Drug Substances that Raise Significant Safety Risks

Visit Safety Risks Associated with Certain Bulk Drug Substances Nominated for Use in Compounding for a summary of the identified safety risks for bulk drug substances in category 2.

- Chloral Hydrate
- Diethylstilbestrol[4]
- Edetate Disodium (except for ophthalmic use)
- GHRP-2 (for injectable and nasal routes of administration)
- GHRP-6
- Ibutamoren Mesylate
- Ipamorelin Acetate
- Neomycin sulfate (all parenteral drug products containing neomycin sulfate except when used for ophthalmic or otic use or in combination with polymyxin B sulfate for irrigation of the intact bladder)
- Quinacrine Hydrochloride for intrauterine administration
- Tranilast

---

[4] All oral and parenteral drug products containing 25 mg or more of diethylstilbestrol per unit dose are on the list of drug products withdrawn or removed from the market for reasons of safety or effectiveness (Withdrawn or Removed List) (21 CFR 216.24). The agency is placing diethylstilbestrol products containing less than 25 mg of diethylstilbestrol per unit dose in category 2 given the established positive association between diethylstilbestrol exposure and cancer.

8

**503B Category 3: Bulk Drug Substances Nominated Without Adequate Support**

- 4-Aminopyridine
- 7-Keto Dehydroepiandrosterone, Micronized
- Acacia Gum, Spray-Dried Powder
- Acacia Syrup
- Acesulfame Potassium
- Acetanilide
- Acetic acid
- Acetic Acid, 3% (w/v) Aqueous Solution
- Acetic Acid, 5% (w/v) Aqueous Solution
- Acetone
- Acetone Sodium Bisulfite
- Acetyl Hexapeptide-3
- Acetyl-L-Carnitine hydrochloride
- Adenosine-5-triphosphate disodium salt
- Agar
- Alcloxa
- Aldioxa
- Aldosterone
- Alfalfa
- Alfalfa leaves
- Alginic acid
- Aliphatic Polyesters
- Allantoin (with aminobenzoic acid)
- Almadrate sulfate
- Aloe ingredients (aloe, aloe extract, aloe flower extract, aloe vera, aloe vera gel extract)
- Aloin
- Alpha Ketoglutaric acid
- Alumina Powder, hydrated
- Aluminum acetate
- Aluminum phosphate adjuvant
- Aluminum phosphate
- Aluminum sulfate
- Aminacrine Hydrochloride
- Aminoacetic acid
- Ammonia solution, strong
- Ammonium Alginate
- Ammonium bromide
- Ammonium chloride
- Ammonium hydroxide
- Anise oil
- Anise seed
- Argentyn
- Arginine

- Aromatic powder
- Asafetida
- Asafetida Tincture
- Asclepias tuberosa
- Asparagus
- Aspartame
- Attapulgite
- Barosma
- Basic Fuchsin
- Beachwood creosote
- Bean
- Benzalkonium Chloride
- Betamechlomethasone
- Beta-nicotinamide adenine dinucleotide disodium salt, trihydrate
- Bethanechol
- Bichloroacetic Acid/Dichloroacetic Acid
- Bipeptide Biocosmetic
- Bronopol
- Buffer Solution, pH Buffer Acid (pH 4.01)
- Buffer Solution, pH Buffer Alkaline (pH 10.00)
- Buffer Solution, pH Buffer Neutral (pH 7.00)
- Butylated Hydroxytoluene
- Butylene Glycol
- Calcium Alginate
- Calcium Folinate
- Calcium glycinate
- Cannabidiol and cyclodextrin
- Capsules, Empty Gelatin Vegetable
- Carbamide
- Carbazochrome
- Carbimazole
- Carbolic Acid
- Carbomer 940 /Carbomer gel (aqueous)/Carbomer gel (hydroalcoholic)
- Caustic Potash
- Caustic Soda (sodium hydroxide)
- Cedarwood Essential Oil
- Ceratonia
- Ceresin
- Cetrimide
- Chloramphenicol Palmitate (for topical and otic administration)
- Chlorhexidine Diacetate Hydrate
- Choline Bitartrate

**Updated March 21, 2025**

- Choline magnesium trisalicylate
- Chondroitin Sulfate
- Chromium glycinate
- Chrysin
- Cocoa butter
- Coconut Oil Edible
- Coenzyme Q50
- Colophony
- Copper
- Copper Bisglycinate
- Copper Hydrosol
- Corn Oil
- Corn Starch
- Corn Starch and Pregelatinized Starch
- Cottonseed Oil
- Creatine, Monohydrate
- Cucumber Melon Fragrance
- Cyclopentolate
- Decyl Oleate
- Decylmethylsulfoxide
- Diaminopyridine (3,4-)
- Difluoroethane
- Diindolymethane
- Dimercaptosuccinic acid
- Dimethyl Ether (aka Methoxymethane)
- Dimethyl Ketone
- Dimethyl Phthalate
- Dimethylacetamide
- Dimethylaminoethanol Bitartrate
- Dimethylaminoethanol Complex
- Dimethylglycine Hydrochloride
- Dinitrochlorobenzene
- Dipropylene Glycol
- Disodium Hydrogen Phosphate
- DL-Phenylalanine
- Docosanol

- Dodecyl Gallate
- Domperidone
- Edetate tetrasodium tetrahydrate
- Epinephrine hydrochloride
- Ergoloid Mesylates
- Ergotamine Tartrate
- Ethanolamine
- Ethyl Lactate
- Ethylene Vinyl Acetate
- Ferric sulfate hydrate
- Ferric sulfate solution
- Folinic acid calcium salt
- Formaldehyde
- Formoterol Fumarate Dihydrate
- Fructose and Pregelatinized Starch
- Germanium Sesquioxide[5]
- Ginger root powder
- Ginko Biloba Standardized Extract
- Gluconic acid calcium salt
- Glutaraldehyde solution
- Glycerol Formal
- Glyceryl Monostearate
- Glyceryl Palmitostearate
- Glycofurol
- Glydiazinamide
- Grape seed oil
- Gum Arabic
- Hectorite
- Heptafluoropropane
- Hexetidine
- Hydrazine sulfate
- Hydrogen Peroxide
- Hydroxyethylpiperazine Ethane Sulfonic Acid
- Hydroxymethylmethyl Cellulose
- Ichthammol
- ICU Bottom Paste (Maalox)

---

[5] Germanium sesquioxide is likely to be contaminated with highly toxic inorganic forms of germanium salts which can be toxic to the kidneys. Germanium products, including products offered under the name germanium sesquioxide, have resulted in nephrotoxicity (kidney injury) and death, even at recommended use levels. Visit https://wayback.archive-it.org/7993/20170723121621/https://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/PharmacyCompoundingAdvisoryCommittee/UCM465542.pdf, Import Alert 54-07 (fda.gov).

