| | |
|---|---|
| From: | Kathleen Cleary |
| To: | NobleVirgil@yahoo.com |
| Cc: | Laura Volk |
| Subject: | Roy Ward |
| Date: | Monday, April 28, 2025 12:31:00 PM |
| Attachments: | 2025-04-23 Kairos Grievance Response.pdf |

Good morning,

I have attached the response to Roy's grievance. He wishes to visit with members of Kairos.

Please let me know if you have any questions. If you wish to talk, the best number to reach me at is 816-562-6836.

Thank you,

Kathleen Cleary
Mitigation Specialist
Capital Habeas Unit
Federal Public Defender's Office
1000 Walnut, Suite 600
Kansas City, MO 64106
Phone:   (816) 471-8282
FAX:     (816) 471-8008



*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

Grievance Specialist Response Notice
Offender Name: ROY WARD
Facility: ISP, ISP PC-A1, 5L
DOC#: 914976
Case #: 25-207868



# Grievance Specialist Response Notice

Offender Name: ROY WARD  
DOC#: 914976

Facility: Indiana State Prison  
Bldg/Bed: ISP, ISP PC-A1, 5L

## Case #:25-207868

### Formal Grievance
Type: Formal Response  
Date Received: 03/25/2025 03:42:00 PM  
Response Author: Joshua Wallen  
Responded On: 04/14/2025 01:23:31 PM  
Decision: Resolved

### Case Details
Case Number: 25-207868  
Grievance Status: Resolved

### Case Data
Unit of Complaint: Indiana State Prison  
Opened Date: 03/25/2025 03:42:00 PM  
Grievance Stage: Grievance specialist responded  
Grievance Category: Facility Programs

### Grievance Specialist Response
Responder Name: Joshua Wallen  
Date/Time: 04/14/2025 01:23:31 PM  
Due Date: 04/15/2025 03:43:50 PM  
Result: Resolved

Response: I spoke with Warden Neal about your issue regarding Kairos visiting X-Row and he gave me the following response: "I would simply say that Kairos would be approved to enter A-Pod of PCU or X-Row when and if they request to return. I have not seen anything from them requesting to return to X-Row, but would authorize it." It appears Kairos has not requested to come back to X-Row for the time being. They cannot be forced to go there and must make a request to do so. GRIEVANCE DENIED

☐ Override ☐ Data Input Error ☐ Unprocessed ☐ Extension

RestitutionRecommended: No

J. Wallen     4-14-25

Notice: You may elect to appeal the decision of the Grievance Specialist to the Warden or Warden Designee (form 45473 Grievance Appeal) within five (5) workdays from receipt of the above response to the Grievance Specialist by
• Ensuring the grievance procedure within their assigned unit and institution has been exhausted.
• Please select an option below and sign/date

○ Agree     ○ Disagree

Page 1 of 1



Virgil

Fri, Aug 8 at 9:54 AM

brawn put this out



Yes.

I get to see roy today

Yay! Hope it goes well! Let

10:58 .ıl 5G E



**Virgil**

Yes.

I get to see roy today

Yay! Hope it goes well! Let me know if you need anything.

Will do do u know how long I get to stay with him long as I can

I would assume no less than 2 hours. Are you going in at 1

If 1, I think they try to end visits at 3:30.

Yes

Text Message • SMS

9:04    .ıl 5G E



**Virgil**

Sat, Aug 9 at 8:45 AM

> I meet with Roy they let me stay for 4 1/2 hours first time since I been doing this ministry i got to have a One and one meeting in prison I had a great time we got to catch up felt great for me hope it did for him he does have a great spirit with him  ty you for setting this up love that old boy

> That is fantastic! I am sure you really raised his spirits.

Sat, Aug 9 at 9:35 PM

> Hope did have a good visit

Thu, Aug 14 at 1:14 PM

Text Message • SMS

9:04   •••• 5G E 



**Virgil**

**Thu, Aug 14 at 1:14 PM**

Is it a go for tomorrow afternoon at 1

Yes!!! I think there are only a couple conflicts and will get back to you on that tomorrow morning.

