# Michaela M. Almgren, PharmD, MS

161 Wilmont Drive
Lexington, SC 29072
almgren@cop.sc.edu
(803) 622-5231

---

## EDUCATION

**Doctor of Pharmacy, 2010** *Magna Cum Laude*
South Carolina College of Pharmacy, University of South Carolina, Columbia, SC

**Master of Science in Pharmacy, 2010** *Magna Cum Laude*
**Pharmaceutical Chemistry (Industrial Pharmacy focus)**
University of Florida, Gainesville, FL

**Bachelor of Science, 1997** *Magna Cum Laude, Graduated with Honors*
**Major: Biology, Chemistry**
Columbia College of South Carolina, Columbia, SC

---

## EMPLOYMENT HISTORY AND EXPERIENCE

**Clinical Associate Professor**
**University of South Carolina, College of Pharmacy, Columbia, SC**
**August 2013 – present**

- Teach lectures in pharmacokinetics, pharmacotherapy, pharmacology and biopharmaceutics.
- Teach lectures in pharmacy law and ethics, and moderate in-class discussions, including ethics debates.
- Deliver ACPE-accredited comprehensive training on sterile compounding in accordance with USP 797, USP 800, and cGMP regulations for pharmacists and pharmacy technicians.
- Provide lectures at the USC School of Medicine on topics including natural medicine, pain management pharmacology, opioid and non-opioid analgesia, and multimodal analgesia.
- Teach women's health lectures in the USC School of Medicine PA program.
- Formerly served as Institutional Lab Course Coordinator, teaching basic and advanced institutional pharmacy practice laboratory courses with a focus on sterile compounding and aseptic technique for second-year pharmacy students, with a typical class size of 110 students.
- Developed, designed, and implemented course content for basic sterile compounding training, focusing on USP Chapters 797 and 800, and introduced students to current institutional pharmacy practices.

- Developed and implemented a 6-hour module to train students on regulations in 503A versus 503B compounding environments, emphasizing critical differences in cGMP (per 21 CFR 210 and 211) versus USP standards.
- Established practical assessment criteria to evaluate students' competency in performing basic sterile compounding procedures in accordance with USP 797 and 800 guidelines, demonstrating preparedness for IPPEs and APPEs.
- Revised course content and objectives for laboratory sessions to align with ASHP-ACPE Task Force guidelines for entry-level competencies required in hospital and health-system pharmacy practice.
- Enhanced and updated the content of the advanced sterile compounding course (PHMY 791), including TPN compounding, neonatal TPN formulation and compounding, chemotherapy and hazardous drug compounding, and IV access line introduction and maintenance.
- Introduced hazardous drug handling guidelines and USP Chapter 800, with emphasis on training students in the use of all closed system transfer devices available in the U.S.
- Provided competency testing and certification for students to participate in institutional pharmacy practice site sterile compounding activities, including media fill testing and fingertip testing.
- Served as a consulting pharmacist, performing duties as a permit holder (SCBOP Non-dispensing Pharmacy Permit #4956) and taking full responsibility for facility maintenance, inventory control, and daily operations.
- Mentor students in research by offering a variety of independent study projects.
- Serve as a clinical seminar evaluator and advisor for students.
- Developed and implemented an ACPE-accredited course titled *Basic Aseptic Technique* for the Kennedy Pharmacy Innovation Center, offering 23.5 hours of continuing education credit for pharmacists and pharmacy technicians. The course includes a two-day live hands-on session and a home study component.

**Outsourcing Pharmacist and Clinical Specialist**
**Preceptor for University of South Carolina College of Pharmacy APPE Program**
**Nephron Pharmaceuticals Company, West Columbia SC**
**September 2018 - present**
- Conduct complex product investigations to ensure quality and compliance.
- Prepare and submit FDA responses and maintain ongoing correspondence with regulatory bodies following FDA audits.
- Perform pharmacovigilance investigations, including adverse event analysis and reporting, in compliance with regulatory requirements.
- Conduct research and prepare product medical risks and hazards assessments as requested by the FDA.
- Conduct regulatory oversight tasks by reviewing package inserts and labeling to ensure compliance with FDA and USP requirements.
- Lead various innovative, research-oriented projects (Yaskawa, Staubli, SteraMist) for manufacturing and outsourcing facilities.
- Oversee formulation and filling operations for a 503B outsourcing pharmacy.
- Perform product development, including scale-ups, for outsourcing pharmacy

products.
- Troubleshoot quality events to develop safe solutions and establish clinical limits for quality excursions.
- Develop new standard operating procedures and provide staff training as needed.
- Research new products and develop support materials for marketing purposes.
- Respond to clinical questions from customers seeking product guidance.
- Established and maintain an award-winning APPE site for 4th-year pharmacy students, consistently precepting record numbers of students each year.
- Assist with FDA quality inquiry investigations and management.
- Provide information to support product development and production planning.
- Offer essential guidance on labeling for new products.
- Support the DocMatter clinician Q&A website.
- Train the sales force through live lectures, seminars, and pre-recorded presentations.