**Updated March 21, 2025**

- Indigo Carmine
- Indole-3-carbinol
- Inositol Hexanicotinate
- Iopanoic Acid
- Iron Glycinate Chelate
- Isopropyl Isostearate
- Kaolin, Colloidal Powder
- Karaya Gum
- Ketotifen Fumarate
- Kojic Acid
- Lactose, Monohydrate and Corn Starch
- Lactose, Monohydrate and Microcrystalline Cellulose
- Lactose, Monohydrate and Powdered Cellulose
- Lactose, Spray-Dried
- Lanolin, Hydrous
- L-Aspartic Acid Sodium Salt
- Lavender Oil
- L-Carnosine
- L-Cysteine
- Lecithin Soya Granular
- Lecithin Organogel
- Levomenthol
- Levulose
- L-Histidine Monohydrochloride, Monohydrate
- Linoleic Acid
- Liquid paraffin
- Liquid petrolatum
- Loxasperse
- L-Triiodothyronine Sodium
- Lysine aspirin
- Magaldrate
- Magnesium
- Magnesium aluminum silicate
- Magnesium aluminosilicate
- Magnesium ascorbate
- Magnesium bisglycinate
- Magnesium Bisglycinate Dihydrate 11%
- Magnesium carbonate
- Magnesium citrate
- Magnesium citrate (oral)
- Magnesium glycinate
- Magnesium Glycinate 15%
- Magnesium hydroxide
- Magnesium oxide
- Magnesium salicylate
- Magnesium stearate
- Magnesium trisilicate
- Malt
- Malt soup extract
- Maltodextrin
- Manganese Bisglycinate
- Manganese citrate
- Mannitol and sorbitol
- MBK
- m-cresol
- Meclizine Hydrochloride
- Medium Cream
- Menfegol
- Menthol/peppermint oil
- Meradimate (menthyl anthranilate)
- Meralein sodium
- Merbromin
- Mercufenol chloride
- Mercuric chloride
- Mercuric salicylate
- Mercuric sulfide, red/Mercury sulfide
- Mercury
- Mercury-containing ingredient
- Mercury oleate
- Mercury, ammoniated
- Metaproterenol sulfate
- Methapyrilene fumarate
- Methapyrilene hydrochloride
- Methenamine
- Methoxyphenamine Hydrochloride
- Methoxypolyoxyethyleneglycol 550 laurate
- Methyl nicotinate
- Methyl salicylate
- Methylbenzethonium chloride
- Methylcellulose
- Methylcellulose Gel 1%
- Methylcellulose Oral Solution
- Methylparaben
- Milk and molasses
- Milk of sulfur
- Milk solids, dried

11

**Updated March 21, 2025**

- Mineral oil and Lanolin Alcohols
- Mineral oil, light
- Minerals
- Molasses
- Molybdenum Glycinate
- Mono- and di-glycerides
- Monosodium L-Aspartate
- Mullein
- Mustard oil (alltlishthiocyanate)
- Mycozyme
- Myrrh
- Myrrh (fluid extract)
- Myrrh gum tincture
- Myrrh tincture
- N-Acetyl-D-Glucosamine
- Naphazoline Hydrochloride
- Naphazoline Hydrochloride (jelly)
- Natural estrogenic hormone
- Neohesperidine Dihydrochalcone
- Neomycin ointment (combination only)
- Neomycin sulfate
- Neomycin sulfate cream
- Nettle
- Nickel-pectin
- Nicotinamide
- Nicotinic Acid
- Nitromersol
- Non-Fat Dry Milk
- Nonylphenoxypoly (ethyleneoxy) ethanol iodine
- Nonylphenoxypoly nonoxynol 9
- Noscapine
- Noscapine Hydrochloride
- Nutmeg oil
- Nux vomica extract
- Obtundia
- Octinoxate
- Octisalate
- Octocrylene
- Octoxynol 9
- Octyl Gallate
- Octyl triazone
- Oil of erigeron
- Opium powder
- Opium tincture

- Organic vegetables
- Orthophosphoric acid
- Ox bile
- Ox bile extract
- Oxitriptan
- Oxybenzone
- Oxyquinoline
- Oxytetracycline Hydrochloride
- Padimate a
- Padimate o
- Pambron
- Panthenol
- Pantothenic acid
- Papaverine
- Papaya enzymes
- Papaya, natural
- Para-chloromercuriphenol
- Paraffin
- Paregoric
- Parethoxycaine Hydrochloride
- Parsley
- Passion flower extract
- Patchouli Essential Oil
- Pectin
- Pennyroyal Oil
- Pentylenetetrazole
- Peppermint
- Peppermint Oil
- Peppermint Oil (mouthwash)
- Peppermint Oil and Sage Oil
- Peppermint Spirit
- Peruvian Balsam
- Peruvian balsam oil
- Petrolatum
- Petrolatum and lanolin alcohols
- Phenacaine Hydrochloride
- Phenindamine Tartrate
- Pheniramine Maleate
- Phenobarbital
- Phenolate sodium
- Phenolphthalein
- Phenoxyacetic acid
- Phenyl salicylate
- Phenylalanine

12

**Updated March 21, 2025**

- Phenylephrine bitartrate (effervescent)
- Phenylmercuric Borate
- Phenylmercuric acetate
- Phenylmercuric nitrate
- Phenylpropanolamine bitartrate[6]
- Phenylpropanolamine maleate[7]
- Phenyltoloxamine citrate
- Phenyltoloxamine dihydrogen citrate
- Phenyltoloxamine Hydrochloride
- Phosphate fluoride
- Phosphorated carbohydrate
- Phosphoric acid
- Phosphorus
- Phytolacca
- Picrotoxin
- Pilocarpine Nitrate
- Pimobendan
- Pine tar
- Pine tar preparations (extract white pine compound, pine tar, syrup of)
- Piperazine citrate
- Piperocaine Hydrochloride
- Piperonyl butoxide
- Pipsissewa
- Piracetam
- Piracetam dihydrogen citrate
- Piscidia erythrina
- Pitcher Plant
- Plantago ovata husks
- Plantago seed
- Plantago seed/Psyllium seed, blond
- Plantago seed/Psyllium seed husks
- Poloxamer 188
- Poloxamer 407
- Poloxamer
- Poloxamer-iodine complex
- Poly (DL-Lactic Acid)
- Poly(methyl vinyl ether/maleic anhydride)
- Polycarbophil
- Polydimethylsiloxane and poloxamer
- Polyethylene Glycol 1450
- Polyethylene Glycol 300
- Polyethylene Glycol 400
- Polyethylene Glycol 6000
- Polyols, liquid
- Polyoxeythylene laurate
- Polysorbate 20
- Polysorbate 80
- Polyvinyl alcohol
- Potash Lye
- Potassium bicarbonate
- Potassium bitartrate
- Potassium bromide
- Potassium carbonate
- Potassium chlorate
- Potassium citrate
- Potassium ferrocyanide
- Potassium guaiacolsulfonate
- Potassium hydroxide, 10% (w/v) Solution
- Potassium iodide
- Potassium nitrate
- Potassium Phosphate Tribasic [$K_3PO_4$]
- Potassium salicylate
- Povidone
- Povidone-iodine
- Povidone-vinylacetate copolymers
- Pracasil Plus
- Pregnenolone micronized
- Prolase
- Propionic acid
- Propylene glycol
- Propylhexedrine
- Propylparaben
- Protease
- Protein hydrolysate
- Protirelin

---

[6] Phenylpropanolamine products have been associated with an increased risk of hemorrhagic stroke among women using the drug for weight control and nasal decongestion. Men may also be at risk. Visit https://www.fda.gov/drugs/information-drug-class/fda-issues-public-health-warning-phenylpropanolamine and https://www.fda.gov/drugs/information-drug-class/phenylpropanolamine-ppa-information-page.

[7] Phenylpropanolamine products have been associated with an increased risk of hemorrhagic stroke among women using the drug for weight control and nasal decongestion. Men may also be at risk. Visit https://www.fda.gov/drugs/information-drug-class/fda-issues-public-health-warning-phenylpropanolamine and https://www.fda.gov/drugs/information-drug-class/phenylpropanolamine-ppa-information-page.