Tomorrow isn't a conflict.

**Thu, Aug 14 at 2:52 PM**

K thanks

**Fri, Aug 15 at 4:40 PM**

The days where there are conflicts between you and Brian are August 22, September 5, and 26. Brian was hoping you

+ Text Message • SMS 



9:05    •••• 5G E 

**Virgil**

**Fri, Aug 15 at 4:40 PM**

The days where there are conflicts between you and Brian are August 22, September 5, and 26. Brian was hoping you would move your visits back to 2 rather than 1 so he can meet from 1–2 on those days. On October 3, Brian would like to visit until 3 on that date.

**Tue, Sep 9 at 8:11 AM**

I'm here.

L mm

Sorry. I thought the letter would be on a chair. I didn't see it.

Text Message • SMS

9:01 .ıll 5G E

**VN**

**Virgil**

Text Message • SMS
Wed, Jun 4 at 8:41 AM

> Good morning. Can you send me your address? I think I will likely be there around 6 tomorrow.

4455 e 200 s Knox in 46534

Wed, Jun 4 at 10:07 AM

> Thank you. And I just found my notes with the address. I will see you tomorrow.

Wed, Jun 4 at 12:56 PM

K have a great day

Text Message • SMS



**Virgil**

Thu, Jun 5 at 5:12 PM

> My GPS has me arriving at 6:20.

> K I be across the street i see u pull in

Fri, Jul 11 at 2:30 PM

> I'm here.

Wed, Jul 16 at 8:17 AM

> U have any luck get me in

> I think it will work out. I talked to Neal. He is going to talk with Roy.

Wed, Jul 16 at 10:26 AM

> Ok thanks

9:05 .ıl 5G E

**VN**

**Virgil**

Tue, Sep 9 at 8:11 AM

I'm here.

L mm

Sorry. I thought the letter would be on a chair. I didn't see it.

When u get back come and get it forgot to set it out

K.

Sorry about that I just found out my grandson thing is Friday morning so I won't be able to make it Friday thank you be safe

Tue, Sep 9 at 2:15 PM

Text Message • SMS

USDC IN/ND case 3:25-cv-00806-CCB-SJF    document 44-2    filed 09/29/25    page 11 of 14

9:06



Virgil

Tue, Sep 9 at 2:15 PM

Got the letter! Thank you!

Tue, Sep 9 at 3:17 PM

Ty I pray it helps

Tue, Sep 9 at 5:24 PM

Can u let me know what happens Friday

K. We just file clemency n

Ok I thought it was then how it look for the old boy

We shall see. Hope for the best prepare for the worst.

Well said 👏


Text Message • SMS


| | |
|---|---|
| From: | Kathleen Cleary |
| To: | noblevirgil@yahoo.com |
| Date: | Wednesday, July 30, 2025 4:55:00 PM |
| Attachments: | 2025-07-29 Affidavit of Kathleen Cleary - Redacted.pdf |

As promised, here is my final affidavit. Your name is redacted from it. Ron Neal also forwarded me the screenshot of your schedule for visits. I informed the team so that they can pass the information on to Roy. I spoke with him earlier today, but it was before I heard from Mr. Neal.

Let me know if you need anything and take care,

Kathleen Cleary
Mitigation Specialist
Capital Habeas Unit
Federal Public Defender's Office
1000 Walnut, Suite 600
Kansas City, MO 64106
Phone:   (816) 471-8282
FAX:     (816) 471-8008



*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

**9:30**



Virgil

Text Message · SMS
Thursday 10:37 AM

This is Laura Volk, Roy's attorney. I noticed you called last night and I missed it. You can call me today if you want. I am not available from 1 pm to 4 pm but should be free other than that.

Friday 9:32 AM



Here is the updated schedule

Ty

Text Message · SMS



**Virgil**



Here is the updated schedule

Ty

Yesterday 10:23 AM



Yesterday 1:31 PM

Ty

Yesterday 7:03 PM

Got my subpoena today



I will see you on Tuesday!