**Hospital Staff Pharmacist**
**Palmetto Health Richland Hospital Pharmacy, Columbia SC**
**August 2013 – September 2018**
- Performed duties of staff pharmacist—review orders, medication utilization review, order entry.
- Preparation and checking of sterile and non-sterile medication compounds.
- Medication history pharmacist—collect medication history via patient interviews, perform medication reconciliation, clinical consultations, patient education, medication use evaluation, and medication history consults.
- Maintained USC College of Pharmacy practice site.

**Assistant Professor of Clinical and Pharmaceutical Sciences**
**South University School of Pharmacy, Columbia, SC**
**May 2010 -- August 2013**
- Taught lectures in large number of courses in pharmaceutical sciences as well as pharmacy practice in distance education setting, managing two classrooms and collaborating with faculty members located in Savannah, GA. Typical class size was 80 students in the Columbia campus classroom, with 90 additional students at the distant site in Savannah.
- Completely redesigned Pharmaceutical Calculations course structure to flipped classroom model in order to increase effectiveness of teaching, significantly reducing the number of students needing remediation and improving overall test scores in the capstone course.
- Applied several active learning teaching techniques and team-based learning to traditionally taught courses to enhance student learning.
- Developed laboratory exercises to increase student understanding by applying learned material to practice using hands-on experiments.
- Developed and delivered elective course on animal envenomation pharmacology, medicinal chemistry and drug management.

- Taught majority of hospital-related lab coursework including TPN compounding, IV and chemotherapy preparation, and USP<797> training.
- Provided competency testing and certification for students to be able to participate in institutional pharmacy practice site sterile compounding activities (media fill testing, fingertip testing).
- Evaluated student performance of Objectively Structured Clinical Examination (OSCEs).
- Provided APhA certified immunization training for pharmacy students.
- Initiated student chapter of Student Society of Health Systems Pharmacists and guided students to the ASHP national recognition of the chapter.
- Served as faculty advisor for Rho Chi chapter.
- Academic advisor to 30 students per year.
- Faculty advisor to Student Society of Health Systems Pharmacists chapter.
- Research interests:  use of complementary medicine in treatment of chronic disease states, smoking cessation and electronic cigarette utilization, new and engaging teaching methods in pharmacy education.
- Precepted Advanced Pharmacy Practice Experience students in elective academia setting.

**Adjunct Faculty, University of Florida Graduate Distance Programs**
**University of Florida, School of Pharmacy**
**January 2011-- May 2014**
- Supported distance education learning for UF Masters and Doctorate degree programs.
- Met with students on-line in small group setting as well as large discussion groups.
- Led chat sessions, communicate via email.
- Graded assignments, tests and presentations.

**Consulting/Dispensing Pharmacist PRN**
**United Healthcare, Lexington, SC**
**August 2010 - August 2012**
- Performed patient medical chart reviews, clinical monitoring, and managed appropriate drug therapy in accordance with federal and state regulations.
- Evaluated physician medication orders regarding dosage, appropriateness of drug, potential interactions, stability and route of administration.
- Analyzed, retrospectively and prospectively, drug utilization for the institutional drug formulary maintenance.
- Reviewed and checked technician prepared orders for delivery and dispensing.
- Consulted with advanced practitioners, healthcare professionals and managers of pharmaceutical services to develop and implement best working practices.

**Hospital Pharmacy Student Intern**
**Lexington Medical Center, West Columbia, SC**
**June 2008 - May 2010**

- Prepared IV compounded medications, interpreted and prepared orders per medications orders in CPOE.
- Ensured proper control and dispensing of narcotics.
- Interacted with clinical pharmacists, physicians, and nurses regarding drug therapy.
- Compounded a wide variety of specialty preparations including chemotherapy and TPN.

**Retail Pharmacy Student Intern**
**Rite Aid Pharmacy, Columbia, SC**
**September 2006 – May 2010**
- Accurately interpreted, processed, and filled prescriptions.
- Effectively communicated with physicians' offices and insurance companies regarding patients' pharmacy needs.
- Counseled and answered patients' questions concerning their prescriptions, OTC medications, nutritional supplements, and herbal products.
- Assisted with appropriate recordkeeping to assure compliance with federal and state laws.
- Maintained pharmacy inventory and supplies.
- Provided excellent customer support and follow-up.

**Senior Pharmaceutical Formulation Scientist**
**Pfizer Inc., December 2004 – August 2006**
- Worked with formulation team in determining of yields (actual and theoretical), performed batch production record verification, ingredient review, and conditional quality releases, all per company's SOPs (standard operating procedures) and following guidance of cGMPs.
- Performed OOS (Out-Of-Specifications) investigations and reported process deviations on products not meeting all quality criteria set by QC department (for example, content uniformity, particle size and other quality issues.)
- Collaborated with drug formulation research team in development of new products and their test methods, with focus on natural products, supplements, and vitamins.
- Assisted with development of new medication delivery system of liquid drug products (Licaps), assisting with taking the products through ANDA process.
- Developed and validated methods for analytical testing of raw materials and finished products for QC department to test for identity, purity and strength to meet quality standards set by FDA and USP.
- Assisted with improvements in stability studies, including utilizing USP 71 guidance in new products.
- Supported all activities involving new product transfers, compliance, testing and various manufacturing process validations.
- Authored, updated and edited SOPs for training of new employees, changes in process control as well as laboratory manuals, then trained personnel to assure proper understanding of the methodology and troubleshooting.