**Updated March 21, 2025**

- Prune concentrate dehydrate
- Prune powder
- Pseudoephedrine Hydrochloride
- Pseudoephedrine Sulfate
- Pseudoephedrine Sulfate (oral)
- Psyllium (hemicellulose)
- Psyllium hydrophilic mucilloid
- Psyllium seed
- P-T-butyl-m-cresol
- Pyrantel pamoate
- Pyrethrum extract
- Pyridoxyl-5-Phosphate
- Pyrilamine maleate
- Pyrrolidone
- Pyruvic Aldehyde 40% Aqueous Solution
- Quinine
- Racemethionine
- Racephedrine hydrochloride
- Racephedrine hydrochloride (oral/topical)
- Racepinephrine hydrochloride
- Raffinose
- Red petrolatum
- Reosote
- Resorcinol
- Resorcinol (when combined with sulfur)
- Resorcinol monoacetate
- Resorcinol monoacetate (in combination with sulfur)
- Resveratrol
- Retinoic Acid-All Trans
- Rhubarb fluid extract
- Rhubarb, Chinese
- Riboflavin
- Rice polishings
- Romohydrate
- Sabadilla, alkaloids
- Saccharin
- Sage Oil
- Salicyl alcohol
- Salicylamide
- Salsalate
- Sanguinaria extract
- Saponite
- Saw palmetto
- Scopolamine aminoxide hydrobromide
- Sea mineral
- Secretin, human 99%
- Selenium
- Selenium sulfide
- Selenium sulfide, micronized
- Senecio aureus
- Senna
- Senna fluid extract
- Senna pod concentrate
- Senna syrup
- Sennosides a and b
- Serotonin Hydrochloride
- Sesame Oil
- Sesame Seed
- Shark liver oil
- Shark liver oil (combination only)
- Shea Butter, Organic
- Short Chain Fatty Acid
- Silver Bulk Drug Substance
- Silver nitrate
- Silver protein mild
- Silver, colloidal
- Silver[1] (Canadian_License_Sovereign_)
- Simethicone
- Simplgel 30
- Skin protectant
- Sodium
- Sodium 3, 4-dimethylphenyl-glyoxylate
- Sodium acetylsalicylate
- Sodium aluminum chlorohydroxy lactate
- Sodium aspartate
- Sodium biphosphate
- Sodium bisulfate
- Sodium borate
- Sodium borate monohydrate
- Sodium bromide
- Sodium caprylate
- Sodium carbonate
- Sodium carboxymethylcellulose
- Sodium caseinate
- Sodium diacetate
- Sodium dichromate
- Sodium dihydrogen phosphate

14

**Updated March 21, 2025**

- Sodium dihydrogen phosphate monohydrate
- Sodium fluoride
- Sodium fluoride (aqueous)
- Sodium fluoride (aqueous) (acidulated phosphate fluoride with 0.01% fl)
- Sodium fluoride (aqueous) (acidulated phosphate fluoride with 0.2% fl)
- Sodium fluoride gel or paste
- Sodium fluoride powder
- Sodium Hexachloroplatinate (IV) Hexahydrate
- Sodium hydroxide 1N
- Sodium monofluoro phosphate
- Sodium monofluoro phosphate (gel or paste)
- Sodium monofluoro phosphate (rinse)
- Sodium nitrate
- Sodium octanoate
- Sodium oleate
- Sodium para-amino benzoate
- Sodium perborate
- Sodium perborate monohydrate
- Sodium phosphate dibasic
- Sodium potassium tartrate
- Sodium propionate
- Sodium salicylate
- Sodium salicylic acid phenolate
- Sodium sulfide
- Soft Paraffin
- Sols, secondary
- Sorbitol
- Soy meal
- Soybean oil, hydrogenated (powder)
- Soybean protein
- Splenda
- Squill preparations
- Stannous fluoride
- Stannous fluoride (gel)
- Stannous fluoride (rinse)
- Stannous pyrophosphate and zinc citrate
- Stearyl alcohol
- Stevia Powder Extract
- Strawberry

- Strontium chloride
- Strychnine
- Sublimed sulfur
- Sucrose
- Sugars
- Sulferated oils of turpentine
- Sulfobutylether B-Cyclodextrin
- Sulfur
- Sulfur (when combined w/ resorcinol, resorcinol monoacetate)
- Sulisobenzone
- Supposibase-F
- T3 Sodium Dilution
- Talc
- Tannic acid
- Tannic acid glycerite
- Taraxacum officinale
- Tartaric acid
- Tartrate (acid or salt)
- Tea Tree Oil
- Teaberry Oil
- Terpin hydrate preparations
- Tetrafluoroethane
- Tetrahydrochloride
- Thaumatin
- Thenyldiamine Hydrochloride
- Theobromine Sodium Salicylate
- Theophylline calcium salicylate
- Theophylline sodium glycinate
- Theophylline compound with ethylenediamine
- Theophylline mens
- Thiamine mononitrate (vitamin B1)
- Thimerosal
- Thiocyanoacetate
- Thonzylamine Hydrochloride
- Threonine
- Thylene blue
- Thymol
- Thymol (lozenge)
- Thymol (mouthwash)
- Thymosin alpha-1
- Titanium dioxide
- Tolindate
- Toltrazuril

15

**Updated March 21, 2025**

- Tolu balsam
- Tolu preparations (tolu, tolu balsam tincture)
- Tommy gel
- Topical starch
- Triacetin
- Tricalcium phosphate
- Tricaprylin
- Triclocarban
- Triclosan
- Triethanolamine
- Triglycerides
- Trillium
- Trilostane
- Triolein
- Tripelennamine Hydrochloride
- Triple dye
- Triprolidine Hydrochloride
- Triticum
- Trolamine salicylate (triethanolamine salicylate)
- Tryptophan
- Turpentine oil
- Turpentine oil (oral)
- Turpentine oil (rectified)
- Turpentine oil (spirits of turpentine)
- Turpentine oil (spirits of turpentine) (oral)
- Turpentine oil (spirits of turpentine) (topical)
- Turpentine oil (topical)
- Turpentine, venice
- Tyrosine
- Uinolinium bromide
- Ulose
- Undecoylium chlorideiodine complex
- Undecylenic acid
- Uva ursi, extract of
- Uva ursi, potassium extract
- Valic acid
- Valine
- Vegetable (green)
- Verapamil
- Vitamin A
- Vitamin A palmitate
- Vitamin A Palmitate, in Corn Oil
- Vitamin B Complex
- Vitamin E
- Vitromersol
- Water and additives
- Water, purified
- Wax, Anionic Emulsifying
- Wax, white
- Wax, yellow
- Wheat germ
- White ointment
- White petrolatum
- Witch hazel (hamamelis water)
- Witch hazel skin
- Woodruff
- Xanthan gum
- Xylometazoline Hydrochloride
- Xylometazoline Hydrochloride (aqueous)
- Xylometazoline Hydrochloride (jelly)
- Yeast
- Yellow mercuric oxide
- Zinc
- Zinc acetate
- Zinc caprylate
- Zinc carbonate
- Zinc citrate
- Zinc phenol sulfonate
- Zinc picolinate
- Zinc propionate
- Zinc stearate
- Zinc sulfide
- Zinc undecylenate
- Zirconium oxide
- Zyloxin

**FDA** U.S. FOOD & DRUG
ADMINISTRATION

🔍 Search    ☰ Menu

← Home / Drugs / Guidance, Compliance, & Regulatory Information / Human Drug Compounding / Bulk Drug Substances Used in Compounding

# Bulk Drug Substances Used in Compounding

**Human Drug Compounding**

Compounding: Inspections, Recalls, and other Actions

Human Drug Compounding Laws

Human Drug Compounding Policies and Rules

Compounding Risk Alerts

Understanding the Risks of Compounded Drugs

Compounding Oversight and Compliance Actions

Information for Outsourcing Facilities

Registered Outsourcing Facilities

Bulk Drug Substances Used in Compounding

Consumer and Health Care Professional Information

Compounding Information for States

Compounding Research

Compounding Quality Center of Excellence

Compounders sometimes prepare drugs using bulk drug substances, also known as active pharmaceutical ingredients. For example, when a patient has an allergy to an ingredient in an FDA-approved drug, a state-licensed pharmacist or physician, or an outsourcing facility, might compound a drug product without the allergen using a bulk drug substance.

The agency urges compounders to know your bulks supplier because compounding from bulk drug substances presents risks to patients. Additionally, sections 503A and 503B of the Federal Food, Drug, and Cosmetic Act place limits on the bulk drug substances that can be used in compounding.