- Comfortable with regulatory environment as set by cGMPs per 21CFR 210 and 211, USP, BP, EP, ISO, ICH and FDA regulations.
- Assisted with management of five laboratory technician team.
- Certified emergency responder.

## OTHER PROFESSIONAL ACTIVITIES

**Member of the South Carolina Pharmacy Practice Act (SC PPA) Revision taskforce**
- Chair of the Sterile Compounding Section Revision Committee, leading a group of pharmacy experts and professionals to update the sterile compounding section of the SC Pharmacy Practice Act.
- Member of the team aligning the SC PPA with the National Association of Boards of Pharmacy (NABP) Model Pharmacy Act.
- Member of the task force focused on expanding pharmacy practice.

**Sterile Compounding Committee Volunteer Expert**
**SC Board of Pharmacy, Columbia SC**
**August 2019-present**
- Member of the committee responsible for leading the update of the South Carolina Pharmacy Act to revise pharmacy practice laws related to sterile compounding.
- Serving on a special committee to update the South Carolina Pharmacy Practice Act to provide guidance on sterile compounding and facility requirements compounding under section 503B.
- Provide expertise on sterile compounding practices to the Board of Pharmacy members to help with updating of the assessment forms for inspections of pharmacy facilities.
- Consult members of state legislature on options in regulatory areas of pharmacy practice, specifically in the area of compounding.

**Expert Witness**
- Area of expertise includes sterile compounding, compounding, general pharmacy practice, pharmacokinetics, USP 797, drug preparation.
- Expert in 503B and 503A regulations.
- Possess a strong understanding of pharmaceutical quality implications, regulations, and product quality attributes.
- Provide medicolegal consulting for state and federal court cases.
- Analyze evidence provided and consult the legal team with options for further actions.
- Prepare expert reports, testimony statements, depositions, testify in court.

**Lexington School District 1 Health Sciences Advisory Committee Member**
- Provide guidance and recommendations on development of health and science related courses in the district's curriculum for high school students.

**Lexington School District 2 Health Sciences Advisory Committee Member**
- Provide guidance and recommendations on how to initiate and develop health and science related courses in the district's curriculum for high school students.

---

## FACULTY APPOINTMENTS AND TEACHING EXPERIENCE

**DIDACTIC TEACHING EXPERIENCE**
**Clinical Assistant Professor in Department of Clinical Pharmacy and Outcomes Sciences, University of South Carolina, Columbia SC**
**August 2013 to present**
- PHMY 885: Pharmacy Law and Ethics (3 credit hours, principal lecturer and course coordinator)
- PHMY 790: Pharmacy Skills Laboratory III: Introduction to Health-Systems Pharmacy I (1 credit laboratory course, course coordinator)
- PHMY 791: Pharmacy Skills Laboratory IV: Advanced Health System Pharmacy Practice (1 credit laboratory course, course coordinator)
- PHAR 401: Introduction to Pharmacy as a Profession
- PHMY 710: Biopharmaceutics, Pharmaceutics and Pharmacokinetics (3 credit hours)
- PHMY 999: Clinical Seminar
- PHMY 757: Independent Study

**KPIC Master instructor, University of South Carolina, Columbia SC**
**August 2014 to March 2015**
- Basic Aseptic Technique course, 23.5 hours of CE, Master instructor
- Advanced Aseptic Technique course 16 live hours of CE, Master instructor

**Assistant Professor of Pharmacy**
**South University School of Pharmacy, Columbia SC,**
**May 2010 to August 2013**
- PHA 4367 Integrated Sequence IV Autonomic Nervous System (Pharmacology and Pharmacotherapy lectures), 8 credit hours
- PHA 3159 Introduction to Integrated Sequence: Basic Pharmacology Modules, Medicinal Chemistry, 6 credit hours
- PHA 3107 Pharmaceutical Calculations (use of pre-recorded lectures and in-class hands-on exercises), 3 credit hours (course coordinator)
- PHA 3113 Pathophysiology I (topics include geriatrics, inflammation, cancer, HIV, immune response), 4 credit hours (course coordinator)
- PHA 3114 Pathophysiology II (topics include autonomic nervous system, wound healing, gout, RA), 4 credit hours
- PHA 3109 Microbiology and Immunology (lectures in immunology, virology), 5 credit hours

- PHA 5335 Animal Venoms and Poisons (developed and implemented this elective), 3 credit hours (course coordinator)
- PHA 5332 Applied Pharmaceutical Care II (topics including, OA, RA, BPH, ED), 4 credit hours
- PHA 4265 Integrated Sequence III Inflammation (Pharmacology and Pharmacotherapy of osteoarthritis, rheumatoid arthritis, gout, would healing, lupus), 6 credit hours
- PHA 3162 Integrated Sequence I: Introductory Pharmacology and Medicinal Chemistry, 5 credit hours
- PHA 4212 Pharmacokinetics I (Implemented team-based learning), 4 credit hours
- PHA 4228 Pharmacokinetics II (Implemented team-based learning), 4 credit hours
- PHA 3135 Integrated Pharmacy Skills Lab I, 3 credit hours
- PHA 3136 Integrated Pharmacy Skills Lab II, 3 credit hours
- PHA 3137 Integrated Pharmacy Skills Lab III, 3 credit hours
- PHA 4238 Integrated Pharmacy Skills Lab IV, 3 credit hours
- Longitudinal Pharmacy Practice Experiences I – V: PHA 3135, 3163, 4266, 4369, 5330, 1 credit hour, course coordinator