State-licensed physicians and pharmacists seeking to operate under section 503A, may only use bulk drug substances in compounding drug products that:

- Comply with an applicable United States Pharmacopeia (USP) or National Formulary (NF) monograph if one exists, and the USP chapter on pharmacy compounding;
- Are components of FDA-approved drug products if an applicable USP or NF monograph does not exist; or
- Appear on FDA's list of bulk drug substances that can be used in compounding (the 503A bulks list) if such a monograph does not exist and the substance is not a component of an FDA-approved drug product.

Outsourcing facilities, which register with FDA, compound under section 503B, and may only use bulk drug substances in compounding that:

- Are used to compound drug products that appear on FDA's drug shortages list at the time of compounding, distribution, and dispensing; or
- Appear on FDA's list of bulk drug substances for which there is a clinical need (the 503B bulks list).

Visit the compounding and drug shortages webpage for more information.

FDA is working to develop the 503A bulks list and 503B bulks list. These lists are updated on an ongoing basis as the agency evaluates bulk drug substances nominated for these lists.

**Content current as of:**
01/07/2025

**Regulated Product(s)**
Drugs

---

Was this page helpful? *

○ Yes

○ No

Submit

🇺🇸 An official form of the United States government. Provided by Touchpoints ↗

---

**SUBSCRIBE**
Get regular FDA email updates delivered on this

Email Address    Subscribe

topic to your inbox.

FDA Archive

Visitor Information

FOIA

About FDA

Website Policies / Privacy

HHS.gov

Accessibility

No FEAR Act

USA.gov

Vulnerability Disclosure Policy

Contact FDA

1-888-INFO-FDA (1-888-463-6332)

Top

# Interim Policy on Compounding Using Bulk Drug Substances Under Section 503B of the Federal Food, Drug, and Cosmetic Act

## Guidance for Industry

**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Center for Drug Evaluation and Research (CDER)**

**January 2025**
**Compounding and Related Documents**

# Interim Policy on Compounding Using Bulk Drug Substances Under Section 503B of the Federal Food, Drug, and Cosmetic Act

## Guidance for Industry

*Additional copies are available from:*

*Office of Communications, Division of Drug Information*
*Center for Drug Evaluation and Research*
*Food and Drug Administration*
*10001 New Hampshire Ave., Hillandale Bldg., 4th Floor*
*Silver Spring, MD 20993-0002*
*Phone: 855-543-3784 or 301-796-3400; Fax: 301-431-6353*
*Email: druginfo@fda.hhs.gov*
*https://www.fda.gov/drugs/guidance-compliance-regulatory-information/guidances-drugs*

**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Center for Drug Evaluation and Research (CDER)**

**January 2025**
**Compounding and Related Documents**

*Contains Nonbinding Recommendations*

# TABLE OF CONTENTS

**I.    INTRODUCTION AND SCOPE** ...................................................................................... **1**

**II.   BACKGROUND** ............................................................................................................... **2**

   **A.   Compounding From Bulk Drug Substances Under Section 503B** ........................... **2**

   **B.   Section 503B Bulks List** ................................................................................................. **3**

      *1. Section 503B Bulks List History* ........................................................................... *3*
      *2. Nominations for the 503B Bulks List* .................................................................... *3*
      *3. Process for Developing the 503B Bulks List* ......................................................... *6*

   **C.   Categorization Under FDA's Interim Policy** ............................................................. **8**

**III.  POLICY** ........................................................................................................................... **10**

   **A.   Compounding From Bulk Drug Substances Nominated for the 503B Bulks List** ..... **11**

   **B.   Substances Not Nominated, Nominated Without Adequate Support, or Nominated On or After the Publication Date of This Guidance January 7, 2025** ................. **12**

   **C.   Comments About Nominated Bulk Drug Substances** .................................................. **13**

*Contains Nonbinding Recommendations*

# Interim Policy on Compounding Using Bulk Drug Substances Under Section 503B of the Federal Food, Drug, and Cosmetic Act Guidance for Industry[1]

---

This guidance represents the current thinking of the Food and Drug Administration (FDA or Agency) on this topic. It does not establish any rights for any person and is not binding on FDA or the public. You can use an alternative approach if it satisfies the requirements of the applicable statutes and regulations. To discuss an alternative approach, contact the FDA office responsible for this guidance as listed on the title page.

---

## I.    INTRODUCTION AND SCOPE

This guidance sets forth the Food and Drug Administration's (FDA or the Agency) interim regulatory policy concerning compounding by outsourcing facilities registered under section 503B of the Federal Food, Drug, and Cosmetic Act (FD&C Act) (21 U.S.C. 353b)[2] using bulk drug substances. Section 503B of the FD&C Act includes certain restrictions on the bulk drug substances that outsourcing facilities can use in compounding and directs FDA to develop a list of bulk drug substances that can be used in compounding under that section. FDA is developing that list of bulk drug substances (the 503B bulks list), and this guidance describes FDA's interim regulatory policy regarding outsourcing facilities that compound human drug products using bulk drug substances while the list is being developed.[3,4]

This guidance revises and replaces the guidance for industry *Interim Policy on Compounding Using Bulk Drug Substances Under Section 503B of the Federal Food, Drug, and Cosmetic Act*

---

[1] This guidance has been prepared by multiple offices in the Center for Drug Evaluation and Research at the Food and Drug Administration.

[2] *Outsourcing facility* refers to a facility that meets the definition of an outsourcing facility under section 503B(d)(4) of the FD&C Act.

[3] Drug products compounded for use in animals are not within the scope of this guidance.

[4] FDA is developing a separate list of bulk drug substances that can be used in compounding under section 503A of the FD&C Act (the 503A bulks list). Because section 503A contains different criteria for the 503A bulks list and provides for a different process for its development, the 503A bulks list is discussed in a separate guidance (see the guidance for industry *Interim Policy on Compounding Using Bulk Drug Substances Under Section 503A of the Federal Food, Drug, and Cosmetic Act* (January 2025). We update guidances periodically. To make sure you have the most recent version of a guidance, check the FDA guidance web page at https://www.fda.gov/regulatory-information/search-fda-guidance-documents.

*Contains Nonbinding Recommendations*

issued in January 2017 (2017 503B Interim Policy Guidance).[5]  This revision does not change FDA's policy with respect to bulk drug substances that were nominated for inclusion on the 503B bulks list before the publication date of this guidance, January 7, 2025.  In contrast, bulk drug substances that are nominated on or after the date of publication of this guidance are not within the scope of the policy described in section III.A.2 of this guidance.  FDA intends to continue to receive and evaluate new nominations of bulk drug substances for inclusion on the 503B bulks list consistent with the process and clinical need standard established in the FD&C Act.

In general, FDA's guidance documents do not establish legally enforceable responsibilities.  Instead, guidances describe the Agency's current thinking on a topic and should be viewed only as recommendations, unless specific regulatory or statutory requirements are cited.  The use of the word *should* in Agency guidances means that something is suggested or recommended, but not required.

## II.    BACKGROUND

### A.    Compounding From Bulk Drug Substances Under Section 503B

Section 503B of the FD&C Act describes the conditions that must be satisfied for human drug products compounded by an outsourcing facility to be exempt from the following three sections of the FD&C Act: (1) section 505 (21 U.S.C. 355) (concerning the approval of drugs under new drug applications or abbreviated new drug applications); (2) section 502(f)(1) (21 U.S.C. 352(f)(1)) (concerning the labeling of drugs with adequate directions for use); and (3) section 582 (21 U.S.C. 360eee-1) (concerning drug supply chain security requirements).

One of the conditions that must be met for a drug product compounded by an outsourcing facility to qualify for these exemptions is that the outsourcing facility does not compound drug products using a bulk drug substance unless (a) it appears on a list established by the Secretary of the Department of Health and Human Services (Secretary) identifying bulk drug substances for which there is a clinical need, or the drug compounded from such bulk drug substances appears on the drug shortage list in effect under section 506E of the FD&C Act (21 U.S.C. 356e) at the time of compounding, distribution, and dispensing (see section 503B(a)(2)(A) of the FD&C Act).