**Adjunct Faculty, UFL Graduate Distance Programs**
**University of Florida, School of Pharmacy, January 2012—April 2016**
- Medicinal Chemistry I
- Fundamentals of Medicinal Chemistry, course coordinator
- Herbal and Dietary Supplements

**EXPERIENTIALTEACHING EXPERIENCE**
**Advanced Pharmacy Practice Experience (APPE) Elective INDUSTRY—University of South Carolina College of Pharmacy,** Preceptor for PharmD students**.**

**Advanced Pharmacy Practice Experience (APPE) Academic Rotation—South Carolina College of Pharmacy,** Preceptor for PharmD students.

**Advanced Pharmacy Practice Experience (APPE) Academic Rotation—South University School of Pharmacy,** Preceptor for PharmD students.

## COLLEGE OF PHARMACY COMITTEES
- South University SOP Curriculum Committee, member, chair 2013
- South University SOP Curriculum Subcommittee for Pharmaceutical Calculations course advisory member, 2010-2012
- South University SOP Committee for Professional Outreach, member 2011-2013

- South University SOP Technology Committee, member 2010-2013
- South University SOP ACPE Self-Study and Assessment Committee, member 2012-2013
- South University SOP Admissions Committee, member 2012-2013
- University of South Carolina COP Continuing Education Committee, member 2013-2016
- University of South Carolina COP Search Committee for Lab assistant, chair, 2014-2016
- University of South Carolina COP Curriculum Committee, member 2017-2019
- University of South Carolina COP Admissions Committee, member 2019-present

## AWARDS

2018: SC College of Pharmacy CPOS Department Service Award
2020: SC College of Pharmacy CPOS Department Service Award
2022: University of South Carolina Clinical Teaching Award
2023: USC College of Pharmacy Innovation and Entrepreneurship Award

## INVITED LECTURES AND PRESENTATIONS

M. Almgren. What will your path be? CAPPS USC student chapter speaker, April 11th, 2023.

Almgren M. Mitigation Strategies of COVID-19 in the Workplace. Palmetto Business Forum. Presented Webinar September 13, 2021.

Almgren M. CDB: Exploring Regulations, Trends and a Potential role in Opioid Epidemic. Annual Continuing Education Conference. Presented live April 21st, 2021.

Emelia Beam PharmD, Michaela Almgren, PharmD, MS. Update on COVID19 Vaccines. Nephron Pharmaceuticals, May 3, 2021.

Almgren, M., COVID-19 Prevention Myth vs. Fact: Assessment of Complementary Therapies as Preventative Measures for Safety and Efficacy. SCSHP Fall 2020 Meeting, Columbia, SC, October 2020.

2020 Immunization Update. 1.0 ACPE accredited CE presentation at Nephron Pharmaceuticals, October 2020.

COVID 19 Prevention: Myth versus Fact. 1.0 credit hour ACPE accredited presentation at Nephron Pharmaceuticals Inc., West Columbia, SC June 8th, 2020.

Update on COVID19 Vaccines. 1.0 credit hour ACPE accredited presentation at Nephron Pharmaceuticals Inc., West Columbia SC, May 3rd, 2021.

M. Almgren. My Path to Pharmacy. CAPPS USC student chapter speaker, February 4th, 2021.

USP Updates in Sterile Compounding. 1.0 credit hour ACPE accredited presentation at Nephron Pharmaceuticals Inc., West Columbia, SC, April 13th and 15th, 2020.

Multimodal Analgesia Basics. 1.0 credit hour ACPE accredited presentation at Nephron Pharmaceuticals Inc., West Columbia SC, April 1st and April 3rd, 2020.

COVID19—Separating Facts from Fiction. SC Palmetto Business Forum Quarterly Meeting in Columbia SC, March 9th, 2020.

New Approaches to Pain Management: Multimodal Opioid Free Analgesia. 1.0 credit hour ACPE accredited presentation at UofSC COP CE Conference, February 1st, 2020.

Medication Safety of Hazardous Drugs: Can We All Be Safe? 1.0 credit hour ACPE accredited CE presentation at SCSHP Fall Meeting in Columbia SC, October 17th 2018.

Review of Sterile Compounding per USP 797. 1.0 credit hour ACPE accredited CE presentation at SCSHP Fall Meeting in Columbia SC, October 17th 2018.

M. Almgren. Current Status and Future Trends in Sterile Compounding as Defined by USP Chapters 797 and 800. 1.0 ACPE Live CE accreditation awarded. SCSHP Annual Meeting March 11-13, 2018, Hilton Head Island, SC.

M. Almgren. Who wants to be a pharmacist? CAPPS USC student chapter speaker, April 11th, 2018.

M. Almgren. Importance of unification of performance protocols for CSTD testing per NIOSH. November 7, 2016, Cincinnati, OH.  NIOSH Public Comment meeting, invited speaker.

M. Almgren. Important role of CSTD utilization in compounding of hazardous materials to enhance protection of the compounder. 2016 ASHP Midyear, Las Vegas. Hazardous Drug Task Force speaker for USP 800 implementation.