A *bulk drug substance* is defined as meaning "the same as 'active pharmaceutical ingredient' as defined in [21 CFR] 207.1."[6]  *Active pharmaceutical ingredient* is defined as "any substance that is intended for incorporation into a finished drug product and is intended to furnish pharmacological activity or other direct effect in the diagnosis, cure, mitigation, treatment, or

---

[5] The 2017 version of the guidance revised the original guidance published in 2016, Guidance for industry, *Interim Policy on Compounding Using Bulk Drug Substances Under Section 503B of the Federal Food, Drug, and Cosmetic Act* (June 2016) (the 2016 503B Interim Policy Guidance).

[6] 21 CFR 207.3.

*Contains Nonbinding Recommendations*

prevention of disease, or to affect the structure or any function of the body," but the term "does not include intermediates used in the synthesis of the substance."[7,8]

Bulk drug substances used in compounding under section 503B must also meet certain other requirements, including: (1) if an applicable monograph exists under the United States Pharmacopeia (USP), National Formulary (NF), or another compendium or pharmacopeia recognized by the Secretary for purposes of this paragraph, the bulk drug substance complies with the monograph; (2) the bulk drug substance must be manufactured by an establishment that is registered under section 510 of the FD&C Act (21 U.S.C. 360); and (3) the bulk drug substance must be accompanied by a valid certificate of analysis (COA).[9]

### B.  Section 503B Bulks List

### *1.  Section 503B Bulks List History*

Section 503B, added to the FD&C Act by the Drug Quality and Security Act (DQSA) in 2013, requires that FDA create a list of bulk drug substances for which there is a clinical need by publishing a notice in the *Federal Register* proposing bulk drug substances for inclusion on the list, providing a public comment period of 60 calendar days, and then publishing a notice in the *Federal Register* designating bulk drug substances for inclusion on the list.[10]  In the December 4, 2013, *Federal Register* (78 FR 72838), FDA published a notice inviting all interested persons to nominate bulk drug substances for inclusion on a list of bulk drug substances that can be used for compounding under section 503B of the FD&C Act.

### *2.  Nominations for the 503B Bulks List*

In response to the December 2013 *Federal Register* notice, over 2,000 substances were nominated for the 503B bulks list.  However, many of the nominations for the 503B bulks list were not for substances used in compounding as active ingredients, or they did not include sufficient supporting information to allow FDA to evaluate the nominated substances for

---

[7] See section 503B(a)(2) and 21 CFR 207.3.  Section 503B references the definition of *bulk drug substance* in FDA's drug establishment registration and listing regulations, which was codified at 21 CFR 207.3(a)(4) at the time section 503B was enacted.  In August 2016, FDA published a final rule, "Requirements for Foreign and Domestic Establishment Registration and Listing for Human Drugs, Including Drugs That Are Regulated Under a Biologics License Application and Animal Drugs" (Aug 31, 2016; 81 FR 60170), to update its registration and listing regulations in 21 CFR part 207, which made minor changes to the definition of bulk drug substance and moved the definition to 21 CFR 207.3.  The definition is also found in 21 CFR 207.1.  Under the previous definition, *bulk drug substance* was defined to mean "any substance that is represented for use in a drug and that, when used in the manufacturing, processing, or packaging of a drug, becomes an active ingredient or a finished dosage form of the drug, but the term does not include intermediates used in the synthesis of such substances."

[8] Inactive ingredients are not subject to section 503B(a)(2) or the policies described in this guidance because they are not included within the definition of a bulk drug substance.  See 21 CFR 207.3.  Pursuant to section 503B(a)(3), inactive ingredients used in compounding must comply with the standards of an applicable United States Pharmacopeia or National Formulary monograph, if a monograph exists.

[9] See section 503B(a)(2).

[10] See section 503B(a)(2)(A)(i).

*Contains Nonbinding Recommendations*

placement on the list.  To improve the efficiency of the process for developing the 503B bulks list, FDA reopened the nomination process on July 2, 2014 (79 FR 37750) and provided more detailed information on what it needs to evaluate nominations for the list.  FDA stated that bulk drug substances that were previously nominated would not be further considered unless they were renominated and those nominations were adequately supported.  Substances that were not adequately supported would not be evaluated by FDA to be placed on the 503B bulks list.  The notice stated that the following information about clinical need is necessary to provide adequate support for nominations to the 503B bulks list:

- A statement describing the medical condition(s) that the drug product to be compounded with the nominated bulk drug substances is intended to treat;

- A list of FDA-approved drug products, if any, that address the same medical condition;

- If there are any FDA-approved drug products that address the same medical condition, an explanation of why a compounded drug product is necessary;

- If the FDA-approved drug product is not suitable for a particular patient population, an estimate of the size of the population that would need a compounded drug product;

- A bibliography of safety and efficacy data for the drug product compounded using the nominated substance, if available, including any relevant peer-reviewed medical literature; and

- If there is an FDA-approved drug product that includes the bulk drug substance nominated, an explanation of why the drug product proposed to be compounded must be compounded from the bulk drug substance rather than with the FDA-approved drug product.

In the *Federal Register* of October 27, 2015 (80 FR 65770), FDA established a docket (October 2015 docket) where new nominations for these substances can be submitted with sufficient supporting information or where nominations for substances that were not previously nominated can be submitted.

In response to this request for nominations, as of publication of the 2016 503B Interim Policy Guidance, approximately 2,590 unique substances were nominated.  Of those nominated substances:

- Approximately 1,740 are biological products (these are individual allergenic extracts) subject to approval in a biologics license application (BLA) under section 351 of the Public Health Service Act (PHS Act) (42 U.S.C. 262).

  These products are not eligible for the 503B bulks list because biological products subject to approval in a BLA under section 351 of the PHS Act are not eligible for the

*Contains Nonbinding Recommendations*

exemptions in section 503B of the FD&C Act.[11]  No biological products subject to approval in a BLA will be considered for the 503B bulks list.

- At least one[12] of the nominated substances is not a bulk drug substance.

    This is a finished drug product that was nominated by its brand name.  Finished drug products are not eligible for the 503B bulks list because they do not meet the definition of a bulk drug substance in 21 CFR 207.3.

- At least four of the nominated substances appear on the list of drugs that have been withdrawn or removed from the market because such drug products or components of such drug products have been found to be unsafe or not effective (withdrawn or removed list).

    Such substances cannot be used in compounding under section 503B of the FD&C Act and, therefore, are not eligible for inclusion on the 503B bulks list.[13]

- One of the nominated substances has no currently accepted medical use and is included on Schedule I of the Controlled Substances Act (CSA) (21 U.S.C. 812(c)).[14]

    The CSA does not allow possession or distribution of Schedule I substances (see 21 U.S.C. 841(a)(1) and 829), except for research purposes (21 U.S.C. 823(f)), and these substances will not be considered for the 503B bulks list at this time.  Those desiring to do research on a Schedule I substance can apply to do so under an investigational new drug application (IND).

- Of the substances that may be eligible for use in compounding under section 503B, approximately 650 substances were nominated without sufficient supporting evidence for FDA to evaluate them.

- The remaining substances that were nominated for inclusion on the 503B bulks list may be eligible for inclusion on the list and were nominated with sufficient supporting information for FDA to evaluate them.  However, FDA has identified significant safety risks relating to the use in compounded drug products of some of these bulk drug substances.

---

[11] See the guidance for industry *Mixing, Diluting, or Repackaging Biological Products Outside the Scope of an Approved Biologics License Application* (January 2018) for FDA's policies regarding State-licensed pharmacies, Federal facilities, and outsourcing facilities that mix, dilute, or repackage biological products outside the scope of an approved BLA.

[12] The nonprescription finished drug product Maalox was nominated.  Maalox is not a bulk drug substance.

[13] See section 503B(a)(4) of the FD&C Act.  See also 21 CFR 216.24.