M. Almgren. Sterile Compounding and Implementation of USP Chapter 797: Where we came from, where we are and where we might be headed. 1.0 ACPE Live CE accreditation awarded.  SCSHP Annual Meeting, March 2015, Hilton Head Island, SC.

M. Almgren. Pharmacy school pathways.  CAPPS USC student chapter speaker, April 2015.

## PEER-REVIEWED PUBLICATIONS

**Almgren M., PharmD, MS;** Baker J., PharmD; Sease J., PharmD, FCCP, BCPS, CDCES, BCACP. Strategic Partnership with a Pharmaceutical Manufacturer to Develop Innovative Non-Traditional Training Throughout the PharmD Curriculum. June 2022 Annual AACP meeting. American Journal of Pharmaceutical Education: Volume 86, Issue 5, Article 9171. https://doi.org/10.5688/ajpe9171.

**Almgren M**., Cooper C., Maxwell W., Baker J. Instruction on compounded sterile preparations at U.S. schools of pharmacy—a ten year follow up study. American Journal of Health-System Pharmacy, Volume 75, Issue 12, 15 June 2018 Pages 845-847, https://doi.org/10.2146/ajhp170641

**Textbook chapter**: Khazan M., Phillips C., **Almgren M**. "Pharmaceutical Calculations" In: Sutton S. Scott. McGraw Hill's NAPLEX Review Guide. 3rd Edition, McGraw Hill 2018

**Textbook chapter: Almgren M**. "Sterile Compounding Regulations" In: Sutton S. Scott. *McGraw Hill's NAPLEX Review Guide*. 3rd Edition.

**Almgren M.** "USP Chapter 800—Hazardous Drug Handling in Healthcare Settings" In: Sutton S. Scott. McGraw Hill's NAPLEX Review Guide.4th Edition. 2020.

Karyn I. Cotta, Samit Shah, PhD, RPh, MBA, **Michaela M. Almgren**, PharmD, MS, Lilia Z. Macías-Moriarity, PhD, MPH, Vicky Mody. Effectiveness of flipped classroom instructional model in teaching pharmaceutical calculations. *Currents in Pharmacy Teaching and Learning*. 2016. Volume 8, Issue 5, Pages 646–653. https://doi.org/10.1016/j.cptl.2016.06.011

Braga S, **Almgren M**. Complementary Therapies in Cystic Fibrosis: nutritional supplements and herbal products. *Journal of Pharmacy Practice*. 2013 Feb;26(1):14-7.

Wynn W, **Almgren M**, Stroman R, Clark K. Pharmacist's Toolbox for Smoking Cessation. *Journal of Pharmacy Practice.* 2012 Dec;25(6):591-9.

## POSTERS WITH ABSTRACTS

Jennifer McCrary; Payton R. Jackson; Julia Geith; **Michaela Almgren PharmD, MS**. Remediation Strategies for Most Frequent Food and Drug Administration (FDA) Form 483 Observations in 503B Outsourcing Facilities. ASHP Midyear, New Orleans December 2024.

Pranay Singla; Olivia Lefever; Noah Raganschmalz; Payton Jackson; **Michaela Almgren, PharmD, MS**. Impact of State-Specific Regulatory Stringency on FDA

Regulatory Compliance of 503B Outsourcing Facilities. ASHP Midyear, New Orleans December 2024.

Noah Raganschmalz;  Olivia Lefever; Pranay Singla; **Michaela Almgren, PharmD, MS**. Regulatory Evaluation of the State-by-State Landscape for 503B Licensing Requirements and Their Impact on Manufacturers. ASHP Midyear, New Orleans December 2024.

Payton R. Jackson; Jennifer McCrary; Julia Geith**;  Michaela Almgren PharmD, MS**. Addressing Common Non-Compliance Issues Among 503B Outsourcing Facilities: A Systematic Review and Analysis of Food and Drug Administration (FDA) Published Form 483 Citations. ASHP Midyear, New Orleans December 2024.

Jessica Chen, PharmD Candidate; Julia Geith, PharmD Candidate; **Michaela Almgren, PharmD, MS**. Evaluating Risk Factors: Unveiling Clinical Risks in Potentially Contaminated Compounded Medications December 2023 ASHP Midyear Clinical Meeting, Anaheim, CA.

Julia Geith, PharmD Candidate; Joyce Ji, PharmD Candidate; Regan Dennis, PharmD Candidate; Nikki Chen, PharmD Candidate; Moji Awe, PharmD Candidate; **Michaela Almgren, PharmD, MS**. Assessment of Prevalence of the United States Pharmacopeia Chapter 797 Guidance in the State Oversight of Patient-Specific Sterile Drug Compounding Across the United States. December 2022 ASHP Midyear Clinical Meeting, Las Vegas NV.

Jessica Chen, PharmD Candidate; Ryan Gourdine, PharmD Candidate; Julia Geith, PharmD Candidate; Amber Burroughs, PharmD Candidate; Bria Diorio, PharmD Candidate; **Michaela Almgren, PharmD, MS**. Assessment of Advantages of Ropivacaine Wound Infiltration Used for Analgesia in Orthopedic Surgeries Compared to Standard of Care Pain Management. December 2022 ASHP Midyear Clinical Meeting, Las Vegas NV.