[14] An extract of cannabidiol and tetrahydrocannabinol derived from marijuana (marihuana) was nominated.  This is a Schedule I substance.

*Contains Nonbinding Recommendations*

FDA's website identifies the following categories of substances nominated for the 503B bulks list:[15]

**503B Category 1 – Substances Nominated for the Bulks List Currently Under Evaluation:** These substances may be eligible for inclusion on the 503B bulks list, were nominated with sufficient supporting information for FDA to evaluate them, and do not appear on any other list.

**503B Category 2 – Substances Nominated for the Bulks List That Raise Significant Safety Risks:** These substances were nominated with sufficient supporting information to permit FDA to evaluate them, and they may be eligible for inclusion on the 503B bulks list. However, FDA has identified significant safety risks relating to the use of these substances in compounding pending further evaluation and, therefore, does not intend to adopt the policy described for the substances in Category 1. If FDA adds a substance to Category 2, it will publish a public communication (e.g., a safety alert) describing the safety risks and will post the communication on FDA's human drug compounding website[16] advising that the substance has been added to Category 2 and is not within the scope of the policies regarding substances in Category 1.

**503B Category 3 – Substances Nominated for the Bulks List Without Adequate Support:** These substances may be eligible for inclusion on the 503B bulks list but were nominated with insufficient supporting information for FDA to evaluate them. These substances can be renominated with sufficient supporting information through a docket that FDA has established, as discussed below in section III.B.

> 3. *Process for Developing the 503B Bulks List*

FDA is currently evaluating the bulk drug substances nominated for the 503B bulks list with sufficient supporting information for evaluation. FDA is considering a number of factors in prioritizing the order in which it reviews these nominated bulk drug substances, including but not limited to the following:

---

[15] See Bulk Drug Substances Used in Compounding Under Section 503B of the FD&C Act, updated September 27, 2024, available at https://www.fda.gov/drugs/human-drug-compounding/bulk-drug-substances-used-compounding-under-section-503b-fdc-act. As discussed in the July 2014 *Federal Register* notice requesting nominations for the 503B bulks list (79 FR 37750), nominators were to confirm that all substances nominated for the list are active ingredients that meet the definition of a bulk drug substance. Inclusion of a substance in any of these categories does not reflect a determination by FDA that the substance is a bulk drug substance. Whether a substance is a bulk drug substance subject to the conditions in section 503B(a)(2) depends on whether it meets the definition of a bulk drug substance in 21 CFR 207.3. If the substance is used in a compounded drug product as an inactive ingredient, then it does not meet the definition of a bulk drug substance in 21 CFR 207.3, is not subject to the conditions in section 503B(a)(2), and need not appear on the 503B bulks list to be eligible for use in compounding. Instead, when used as an inactive ingredient, the substance is subject to the conditions in section 503B(a)(3), which applies to ingredients other than bulk drug substances used in compounded drug products.

[16] *See* https://www.fda.gov/drugs/guidance-compliance-regulatory-information/human-drug-compounding. FDA also encourages compounding facilities to subscribe to FDA's list serve to receive updates at https://www.fda.gov/drugs/human-drug-compounding/information-outsourcing-facilities#subscribe.

*Contains Nonbinding Recommendations*

- Safety concerns about use of the bulk drug substance in compounding

- Whether the bulk drug substance was nominated by multiple parties or identified as necessary by medical professional organizations

- The efficiency with which the evaluation can be completed, based on ease of acquiring the necessary information to conduct the review, available resources, and other logistical issues

FDA may also group some nominated drug substances to facilitate efficient review and discussion. These include drug substances that raise similar issues (e.g., vitamins, botanicals) or that are nominated for the treatment of the same condition (e.g., warts).

FDA intends to publish a notice in the *Federal Register* that describes FDA's proposed position on each substance FDA has evaluated, along with the rationale for that proposal, for public comment. We note that there is no requirement in section 503B to consult the Pharmacy Compounding Advisory Committee (PCAC) before developing a 503B bulks list, as is required by section 503A(c)(1) for a separate list of bulk drug substances that can be used in compounding under section 503A of the FD&C Act (503A bulks list). However, after considering public comment on the nominated substances, FDA will determine whether PCAC input on any of the substances would be helpful to the Agency in making its determination, and if so, it will seek PCAC input. Once FDA makes a determination, it will publish in the *Federal Register* a list identifying the bulk drug substances for which it has determined there is a clinical need and FDA's rationale in making that determination. FDA will also publish in the *Federal Register* a list of those substances it considered but found that there is no clinical need to use in compounding and FDA's rationale in making this determination.

Once FDA publishes a 503B bulks list in the *Federal Register* that reflects its determination regarding particular bulk drug substances, drug products compounded with substances on the 503B bulks list will be eligible for the section 503B exemptions, provided the drug products meet the other conditions of section 503B.[17] Once FDA has published in the *Federal Register* its decision not to place a particular substance on the 503B bulks list, the substance is no longer within the scope of the policy described in this guidance.

FDA intends to evaluate the substances nominated for the 503B bulks list on a rolling basis. FDA will begin by publishing a *Federal Register* notice identifying a group of substances (e.g., 10 substances) that it has considered and whether it proposes the substances for inclusion on the 503B bulks list. Under section 503B, an outsourcing facility may only compound using bulk drug substances that are on FDA's 503B bulks list or that are used to compound drug products that appear on FDA's drug shortage list in effect under section 506E of the FD&C Act at the time of compounding, distribution, and dispensing. To avoid unnecessary disruption to patient treatment while FDA considers the substances that were nominated with sufficient support to permit FDA to evaluate them, FDA is issuing this guidance stating that at this time it does not intend to take action against an outsourcing facility for failing to compound in accordance with section 503B(a)(2) if certain conditions are met. Those conditions include that the nomination

---

[17] See section 503B(a)(11) of the FD&C Act.

*Contains Nonbinding Recommendations*

for the relevant bulk drug substance appears on Category 1 on FDA's website.  As described
below, FDA does not intend to categorize bulk drug substances as described in section II.B.2 that
are nominated on or after the publication date of this guidance.

### C.      Categorization Under FDA's Interim Policy

Section 503B of the FD&C Act directs FDA to establish a list of bulk drug substances for which
there is a clinical need.[18]  Stakeholders advised FDA that some of the compounded drug
products, which patients may have received before enactment of DQSA in 2013, were important
for patient care.  Stakeholders further advised FDA that some of the compounded drug products
containing nominated bulk drug substances were important for "office stock" or for "office use"
by hospitals, clinics, or health care practitioners to administer to patients who present with an
immediate need for a compounded drug product.[19]  In 2016, FDA issued 2016 503B Interim
Policy Guidance setting forth its interim policy on compounding using bulk drug substances by
outsourcing facilities.  The guidance explained that the purpose of the interim policy was to
"avoid unnecessary disruption to patient treatment while FDA considers the bulk drug substances
that were nominated . . . with sufficient support to permit FDA to evaluate them."[20]  As
described in the 2016 503B Interim Policy Guidance, FDA categorized bulk drug substances that
had been nominated by a certain date and explained an interim policy under which the Agency
did not intend to take action against an outsourcing facility for compounding drug products using
those bulk drug substances if certain conditions were met.  However, stakeholders advised FDA
that, less than 3 years after DQSA was enacted, certain compounded drug products containing
bulk drug substances that had not yet been nominated were important for patient care.
Accordingly, in 2017, FDA published the 2017 503B Interim Policy Guidance to provide for
ongoing categorization of bulk drug substances newly nominated to the October 2015 docket.

As discussed further below, since FDA developed the 2017 503B Interim Policy Guidance,
stakeholders have had substantial opportunity to nominate new bulk drug substances for
categorization.  As reflected in the updated policy described in section III below, FDA has
determined that ongoing categorization of newly nominated substances, as described in the 2017
503B Interim Policy Guidance, no longer serves the interim policy's stated objective of avoiding
unnecessary disruption to patient treatment and does not otherwise benefit public health.
Categorizing substances nominated on or after the publication date of this guidance would
unnecessarily expose patients to the risks associated with drug products compounded from such
bulk drug substances.