Dalan J. Solomon, PharmD. Candidate; Jordan Franklin, PharmD. Candidate; Alex Corley, PharmD. Candidate; **Michaela Almgren, PharmD, MS**. Utilization of Ultraviolet (UV) C Light as a Supplement to Standard Cleanroom Sterilization Procedures in Effort to Decrease Microbial Burden. December 2022 ASHP Midyear Clinical Meeting, Las Vegas NV.

Rachel Lehn, BS, PharmD Candidate; Kayla Hutto, BS, PharmD Candidate; Nikki Chen, PharmD Candidate; Lauren Caines, PharmD Candidate; **Michaela Almgren, PharmD, MS**. Comparison of Impact of Facial Coverings Mandate as Mitigation Strategy on Positivity Rates of COVID-19 in a Workplace versus Community Rates Prior to Vaccine Availability. December 2021 ASHP Midyear Virtual Clinical Meeting.

Kara Taylor, PharmD Candidate; Lauren Caines, PharmD Candidate; Cole Colemander, PharmD Candidate; Zach Altenberg, PharmD Candidate; **Michela Almgren, PharmD,**

**MS**. Safety Evaluation of a New Container Closure System Design of a Blow Fill Seal Type of IV Bottles. December 2021 ASHP Midyear Virtual Clinical Meeting.

Lauren Caines, PharmD Candidate; Kara Taylor, PharmD Candidate; **Michaela Almgren, PharmD, MS**. Impact of Implementation of Mandatory Facial Coverings as Mitigation Strategy on Rates of Positive Cases of COVID19 in a Workplace Prior to Vaccine Availability. December 2021 ASHP Midyear Virtual Clinical Meeting.

Petscavage Katie, PharmD Candidate; **Almgren Michaela, PharmD, MS**.  Assessment of complementary therapies as preventive measures for COVID-19 for safety and efficacy. December 2020 ASHP Midyear Virtual Clinical Meeting. Poster #SP-243.

Aya Ahmed PharmD Candidate; **Michaela Almgren PharmD, MS**; Ryan McCormick PharmD Candidate; Carolyn McNamara PharmD Candidate; Robert Singleton PhD. Establishing a Coronavirus (COVID-19) Testing Lab in 40 Days. December 2020 ASHP Midyear Virtual Clinical Meeting.

Ryan McCormick PharmD Candidate; **Michaela Almgren, PharmD, MS**; Sarah Arnold PharmD Candidate, Madeline Dean PharmD Candidate, Marianna Vinson, PharmD Candidate. Process improvements and validation of a syringe-filling robot though collaboration between pharmacy and engineering student teams. December 2020 ASHP Midyear Virtual Clinical Meeting.

Alexis Caronis, PharmD Candidate 2021; **Michaela Almgren, PharmD, MS**; Samantha Lindeman, PharmD Candidate 2021; Kristen Kilby, PharmD Candidate 2021. Evaluation of medication safety effectiveness training in a workplace environment. 2020 APHA Annual Meeting, Baltimore MD, March 2020.

Caroline Hansen PharmD Candidate; **Michaela Almgren PharmD, MS**; Kristen Kilby PharmD Candidate; Alexis Caronis PharmD Candidate; Ryan McCormick PharmD Candidate; Benjamin Tabor PharmD Candidate. College of Pharmacy and School of Engineering Student Teams' collaboration to design pharmacy compounding system using robotic arm to perform aseptic syringe filling. 2020 SCSHP Annual Meeting, Charleston SC, March 2020.

Alexis Caronis, PharmD Candidate 2021; **Michaela Almgren, PharmD, MS**; Kristen Kilby, PharmD Candidate 2021; Caroline Hansen, PharmD Candidate 2021; Benjamin Tabor, PharmD Candidate 2021; Ryan McCormick, PharmD Candidate 2022. Development of the Masterflex L/S peristaltic pump process validation in a 503B outsourcing pharmacy. 2019 ASHP Midyear Clinical Meeting, Las Vegas, December 2019. Poster #3-445.

Ashton Holley, PharmD Candidate**; Michaela Almgren, PharmD, M.S**.; Normando Sandoval, PharmD Candidate; Priya Patel, PharmD Candidate; Xiaoxia Wang, PharmD Candidate; Lauren  Moran, PharmD Candidate. Evaluation of cleaning effectiveness of

7.8% ionized hydrogen peroxide mist versus 7.8% hydrogen peroxide mist in a cleanroom environment. 2019 ASHP Midyear Clinical Meeting, Las Vegas, December 2019. Poster #3-449.

Caroline Hansen PharmD Candidate; **Michaela Almgren PharmD, MS**; Kristen Kilby PharmD Candidate; Alexis Caronis PharmD Candidate; Ryan McCormick PharmD Candidate; Benjamin Tabor PharmD Candidate. College of Pharmacy and School of Engineering Student Teams' collaboration to design pharmacy compounding system using robotic arm to perform aseptic syringe filling. 2019 ASHP Midyear Clinical Meeting, Las Vegas, December 2019. Poster #3-432.