---

[18] See section 503B(a)(2)(A)(i) of the FD&C Act.

[19] In contrast to compounders operating under section 503A, outsourcing facilities can distribute compounded drug
products to health care practitioners or health care facilities without first receiving a prescription for an identified
individual patient.  Compare sections 503B(d)(4)(C) and section 503A(a) of the FD&C Act; see also the guidance
for industry *Prescription Requirement Under Section 503A of the Federal Food, Drug, and Cosmetic Act* (December
2016).

[20] 2016 503B Interim Policy Guidance at 7, available at https://www.regulations.gov/document/FDA-2015-D-3539-
0014.

*Contains Nonbinding Recommendations*

Drug products compounded from bulk drug substances nominated for inclusion on the 503B bulks list may present particular risks when FDA has not yet completed the process to conclude whether they will be placed on the 503B bulks list.  Pursuant to the clinical need standard in section 503B(a)(2)(A) of the FD&C Act, FDA places a bulk drug substance on the 503B bulks list if the Agency concludes that there is a clinical need for an outsourcing facility to compound a drug product, and the drug product must be compounded using the bulk drug substance.[21]  Under this standard, FDA proposes adding a bulk drug substance to the 503B bulks list only after Agency medical and scientific experts have, among other things, evaluated the physical and chemical characterization of the substance; any safety issues raised by the use of the substance in compounded drug products; current and historical use of the substance in compounded drug products; and available evidence of effectiveness or lack of effectiveness of a drug product compounded with the substance, if any such evidence exists, and preliminarily concluded that these factors weigh in favor of inclusion of the bulk drug substance on the list.  FDA must consider public comment regarding a proposal before making its final determination.[22]  Although FDA's evaluation of a substance for the 503B bulks list is, necessarily, far less rigorous and less comprehensive than the Agency's review of drugs as part of the new drug approval process, this evaluation process for clinical need is important to help limit patient exposure to compounded drug products, which have not been demonstrated to be safe and effective, to those situations in which the compounded drug product is necessary for patient treatment, and serves an important role in preserving the integrity of the drug approval process.[23]

In the early days of DQSA implementation, FDA recognized that patients may have a medical need for treatment with certain drugs that they may have received prior to enactment of the DQSA, but that were compounded from bulk drug substances that the Agency had not yet evaluated for inclusion on the 503B bulks list.  In developing the 2017 503B Interim Policy Guidance, FDA weighed these public health interests and concluded that, at that early stage of section 503B implementation, the potential patient benefits of such a policy outweighed the risks.  Importantly, FDA characterized the guidance as an *interim* policy because the Agency intended for it to be temporary.  For the reasons that follow, FDA is ending categorization of newly nominated substances because the Agency believes such a policy no longer serves the guidance's stated objective of preventing unnecessary disruption to patient treatment, and therefore, the balance of public health interests supporting the policy has changed.

In the approximately 7 years since FDA issued the 2017 503B Interim Policy Guidance, providing for ongoing categorization of bulk drug substances newly nominated to the October 2015 docket, nominators have had substantial opportunity to nominate bulk drug substances with sufficient supporting information for placement in Category 1.  A substance that has not been

---

[21] In addition, with respect to a bulk drug substance that is a component of an FDA-approved drug product, FDA considers whether there is an attribute of the FDA-approved drug product that makes it medically unsuitable for the proposed condition and the compounded drug product is intended to address that attribute, and whether the drug product must be compounded from a bulk drug substance.  See the guidance for industry *Evaluation of Bulk Drug Substances Nominated for Use in Compounding Under Section 503B of the Federal Food, Drug, and Cosmetic Act* (March 2019) (503B Evaluation Guidance) at 9.

[22] Sections 503B(a)(2)(A)(i)(II) and (III) of the FD&C Act.

[23] See the 503B Evaluation Guidance at 9.

9

*Contains Nonbinding Recommendations*

used to compound drug products during that period cannot reasonably be considered necessary to avoid disruption to patient treatment.  Nor do we expect the policy in section III.B to adversely affect market stability because, among other reasons, FDA intends to retain the policy, described in section III.A.2 of this guidance, for bulk drug substances already placed in existing Category 1.  In addition, FDA intends to continue to receive and evaluate new nominations for inclusion on the 503B bulks list consistent with the process and clinical need standard established in the FD&C Act.

Accordingly, the balance of public health interests relating to categorization of newly nominated bulk drug substances has changed.  As discussed above, FDA's process for evaluating and proposing inclusion of bulk drug substances on the 503B bulks list ensures that FDA and the public can carefully consider a bulk drug substance nominated for the 503B bulks list before outsourcing facilities can use it in compounding under section 503B of the FD&C Act.  During this process, FDA may, for example, uncover safety risks or effectiveness concerns, or concerns about the physical and chemical characterization of the substance, that could place patients at risk.  These concerns may not be apparent until FDA and other experts conduct the evaluation of the substance under consideration for the 503B bulks list.[24]  FDA also believes that the public health is best served by FDA leveraging its limited resources to develop the 503B bulks list rather than to categorize newly nominated substances.

However, FDA does recognize that certain substances that currently appear in Category 1 may be important for patient care and that the Agency has not yet made a final determination as to whether these substances will appear on the 503B bulks list.  Thus, at this time, FDA is retaining the policy outlined in section III.A.2 of this guidance, which concerns substances nominated prior to the date of publication of this guidance, until the Agency publishes a notice in the *Federal Register* making a final listing determination for such substances, or unless the Agency removes the substances from Category 1 based on, for example, information about safety risks.

## III.   POLICY

As discussed below, FDA does not intend to categorize bulk drug substances that the public nominates for inclusion on the 503B bulks list on or after the publication date of this guidance January 7, 2025.  Although the Agency intends to continue to receive and evaluate new nominations of bulk drug substances for possible inclusion on the 503B bulks list, FDA does not intend to place such bulk drug substances in categories published on FDA's website prior to evaluating them in accordance with section 503B(a)(2).  FDA is evaluating bulk drug substances nominated for the 503B bulks list on a rolling basis.

---

[24] Prior to placing an adequately supported substance in Category 1, it has been FDA's practice to preliminarily assess whether the substance appears to present significant safety risks such that it should be placed in Category 2.  However, some risks may not be apparent until FDA conducts the evaluation under the statutory clinical need standard, considers public comment, and makes a determination as to whether the substance meets the statutory clinical need standard for placement on the 503B bulks list.

*Contains Nonbinding Recommendations*

### A.    Compounding From Bulk Drug Substances Nominated for the 503B Bulks List

Under section 503B(a)(2)(A) of the FD&C Act, a bulk drug substance cannot be used in compounding unless it is used to compound a drug product that appears on FDA's drug shortage list at the time of compounding, distribution, and dispensing, or it appears on the 503B bulks list.[25]  However, at this time, FDA does not intend to take action against an outsourcing facility for compounding drug products using certain bulk drug substances that are not eligible for use in compounding under section 503B, as outlined below.

#### 1.    Bulk drug substances used to compound drug products in shortage

At this time, FDA does not intend to take action against an outsourcing facility for compounding a drug product using a bulk drug substance that is not on the 503B bulks list if the drug product compounded from the bulk drug substance: (i) appeared on FDA's drug shortage list within 60 days of distribution and dispensing and (ii) was to fill an order that the outsourcing facility received for the drug product while it was on FDA's drug shortage list.[26]

#### 2.    Bulk drug substances not used to compound drug products in shortage

At this time FDA does not intend to take action against an outsourcing facility for compounding a drug product using a bulk drug substance that does not appear on the 503B bulks list, that is not used to compound a drug product that appears on FDA's drug shortage list at the time of compounding, distribution, and dispensing, and that is not within the scope of the policy described in (1)(i) and (ii) above, if all of the following circumstances are present:

a.   The bulk drug substance appears on 503B Category 1 on FDA's website at https://www.fda.gov/media/94164/download.  A Category 1 substance may be eligible for inclusion on the 503B bulks list, was nominated for inclusion on the 503B bulks list before the publication date of this guidance with adequate  supporting information for FDA to evaluate the substance, and has not been identified by FDA as a substance that appears to present a significant safety risk in compounding before a determination as to whether to place it on the 503B bulks list has been made.