Kristen Kilby PharmD Candidate**; Michaela Almgren PharmD, MS**; Alexis Caronis PharmD Candidate; Caroline Hansen PharmD Candidate; Ryan McCormick PharmD Candidate, Benjamin Tabor PharmD Candidate, Noah Smith MBA, PharmD Candidate**.** Performance comparison of the Baxter repeater pump and the Masterflex peristaltic pump using high flow tubing set L/S 24. 2019 ASHP Midyear Clinical Meeting, Las Vegas, December 2019. Poster #3-446.

Samantha Lindeman, PharmD Candidate 2021; **Michaela Almgren, PharmD, MS**; Alexis Caronis, PharmD Candidate 2021; Kristen Kilby, PharmD Candidate 2021; Noah Smith, Pharm D Candidate 2020; Caroline Hansen, PharmD Candidate 2021; Ashton Holley, PharmD Candidate 2021; Priya Patel, PharmD Candidate 2021. Evaluation of naloxone safety effectiveness training in a workplace environment. 2019 ASHP Midyear Clinical Meeting, Las Vegas, December 2019. Poster #3-440.

Tristan Gore, PharmD Candidate 2022. Noah Smith, PharmD Candidate 2020. Dana Nelson, PharmD Candidate 2020. **Michaela Almgren, PharmD, MS**. Incidence and clinical impact of particulate matter in injectable drug products. 2019 ASHP Midyear Clinical Meeting, Las Vegas, December 2019. Poster #3-422.

**Almgren M**, Maxwell W, Grant A, Hembree H, Shah A. Disability and Accommodations in Pharmacy Practice and Education. 2019 AACP Annual Meeting, Chicago 2019. Abstract #53.

Cooper C., **Almgren M.**, Maxwell W., Baker J. Instruction on compounded sterile preparations at US pharmacy schools. 2018 SCSHP Annual Meeting poster session, Hilton Head Island, SC.

Cooper C., **Almgren M**. Maxwell W., Baker J. Instruction on compounded sterile preparations at US pharmacy schools. Poster presentation at 2017 ASHP Midyear in Orlando, FL, poster # 368.

Parth Parikh, PharmD. Candidate; Paul Philavong, PharmD Candidate, Sam McCallum, PharmD Candidate, Nhung Nguyen, PharmD Candidate; **Michaela Almgren, PharmD, MS**. Assessing Microbial Growth Rates of Sterile Versus Non-Sterile Gloves Used

During Sterile Compounding. 2017 SCSHP Annual Meeting Hilton Head, SC, poster session.

Cotta K**, Almgren M**. "Effectiveness of Blended Teaching Method for Pharmaceutical Calculations." Poster presentation at 2012 AACP Annual meeting in Kissimmee FL.

**Almgren M**., Clark K. "Laboratory Exercise to Enhance Integration and Application of Basic Sciences to Pharmacy Practice in Students." Poster presentation at 2012 AACP Annual meeting in Kissimmee FL**.**

---

## Peer Review/Editorial Boards/Editorships for Journals
Reviewer for AJPE
Reviewed: Prerequisite Courses: Barriers to Pharmacy Admission or the Keys to Student Success?

Reviewer for Currents in Pharmacy Teaching and Learning.
Reviewed: Book review of the Handbook on Injectable Drugs

Reviewer for AJHP
Reviewed: Commentary: Impact of revised USP 797 guidance and how we might mitigate risk: A real-world example

Reviewer for AJHP
Reviewed: Third Consensus Development Conference on the Safety of Intravenous Drug Delivery Systems – 2018

Peer Reviewer for The Joint Commission Journal on Quality and Patient Safety
Reviewer and member of editorial board of Alternative Medicine Studies Journal
Reviewer for Journal of Dietary Supplements
Reviewer for Natural Standard Research Collaboration
Reviewer for Currents in Pharmacy Teaching and Learning
Reviewer for AACP Annual Meeting Research/Education Abstracts for Poster Session

---

## PROFESSIONAL AFFILIATIONS
American Pharmacist Association (APhA), 2006-2018

American Society of Consultant Pharmacists (ASCP), 2008-2013

American Society of Health-System Pharmacists (ASHP), 2008-present
- Pain management SIG 2011-2013

SC Pharmacist Association (SCPhA), member 2006-2018
- Professional Affairs committee 2010-2011, 2017-2018
- Legislative Affairs Committee 2011-2012

SC Society of Health Systems Pharmacists member (SCSHP) 2008-present
- Education Committee 2014-2016
- Professional Affairs Committee 2015-2016
- Legislative Committee 2017-2018

American Association of College of Pharmacy (AACP), member 2010-present
- AACP Pharmacy Practice Strategic Plan, Bylaws, and Resolutions Committee member 2018-2020
- Member of the Scholarship Committee of the Curriculum SIG for AACP 2018-2020
- AACP Audit Committee member 2018-present
- House of Delegates representative for USC College of Pharmacy 2017-2018
- AACP Pharmacy Practice Strategic Plan, Bylaws, and Resolutions Committee member 2018-2019
- Lyman Award Committee Member 2012-2013

Parenteral Drug Association Member (PDA) 2019-2022

## Dr. Almgren Case List (up to Feb 6, 2024)

I*n the Matter of the Federal Bureau of Prisons' Execution Protocol Cases, Case No.* 19-145 (D.C. Dt. Ct.) (September 2020) (testified)