---

[25] See section 503B(a)(2)(A) of the FD&C Act.

[26] An outsourcing facility may not be able to predict when a drug shortage will be resolved, and the facility may have orders for a compounded drug product-in-house that were in progress when the drug product was removed from  FDA's drug shortage list (e.g., the outsourcing facility may have compounded a drug-product while it was in shortage, but the shortage ended while the outsourcing facility awaits the results of sterility testing before release). This policy provides some regulatory flexibility where an outsourcing facility fills orders that it received while a drug was in shortage.  However, this policy does not pertain to an outsourcing facility continuing to fill orders received after the shortage ends or if the outsourcing facility continues to fill orders more than 60 days after the drug product was removed from FDA's drug shortage list.

*Contains Nonbinding Recommendations*

b. The original manufacturer and all subsequent manufacturers of the bulk drug substance are establishments that are registered under section 510 (including foreign establishments that are registered under section 510(i)) of the FD&C Act;

c. The bulk drug substance is accompanied by a valid COA;

d. If the bulk drug substance is the subject of an applicable USP or NF monograph, the bulk drug substance complies with the monograph; and

e. The drug product compounded using the bulk drug substance is compounded in compliance with all other provisions of section 503B of the FD&C Act.

*Original manufacturer* means the entity that originally produced the bulk drug substance and not a subsequent packer, repacker, labeler, or distributor.

A drug product compounded using a bulk drug substance is not within the scope of the policy described in section III.A.2 unless all of the above circumstances (a)-(e) are present. For example, drug products compounded from the following bulk drug substances are not within the scope of this policy: (1) substances not nominated for the 503B bulks list or that were nominated on or after the publication date of this guidance January 7, 2025; and (2) substances that are the subject of a final determination as to whether they will be included, or not included, on the 503B bulks list.

### B.    Substances Not Nominated, Nominated Without Adequate Support, or Nominated On or After the Publication Date of This Guidance January 7, 2025

As stated above, one of the categories of bulk drug substances FDA has identified on its website contains nominated substances that may be eligible for inclusion on the 503B bulks list, but that FDA is unable to evaluate for inclusion on the list at this time because the substances were nominated with insufficient supporting evidence for FDA to evaluate them (503B Category 3). New nominations for these substances with sufficient supporting information or nominations for substances that were not previously nominated can be submitted to the October 2015 docket.

After a substance is nominated to the October 2015 docket,[27] FDA will determine whether the nomination is supported with sufficient supporting information to allow FDA to evaluate it.

Previously, after FDA made that determination, the nominated substance was placed in one of the three categories described in section II.B.2 above, and the categorization was published on the FDA website. Section III.A.2 of this guidance sets forth a policy that addresses substances once they have been categorized. This guidance retains the policy described in section III.A.2 with respect to substances that appear in the categories described in section II.B.2.

---

[27] This includes new nominations of substances submitted with sufficient supporting information.

*Contains Nonbinding Recommendations*

However, with respect to substances nominated on or after the publication date of this guidance January 7, 2025, including new nominations of substances that currently appear in Category 3,[28] FDA does not intend to place such substances into the categories described in section II.B.2. Accordingly, substances nominated on or after the publication date of this guidance are not within the scope of the policy described in section III.A.2 of this guidance. FDA intends to continue to evaluate such substances, provided they are nominated with sufficient supporting information to permit an evaluation, for inclusion on the 503B bulks list pursuant to section 503B(a)(2) of the FD&C Act.[29]

### C.    Comments About Nominated Bulk Drug Substances

If a nominator feels that a substance that it nominated before the publication date of this guidance does not appear on the appropriate category as described in this guidance, the nominator can submit a comment to docket number FDA-2015-N-3469. If the nominator has additional information on a previously nominated substance that was placed in Category 3, the nominator can submit a new nomination for the substance that includes the additional information. As described in section III.B of this guidance, FDA does not intend to categorize a substance nominated on or after the publication date of this guidance January 7, 2025. However, if the new nomination includes sufficient supporting information to permit an evaluation, FDA intends to consider the substance for inclusion on the 503B bulks list.

A nominator may also submit a comment to the docket requesting withdrawal of any of its nominations. If the substance that is the subject of such nomination appears in one of the categories, and the party nominating the substance was the sole nominator, FDA will update the categories described in this guidance to reflect the withdrawn nomination.[30] FDA intends to provide notice to the public before removing any nominated substances from Category 1 or Category 2.

Withdrawal of a nomination upon the nominator's request, and if applicable, a resulting update to the categories described in this guidance, do not reflect a determination by FDA regarding the validity of the nomination or of any reasons given by the nominator for requesting withdrawal. In addition, FDA may continue to evaluate a substance at its discretion even if the nominator submits a comment requesting withdrawal of the nomination.

---

[28] This includes new nominations of substances in Category 3 that include sufficient supporting information to permit FDA evaluation for the 503B bulks list.

[29] See also the 503B Evaluation Guidance.

[30] If multiple parties nominated the same substance, each party that nominated the substance must withdraw its nomination for the nominated substance to be considered withdrawn and for the categories to be updated, if applicable, to reflect that withdrawal.

An official website of the United States government   Here's how you know ⌄

**U.S. FOOD & DRUG**
ADMINISTRATION

← Home   |   Regulatory Information   |   Search for FDA Guidance Documents   |   Interim Policy on Compounding Using Bulk Drug Substances Under Section 503B of the Federal Food, Drug, and Cosmetic Act

GUIDANCE DOCUMENT

# Interim Policy on Compounding Using Bulk Drug Substances Under Section 503B of the Federal Food, Drug, and Cosmetic Act

**JANUARY 2025**

[ Download the Final Guidance Document ]   [ Read the Federal Register Notice ]

Final

### Search for FDA Guidance Documents

**Search for FDA Guidance Documents**

Search General and Cross-Cutting Topics Guidance Documents

Advisory Committee Guidance Documents

Import and Export Guidance Documents

Cross-cutting Guidance Documents

Guidances

| | |
|---|---|
| Docket Number: | FDA-2015-D-3539 |
| Issued by: | Center for Drug Evaluation and Research |

The Food and Drug Administration (FDA or Agency) is announcing the availability of a final guidance for industry entitled "Interim Policy on Compounding Using Bulk Drug Substances Under Section 503B of the Federal Food, Drug, and Cosmetic Act." This guidance describes FDA's interim regulatory policy concerning compounding by outsourcing facilities using bulk drug substances while FDA develops the list of bulk drug substances that outsourcing facilities can use in compounding under the applicable section of the Federal Food, Drug, and Cosmetic Act (FD&C Act). This guidance finalizes the draft guidance of the same title issued in December 2023 and replaces the final guidance of the same title issued in January 2017.

### Submit Comments

[ Submit Comments Online ]

You can submit online or written comments on any guidance at any time (see 21 CFR 10.115(g)(5))

If unable to submit comments online, please mail written comments to:

Dockets Management
Food and Drug Administration
5630 Fishers Lane, Rm 1061
Rockville, MD 20852

All written comments should be identified with this document's docket number: FDA-2015-D-3539.

**Content current as of:**
01/07/2025

**Regulated Product(s)**
Drugs

**Topic(s)**
Compounding
Administrative / Procedural

Was this page helpful? *

○ Yes

○ No

[ Submit ]

An official form of the United States government. Provided by Touchpoints ↗

Contact FDA



1-800-INFO-FDA (1-888-463-6332)