*King v. Parker, Case No.* No. 3:18-cv-1234 (M.D. Tenn.) (February 2022) (deposed)

*Ruiz v. Tex. Dep't of Crim. Just.,* Travis Cnty., Tex., No. D-1-N-22-7149 (Jan. 2023) (testified)

# *Public Defender of Indiana*

*One North Capitol, Suite 800*
*Indianapolis, Indiana 46204-2026*
*Telephone: (317) 232-2475*
*Facsimile: (317) 232-2307*

## AGENCY AGREEMENT

In view of mutual considerations and covenants exchanged, it is hereby agreed this 22nd day of July 2025, as follows:

1.     The parties to this agreement are the Office of the Public Defender of Indiana (hereafter "the attorneys") and Michaela M. Almgren, PharmD, MS (hereafter "the agent"). For the purposes of this agreement, "State" shall mean any prosecuting attorney's office, any prosecuting attorney, the Attorney General of the State of Indiana or his agents, and any law enforcement agency.

2.     The attorney, by her employees, Joanna Green and Laura L. Volk, are gathering information to present a challenge to the convictions and sentence in connection with Roy Ward (hereafter "the client").

3.     The agent has agreed to consult with the attorneys regarding claims pertaining to the client's post-conviction case.

4.     The agent shall be compensated by the attorneys as follows:

**Three Hundred Dollars ($300.00) per hour for every hour of review, consultation, and preparation up to Three Thousand Dollars ($3,000.00). In the event that services appear likely to exceed the approved amount, immediately notify the assigned attorney so that approval for additional expenditures can be sought.**

**Billings in excess of the approved amount may not be reimbursed. Invoices must include date, time, and description of work performed for all billed hours.**

5.      The agent agrees to maintain all information she learns about the client's case, and the work being completed, in the strictest confidence.

6.      In order to avoid any ambiguity and to protect the agent from forced disclosure of information collected or opinions formed by the agent on behalf of the attorney, the parties hereby agree as follows:

    a.      All professional opinions formed by the agent in her consultation with the attorney are the attorney's work product.

    b.      The agent shall not be an agent, contractor, consultant, or employee of any sort for the State in any matter related to the client during or after the pendency of the post-conviction action of the client.

    c.      The parties understand that the agent has other employment outside of her work for the attorney.  The agent is not an agent of the attorney in those other matters.

    d.      As regards the consulting and any potential testing, the agent works for the attorney only and all of the work that the agent does on this matter, for the client's case shall be for the attorney.  The agent shall consult with the attorney and shall share attorney work product on a confidential and exclusive basis.

        (i)      The agent shall not disclose information acquired for the attorney to any person other than the attorney without the attorney's express consent.

        (ii)      Any information disclosed by the attorney to the agent is understood to be attorney work product.  The agent may not disclose this information to any third party without the express consent of the attorney.

      e.      In exchange, it is understood and agreed that the agent shall not be held individually liable for asserting the attorney work privilege, should disclosure be requested or compelled.

      7.      It is the intention of the attorney and agent that the agent shall be an independent contractor and that this agreement be construed accordingly. The Public Defender of Indiana is an equal opportunity employer.

      Dated this 22nd day of July 2025.


_____
Michaela M. Almgren, PharmD, MS



_____
Joanna Green
Deputy State Public Defender



_____
Laura Volk
Deputy State Public Defender

**Laura Volk**

---

| | |
|---|---|
| **From:** | Amy E Karozos |
| **Sent:** | Thursday, August 14, 2025 1:20 PM |
| **To:** | Laura Volk |
| **Cc:** | Joanna Green; Alison Reed |
| **Subject:** | RE: Funds request for Roy Ward's case |

Hi Laura,
You are approved for up to an additional $1,500 or 5 hours at $300/hr for Michaela Algren, pharmacologist, for additional review and consultation and to provide an affidavit.

Thanks. I have cc'd Barbara.

Amy


Amy E. Karozos
State Public Defender
1 North Capitol, Suite 800
Indianapolis, IN 46204
(317) 232-6497 Phone
(317) 232-2307 Fax
akarozos@pdo.in.gov

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient or Public Defender of Indiana staff, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work-product privilege by the transmission of this message.


**From:** Laura Volk <lvolk@pdo.in.gov>
**Sent:** Thursday, August 14, 2025 12:59 PM
**To:** Amy E Karozos <akarozos@pdo.in.gov>
**Cc:** Joanna Green <jgreen@pdo.in.gov>; Alison Reed <areed@pdo.in.gov>
**Subject:** Funds request for Roy Ward's case

Amy,

Attached is a funds request for Roy's case. Please let me know if you have any questions.

Laura

1

**Laura Volk**

| | |
|---|---|
| **From:** | Amy E Karozos |
| **Sent:** | Monday, August 18, 2025 8:28 AM |
| **To:** | Laura Volk |
| **Cc:** | Joanna Green; Alison Reed; Barbara Bowden |
| **Subject:** | Re: Additional funds request for Dr. Almgren |
| **Attachments:** | Second Additional funds for Almgren.docx |

Hi Laura,
You are approved for an additional $900 (3hrs $300/hr). I've cc'd Barbara.

Thanks,
Amy

Sent from my iPhone