**EMORY UNIVERSITY SCHOOL OF MEDICINE**
**STANDARD CURRICULUM VITAE**

Revised:  August 13, 2025

1. **Name:**  Joel B. Zivot, MD, FRCP(C), MA, JM

2. **Office Address:** 1364 Clifton Road, Atlanta, Georgia, 30322

   **Telephone:**  404-686-4411

3. **E-mail Address:** jzivot@emory.edu

4. **Current Titles and Affiliations:**

   a. **Academic Appointments:**

      1. **Primary Appointments:**

         Associate Professor, Department of Anesthesiology, Emory University School of Medicine (From September 1, 2015)

      2. **Joint and Secondary Appointments:**

         1. Associate Professor, Department of Surgery, Emory University School of Medicine (From September 1, 2015) (secondary appointment)
         2. Senior Fellow, Emory Center for Bioethics (from July 1, 2020)

   b. **Clinical Appointments:**

      1. Medical Director, Critical Care Medicine, Department of Anesthesiology, Emory University School of Medicine 11S, Emory University Hospital Midtown (EUHM), June 2010 - February 2013
      2. Medical Director, Critical Care Medicine, Department of Anesthesiology, Emory University School of Medicine 4A/5A, EUH, February 2013 - June 2015

   c. **Other Administrative Appointments:**

      1. Fellowship Director, Critical Care Medicine, Department of Anesthesiology, Emory University School of Medicine, Jan 2013 - January 2016

5. **Previous Academic and Professional Appointments:**

      1. Assistant Professor, Department of Anesthesiology and Critical Care Medicine, University of Michigan Medical Center, 1995-1998
      2. Assistant Professor of Anesthesia, Surgery, and Intensive Care, University Hospitals of Cleveland, Case Western Reserve University School of Medicine, Cleveland, Ohio, USA, 1998-2005
      3. Assistant Professor, Department of Anesthesiology and Critical Care Medicine, George Washington University Hospital, District of Columbia, USA, 2005-2007

    4.  Associate Professor, Department of Anesthesiology, University of Manitoba, Winnipeg, Manitoba, Canada, 2007-2010
    5.  Assistant Professor, Department of Anesthesiology, Emory University School of Medicine (July 2010- September 2015)
    6.  Adjunct Professor of Law, Emory University School of Law (September 2016-August 2018)
    7.  Adjunct Professor, Interdisciplinary Studies, Emory Institute of Liberal Arts (August 2017-May 2021)
    8.  Adjunct Professor, Interdisciplinary Studies, Emory Institute of Liberal Arts (August 2024-May 2025)

## 6.  Previous Administrative and/or Clinical Appointments:

1. Director, Post Anesthesia Care Unit, Department of Anesthesiology, University of Michigan Medical Center, Ann Arbor, MI, 1995-199
2. Director Critical Care Medicine Fellowship, Department of Anesthesiology, University of Michigan Medical Center, Ann Arbor, Michigan, USA, 1996-1998
3. Program Medical Director, Master of Science in Anesthesiology, Case Western Reserve University School of Graduate Studies, Cleveland, Ohio, USA, 2000-2005
4. Co-Medical Director, Surgical Intensive Care Unit, University Hospitals of Cleveland, Case Western Reserve University, Cleveland, Ohio, USA, 2002-2005
5. Medical Director, CTICU, George Washington University Hospital, Washington, DC, 2005-2007
6. Medical Director, Cardio-thoracic ICU, Intensive Care Cardiac Sciences Program, Winnipeg Regional Health Authority, Winnipeg, Manitoba, Canada, 2007-2010
7. Medical Director, Critical Care Medicine, Department of Anesthesiology, Emory University School of Medicine 11S, Emory University Hospital Midtown (EUHM), June 2010 - February 2013
8. Medical Director, Critical Care Medicine, Department of Anesthesiology, Emory University School of Medicine 4A/5A, EUH, February 2013 - June 2015

## 7.  Licensures:
1. License, Controlled Substance, Drug Enforcement Agency: Issued 1995- current
2. License, Georgia Composite Medical Board: Issued 2010-current

## 8.  Boards and Specialty Boards:

1. Fellow, Royal College of Physicians of Canada (Anesthesiology), Ontario, June 30, 1993- Present (designates board certification in Canada)
2. Anesthesiology, American Board of Anesthesiology, Ohio, April 28, 1995- Present
3. Critical Care Medicine, American Board of Anesthesiology, Ohio, September 8, 1995- Present
4. Testamur, National Board of Echocardiography, Basic Perioperative Trans-Esophageal Echocardiography, September 1, Georgia, 2010-2021

## 9.  Education:

1. University of Manitoba, Winnipeg, Manitoba, Canada (no degree) September 1980- April 1983
2. University of Toronto, Toronto, Ontario, Canada (no degree) September 1983 - April 1984

3. Doctor of Medicine, University of Manitoba, Winnipeg, Manitoba, Canada, August 1, 1984 – May 31, 1988
4. Master of Arts in Bioethics, Emory Center for Ethics, September 2012 – May 2017, Supervisor: Dr. Toby Schoenfeld
5. Juris Master, Emory School of Law, Spring 2020 - Fall 2022

10. **Postgraduate Training:**

1. Rotating Internship, Mount Sinai Hospital, University of Toronto, Department of Post Graduate Medical Education, Toronto, Canada, 1988-1989 Supervisor: Ms. Miriam Rotman
2. Residency, Anesthesiology, University of Toronto, Department of Anesthesiology, Toronto, Canada, 1989-1993, Supervisor: Dr. David McKnight,
3. Residency, Anesthesiology, Cleveland Clinic Foundation, Department of Anesthesiology, Cleveland, Ohio, United States, 1993-1994, Supervisor: Dr. Armin Schubert,
4. Fellowship, Critical Care Medicine, Cleveland Clinic Foundation, Department of Anesthesiology, Cleveland, Ohio, United States, 1994-1995, Supervisor: Dr. Marc Popovich

11. **Continuing Professional Development Activities:**

1. Emory Public Scholars Institute, September 2018 – December 2018
2. Emory College Online Teaching Strategies, October- 2020-December 2020

12. **Society Memberships:**

1. American Society of Anesthesiologists, 1993-present
2. Ohio Society of Anesthesiologists, 1993-2005
3. Society of Critical Care Anesthesiologists, 1995-2019
4. American Medical Association, 1995-present
5. Society of Critical Care Medicine, 1995-2023
6. International Anesthesia Research Society, 1996-2000
7. International Extra-Corporeal Life Support Organization, 1997-2005
8. American College of Chest Physicians, 2000-2007
9. American Academy of Anesthesiologist Assistants, 2005-2017
10. District of Columbia Society of Anesthesiologists, 2006-2007 (President-elect)
11. Canadian Anesthesiologist Society, 2007-2011
12. Manitoba Medical Society, 2007-2010
13. Canadian Medical Association, 2008-2012
14. Georgia Society of Anesthesiologists, 2010-present
15. Society of Cardiovascular Anesthesiologists, 2010-2014
16. Society of Academic Anesthesiology Associations, 2013-2015
17. Medical Association of Georgia, 2016-present

13. **Committee Memberships:**

a. **National and International:**

1. American Society of Anesthesiology, Care Team Committee, 2007-2009

2. Member, Accreditation Review Committee-Anesthesiologist Assistants, Commission on Accreditation of Allied Health Education Programs (ARC-AA), 2008
3. American Society of Anesthesiology, Committee on Ethics, 2011-2018
4. Society of Critical Care Medicine, Committee on Ethics, 2011-2019
5. Society of Cardiovascular Anesthesiology, Committee on Ethics, 2012-2013
6. Society of Critical Care Medicine, Patient and Family Satisfaction Committee, 2013-2019
7. Society of Critical Care Anesthesiologists, Graduate Education Committee 2013-2016

b. **Regional:**

1. President, Cleveland Society of Anesthesiology, 2001-2002
2. President Elect, DC Society of Anesthesiology, 2006-2007

c. **Institutional:**

1. Member of selection committee, Physician Assistant Program, The University of Manitoba, Winnipeg, Manitoba, Canada, 2008
2. Member, Academic Promotions Committee, University of Manitoba, Faculty of Medicine, Winnipeg, Manitoba, Canada, 2009
3. EUHM Executive Critical Care Committee 2010-2015
4. EUHM CAUTI and CLABSI prevention committee 2010-2015
5. EUHM Committee on Ethics, 2011-2018
6. EUHM Pharmacy and Therapeutics Committee 2011-2021
7. EUH/EUHM CTS Quality Committee, 2012-2015
8. EUH Executive Pharmacy Committee 2012-2020
9. EUH Antibiotic Utilization Subcommittee 2012-2020
10. EUH Resuscitation Committee 2013-2016
11. EUH Difficult Airway ad-hoc group 2013-2014
12. EUH Executive Critical Care Committee 2013-2015
13. Department of Anesthesiology Residency Review Committee, 2013-2020
14. Critical Care Medicine Fellowship Education Committee, 2018-2021
15. EHC COVID triage committee, 2020-2022
16. Senior Faculty Fellow, Emory Center for Ethics (From July 1, 2021)

14. **Peer Review Activities:**
    a. **Grants:**

    1. **Institutional:**
       1. Emory-Georgia Tech Healthcare Innovation Program, Georgia CTSA and Emory Synergy Awards, 2017, 2020, 2021

    b. **Manuscripts:**

    1. Canadian Journal of Anesthesiology, (manuscript reviewer), 2013
    2. Mayo Clinic Proceedings, (manuscript reviewer), 2015
    3. Critical Care Medicine, (manuscript reviewer), 2016, 2020, 2021, 2024
    4. Journal of Bioethical Inquiry (manuscript reviewer) 2021
    5. University of California Press, (book reviewer) 2023
    6. Anesthesiology (manuscript reviewer) 2024
    7. Israel Journal of Health Policy Research (manuscript reviewer) 2024
    8. Health Policy (manuscript reviewer) 2025
    9. CHEST (manuscript reviewer) 2025

c. **Conference Abstracts:**

1. **National and International:**
   i. American Society of Anesthesiology Annual Meeting, 2007, 2009
   ii. Society of Critical Care Medicine Annual Meeting 2009

2. **Regional:**

   **1.** Midwestern Anesthesia Resident Annual Meeting, 2004

15. **Editorships and Editorial Boards:**

16. **Consultantships/Advisory Boards:**

1. Merck Pharmaceuticals, physician advisory board, 2005-2007
2. Consultant for Wireless EKG Monitor, 2004-2005
3. Masimo Corporation, product design and physician advisory board, 2013-2107
4. Doximity, physician advisory committee, 2014-2017
5. Wellons v. State (post-conviction death penalty defense) June 2014
6. Boyd v. State (post-conviction death penalty defense) June 2015
7. Bucklew v. State (post-conviction death penalty defense) May 2015
8. STOPNC & NECC (tainted steroids and meningitis) May 2016
9. Goins v. State (negligent medical care while incarcerated) May 2016
10. Calmer v. State (post-conviction death penalty defense) July 2016
11. Medical Advisor, Southern Center for Human Rights, Atlanta, Georgia (From July 1, 2016)
12. Williams v. State (post-conviction death penalty defense) April 2017
13. Ledford v. State (post-conviction death penalty defense) May 2017
14. Johnson v. State (post-conviction death penalty defense) October 2017
15. Saterfield v. State (post-conviction death penalty defense) December 2017
16. Miller, Sutton, West v. State (post-conviction death penalty defense) November 2018
17. Price v. Dunn (post-conviction death penalty defense) May 2019
18. Higgs v. State (post-conviction death penalty defense) December 2020
19. Senate of Canada (testimony on Medical Assistance in Dying) February 2021
20. Project Hope to Abolish the Death Penalty: Advisory board member (From August 1, 2021)
21. Floyd v. State (post-conviction death penalty defense) November 2021
22. Bourassa v. State (negligent medical care while incarcerated) September 2021
23. Husel v. State (capital murder defense) March – April 2022
24. Attwood v. State (post-conviction death penalty defense) May 2022
25. Moutin v. State (negligent medical care while incarcerated) May 2022
26. Presnell v. State (post-conviction death penalty defense) May 2022
27. Lee v. State (post-conviction death penalty defense) August 2022
28. Loden vs State (post-conviction death penalty defense) September 2023
29. Tanzi vs State (post-conviction death penalty defense) March 2025
30. Miller vs State (post-conviction death penalty defense) April 2025
31. Jesus Mendoza (wrongful death by accidental electrocution) April 2025

17. **Organization of Conferences:**

   a. **National and International:**

      1. **Administrative Positions:**
         i. "On the Ethics of Drug Shortages," June 2012, jointly with the American Society of Anesthesiology and the Emory Center for Ethics. (I was the organizer of this conference).

      2. **Sessions as Chair:**
         i. "Biological Variability" American Society of Anesthesiology Annual Meeting, (session chair) 2008
         ii. American Society of Anesthesiology and the Emory Center for Ethics, Conference Chair, 2012

      3. **Other Conference Activities:**
         i. American Society of Anesthesiology poster judge 2007
         ii. American Society of Anesthesiology poster judge 2022

   b. **Regional:**

      1. **Other Conference Activities:**
         i. Midwestern Anesthesiology Resident Annual Meeting poster judge 2004

18. **Clinical Service Contributions:**

   1. Medical Director of 21 ICU/11S ICU (2010-13), EUHM: I was the first to hold this position. During my leadership, I developed practice standards, hired physicians and advanced practice providers (APPs), and established best practices within the cardiac surgery service. I was also involved in the design and construction of the new 11S ICU, which replaced the 21 ICU.
   2. Led a conflict resolution project (July 2013- June 2014) with Emory Healthcare with a specific target of conflict within the operating room. The model was drawn from collaboration with Dr. Franz de Waal, an expert in non-human primate violence. The project aimed to determine the frequency and circumstances that lead to conflict and create an appeasement method that was programmed, rapid, and did not require a mediator. Using the tools of classical anthropology field research, we developed an ethogram to describe conflict interactions among individuals in the cardiac operating rooms at EUH.
   3. Medical Director of 4A/5A ICU (2013-15) EUH: I developed a multidisciplinary quality metrics program for the ICU and created many protocols, including blood conservation, removal of intra-aortic balloon pumps, DVT and GI prophylaxis, Atrial fibrillation management, and a rapid extubation protocol for cardiac surgery patients.
   4. Helped to develop a protocol for overnight emergency airway coverage as a member of the EUH emergency airway committee.
   5. Served on the Ethics Committee for EUH and EUHM (July 2010- June 2019) and in that capacity, took ethics consults, saw patients, and worked with teams to find bioethical dispute resolution.
   6. Served on the Executive Pharmacy and Therapeutics Committees at EUHM and EUH (July 2015 - June 2019), reviewed applications for

additions and deletions to the hospital formulary. Helped to establish protocols dealing with drug shortages and developed an economic model to explain drug shortages based on purchasing contracts.

7. Physician member of the Severe Communicable Disease Unit (SCDU) 2014-2025. As a member of this unit, I have been involved in caring for patients with Ebola and took care of the first COVID-19 patient admitted to Emory who needed mechanical ventilation.

8. Physician member of the Emory COVID triage committee. I helped develop and drive policy away from a proposal that would have involuntarily taken away mechanical ventilation from some COVID patients. The suggested policy was unnecessary and unsupported from a bioethical and legal perspective.

## 19. Contributions to Fostering Excellence:

1. In collaboration with Dr. Michelle Sumler, Vice Chair for Diversity, Equity, and Inclusion in the Department of Anesthesiology, and Dr. Sheryl Heron, Vice Chair of Equity, Engagement, and Empowerment in the Department of Emergency Medicine, I am assisting in the development of a policy to address the rise of anti-Semitism. I had reached out to the School of Medicine, and they indicated that no policy on anti-Semitism was in place and welcomed an opportunity to collaborate with me on this subject. Meetings are ongoing.

2. I was the keynote speaker at the American Federation for Medical Research's Southeastern Regional Meeting in Washington, DC, in May 2023. My talk focused on health disparities and addressed the barriers to healthcare equity.

3. In the last decade, I have devoted myself to public scholarship. In that capacity, I have been an advocate in the defense of vulnerable populations and a defender of truthful accountings. I have done this as a physician at Emory. My work has been featured in high-impact print, online, audio, and video media, reaching over a million people worldwide.

## 20. Community Outreach:

### a. General:
1. International: St. Petersburg, Russia, 2002, 2004 - Home visits to community members who were unable to travel to see a physician.
2. Volunteer physician, The Free Medical Clinic of Greater Cleveland, 2004-2006
3. Society of Critical Care Medicine Hurricane Katrina Medical Response Team, 2005
4. Emory 500 Atlanta Motor Speedway Health Tent Volunteer, 2010
5. The Global Surgical and Medical Support Group (GSMSG) 2018-2024

### b. Media Appearances:

1. **Anesthesiology News**, 2002 "Anesthesiologist Assistants"
2. **The Medical Post,** 2009 "Waiting for Cardiac Surgery"
3. **The Health Report**, CJOB 68 AM, Winnipeg, Canada, 2010 "Cardiac Critical Care"
4. "Baby's status as human is on trial," Op-Ed, Feb. 19, 2010, **Winnipeg Free Press**
5. "End of Life in the ICU VIP syndrome" Inside the Black Box, **WREK 91.1 FM**, Atlanta, Georgia, 2011
6. "Biting the Bullet: The Technology of Anesthesia", **National Public Radio** WABE 90.1 FM Atlanta, Georgia, 2011

7. "Physicians and the Death Penalty Drug shortages" Georgia Public Broadcasting, Atlanta, GA, 2012. Drug shortages are reaching critical levels,
8. "Why I am for a moratorium on lethal injections," Op-Ed, Dec 15, 2013, **USA Today**
9. **MedPage Today**, 2013, "No Advantage for Fresh Blood in ICU Transfusions"
10. "Meningitis Outbreak: Suspicion needed for nausea complaints. Drug Shortages spark use of compounders," **Medscape Medical News**, 2013
11. "GPOs to Blame for Drug Shortages, Says Physicians Group", **MedPage Today**, 2014
12. "The Slippery Slope from Medicine to Lethal Injection" Op-Ed, May 2, 2014, **TIME**
13. "The White Coat: A Veil for State Killing", Op-Ed **MedPage Today** August 2014
14. "Cruel and Unusual Punishment, Lethal Injection: A Cruel, Painful, Terrifying Execution", **Miami Herald**, 2014
15. "Doctor speaks out on use of untested drugs in capital punishment," **The New York Times**, 2014
16. "Timeline describes frantic scene at Oklahoma execution", **The Washington Post,** 2014
17. "Florida's Gruesome Execution Theater. Another execution gone awry. Now what?" **Washington Post**, 2014
18. **CNN** with Sanjay Gupta, 2014, Dr. Zivot: "Lethal injection not humane"
19. Amicus on **Slate** with Dahlia Lithwick,"Lethal Injection" 2015
20. "Botched protocols", **Huffington Post**, 2015
21. "Oklahoma wants to reinstate the gas chamber, and experts say it's a bad idea", **TIME**, 2015
22. "Executions put physicians in unfair dilemma," January 2017, Op-ed, **CNN**
23. "Gorsuch grapples with death: a physician's viewpoint," February 2017, Op-ed, **CNN**
24. "Neil Gorsuch and Assisted Suicide," February 2017, Op-ed, **MedPage Today**
25. "The harsh reality of execution by firing squad", **BBC World News**, 2017
26. "Lethal injection in Arkansas", **BBC Radio Science Unit**, 2017
27. "Pain in execution by lethal injection", **CNBC**, 2017
28. "Silicon Valley is trumpeting A.I. as the cure for the medical industry, but doctors are skeptical" **AXIOS**, 2017
29. "The Human Diagnosis Project: A Skeptical Look at new AI Initiatives", **The Washington Post,** 2017
30. "Don't thank me, it's my job" May 2018, Op-ed, **MedPage Today**
31. "Inmates as test subjects: can clinical trials in prisons ever be ethical?" Op-ed, **MedPage Today,** September 2018"
32. "States to try new ways to execute prisoners" **BBC Three**, 2018
33. "Life and Death Row: How the Lethal Injection Kills" **Mother Jones**, 2018
34. "Veterinarians won't use This Gas to Kill Animals, but 3 states want to use it on prisoners", **Eye for Pharma**, 2018
35. "Artificial Intelligence: The Counterargument, **National Public Radio**", 2018
36. "All Things Considered, Lethal Injection", **National Public Radio**, 2018
37. "Nebraska's first lethal injection execution will use new cocktail of drug, including fentanyl", **Newsweek**, 2018
38. **Good Law/Bad Law** Podcast, October 2018 "Is Lethal Injection Fatally Flawed on Moral and Constitutional Grounds?"
39. "Lethal injection: Burning as they die" Op-ed, **MedPage Today**, December 2018
40. "Lethal injections are medicine, not poison" Op-ed, **Houston Chronicle**, December 2018
41. "In Defense of Telling Patients They're Dying via Robot" Op-ed, **Slate**, March 2019
42. "What Kim Kardashian Can Teach Us About Drug Pricing" Op-ed, **MedPage Today**, March 2019
43. "Patients love a miracle, but doctors can't be afraid to deliver bad news (even via robot)" Op-ed, **USA Today**, March 2019
44. "Buddhist Wisdom and Human Poop" Op-ed, **MedPage Today**, March 2019
45. "What if Airlines Worked Like Healthcare?" Op-ed, **MedPage Today**, April 2019
46. "Abortion: No Middle Ground on Fetal Heartbeat" Op-ed, **MedPage Today**, May 2019

47. "Anamnesis: Medical Storytellers, Higher Power: All I could do" **MedPage Today**, Podcast July 24, 2019
48. "Kobe Bryant's Death: What Were the Chances?" Op-ed, **MedPage Today**. Jan 30, 2020
49. "Could U.S. ICUs Handle 45,000-Bed Corona Virus Load?" Op-ed, **MedPage Today**, February 12, 2020
50. "Doctors Volunteer for Covid-19 Duty: Who Has Their Backs?" Op-ed, **MedPage Today**, March 3, 2020
51. "Rationing Ventilators by Age Is Wrong" Op-ed, **MedPage Today**, April 8, 2020
52. "Why This Inmate Chose the Electric Chair over Lethal Injection" **National Public Radio**, September 21, 2020
53. "Where Coney Barrett Must Stand on Capital Punishment" Op-ed, **MedPage Today**, September 24, 2020
54. "What Ronal Reagan Knew about Being a VIP" Op-ed, **CNN**, October 10, 2020
55. "How Many Might Die Even with a COVID Vaccine?" Op-ed, **MedPage Today**, November 30, 2020
56. "Inmate Autopsies Reveal the Troubling Effects of Lethal Injection" **USA TODAY**, December 6, 2020
57. "Don't Vaccinate Healthcare Workers First" Op-ed, **MedPage Today**, December 10, 2020
58. "What will 2021 bring? Promising vaccines and 'the darkest days of our war on COVID-19" **National Public Radio**, December 10, 2020
59. "ICU doctor on why health workers shouldn't be prioritized in Coronavirus Vaccination" **STAT**, December 13, 2020
60. "It's peace of mind": COVID-19 vaccines can't arrive soon enough for many frontline health workers" **STAT news**, December 2020
61. **Death Penalty Information Center**, December 9, 2020 "Podcast: Anesthesiologist Dr. Joel Zivot on What Prisoner Autopsies Tell Us About Lethal Injection"
62. "**HD Live!** The State of COVID-19 in the US and its Toll on Healthcare Workers" December 2020
63. **ProPublica**, "Inside Trump and Barr's Last-Minute Killing Spree" December 23, 2020
64. "Canada's Medical Assistance in Dying = Tortuous Death" Op-ed, **MedPage Today**, February 16, 2021
65. **New York Times**, April 15, 2021, "Trump's killing spree continues"
66. "The Legal Stakes of a Lab Leak" Op-ed, **MedPage Today**, June 13, 2021
67. "Last rights: assisted suicide is neither painless nor dignified" Op-ed, **The Spectator**, September 18, 2021
68. "Allowing assisted dying would pander to the privileged" Op-ed, **The Times of Scotland**, September 22, 2021
69. "What the death rattle and capital punishment have in common" Op-ed, **STAT**, October 21, 2021 (With Ira Bedzow)
70. "What the Film Industry Can Learn from Patient-Safety Protocols" Op-ed, **The Globe Post,** October 29, 2021 (With Ira Bedzow)
71. "Oklahoma to Continue Lethal Injections After Man Vomits During Execution", **New York Times**, October 29, 2021
72. "The torturous death of John Grant in Oklahoma," **The Atlantic**, November 2, 2021
73. "Opinion: Medicine's lessons can make movie sets safer," Op-ed, **Atlanta Journal-Constitution**, November 17, 2021 (With Ira Bedzow)
74. "Expert: Drugs for quadruple killer's execution could fill his lungs with fluid," **Las Vegas Review-Journal**, November 17, 2021
75. "Lethal injection: can pharma kill the death penalty"? **Pharmaceutical Technology**, December 1, 2021
76. "Why is Dr. Oz eyeing Washington? The story of physician burnout may be at play" Op-ed, **MedPage Today**, December 6, 2021
77. "Florida has a unique position for executing prisoners. It wants to keep the details secret." **The Miami Herald**, January 19, 2022

78. "What the Titanic got wrong about triage" Op-ed, **MedPage Today**, February 7, 2022
79. "Does Russia's Invasion of Ukraine Constitute Biological Warfare" Op-ed, **MedPage Today**, March 7, 2022 (with Gavin Harris)
80. "Are Health Systems Prepared for Chemical Warfare in Ukraine?" Op-ed, **MedPage Today**, March 16, 2022 (with Gavin Harris)
81. "Jury is deadlocked in murder trial of Ohio doctor accused of overprescribing fentanyl to the dying," **CNN**, April 18, 2022
82. 'Euthanasia Pivots on Intent:' Physician Witnesses in Husel Trial Speak Out, **MedPage Today**, April 21, 2022
83. "Jury 'right' in Husel verdict, says witness," NBC4, April 21, 2022
84. "Why I defended William Husel in Court: the law is an ass" Op-ed, **MedPage Today**, May 8, 2022
85. "How can doctors be sure a medically assisted death is a peaceful death?" **The National Post**, July 1, 2022
86. "Dead to rights: What did the state of Alabama do to Joe Nathan James in the three hours before his execution?" **The Atlantic**, August 14, 2022
87. "Death by lethal injection: It is time for more transparency," Op-ed, **Al Jazeera**, August 22, 2022.
88. "Nitrogen Hypoxia: What We Know." **Montgomery Advertiser**, September 14, 2022
89. "Judge blocks Thursday's execution by lethal injection of Alabama death row inmate who says he requested to die by nitrogen hypoxia" **CNN**, September 20th, 2022
90. "New Execution Method Touted as More 'Humane' but Evidence is Lacking," **Scientific American**, September 23, 2022
91. "On slicing and sticking condemned men in Alabama," **Montgomery Advertiser**, October 31, 2022
92. "Not your kidney anymore? What Selena Gomez's fight with Francia Raisa tells us about organ donation." Op-ed, **Slate**, November 12, 2022
93. "A new low for lethal injections' cruelty and incompetence" **Slate**, November 21, 2022
94. "Alabama's history of violence" **The Atlantic**, November 22, 2022
95. "Lethal injections are crueler than most people imagine. I've seen the evidence firsthand." Op-ed, **Slate**, November 30, 2022
96. "As Lethal Injection Turns Forty, States Botch a Record Number of Executions." **Death Penalty Information Center**, December 7, 2022
97. "South Carolina wants to execute an inmate by firing squad" **The Economist**, December 15, 2022
98. "The death penalty in the US remains in decline during 'the year of the botched execution' analysis finds." **CNN**, December 16, 2022
99. "Blurred Lines: When Do Physicians Become a Party to Permissive Injury?" Op-ed, **MedPage Today**, January 13, 2022
100. "Why Alec Baldwin Could Be Found Guilty" **Slate**, January 27, 2023
101. "Alzheimer's Association Hides New Partnership with Lobbying Group for Assisted Suicide." **The Washington Free Beacon**, January 28, 2023
102. "Texas Lawyers Violated Legal Ethics Over Expired Execution Drugs." **The Texas Observer**, January 30, 2023
103. "Baldwin charged with involuntary manslaughter in 'Rust' set shooting." **The Guilfordian**, February 3, 2023
104. "Alabama takes steps towards using nitrogen as a new execution method." **The Guardian**, February 17, 2023.
105. "Would you refuse all medical interventions after age 75? – A closer look at the mathematics of aging" Op-ed, **MedPage Today**, March 7, 2023
106. "Abortion is not murder in the eyes of the law," Op-ed, **MedPage Today**, March 27, 2023
107. "Pharma and Physicians: The Anthropology of Gift Giving" Op-ed, **MedPage Today**, April 18, 2023

108. "The mifepristone ruling lacks both standing and merit," Op-ed, **The Hill**, April 21, 2023
109. "Nikki Haley's attacks on Biden's age don't change what matters: his health." Op-ed, **The Hill**, May 4, 2023
110. "If memory serves: the question of cognitive function in an aging Congress" Op-ed, **The Hill**, May 22, 2023
111. "In a Pig's Eye: Xenograft Kidney for the Dead" Op-ed. **MedPage Today**, August 23, 2023
112. "Killing convicts with nitrogen is even worse than the lethal injection," Op-ed, **Al Jazeera**, September 22, 2023
113. "Killing Death Row," **BBC Sounds**, Livvy Haydock investigates, October 13, 2023
114. "The Physician in the Israel-Hamas War: A Doctor's Duty" **MedPage Today**, October 23, 2023
115. "What are the laws of war when a hospital is a war zone?" **The Hill**, November 2, 2023
116. "The nightmare for the freed Israeli hostages is far from over," **The Hill**, November 28, 2023
117. "Is rape and sexual assault part of the Hamas tactic of war?" **The Hill**, December 18, 2023.
118. "UN experts alarmed by Alabama plan to kill prisoners using untried gas method," **The Guardian,** January 3, 2024
119. "Alabama's Nitrogen Gas Execution Will Be Cruel and Unusual Punishment" (with Stephen Cooper) **JURIST**, January 11, 2024
120. "Convicted Murderer Seeks Last-Minute Stay to Stop America's First-Ever Execution by Nitrogen Gas" **The New York Sun**, January 16, 2024
121. "I'm an anesthesiologist. Kenneth Smith's execution by nitrogen gas was far from textbook" First Opinion, **STAT**, January 29, 2024
122. "Even the fog of war does not obscure a doctor's code of ethics." **The Hill**, February 22, 2024
123. "Why an Emory Physician Built a Second Career as a Death Penalty Expert," **Atlanta Magazine**, February 22, 2024
124. "A new Louisiana capital-punishment bill would fundamentally alter physician licensing," **STAT**, February 26, 2024
125. "Embryos, children, and the black letter of the law," **Montgomery Advertiser**, March 3, 2024
126. "Blood money: Amid accusations of Hamas payouts in Israeli prisons, the ICRC should be treated as a legal person." **JURIST**, March 25, 2024 (with Ruth Oratz, MD)
127. "Charitable misgiving: The modern billionaire philanthropist" **The Hill**, March 29, 2024
128. "NGOs Like World Central Kitchen Must Do More to Protect War Zone Aid Workers" **JURIST**, April 11, 2024 (with Ruth Oratz)
129. "How a new death penalty method undermines physician authority" First Opinion Podcast, **STAT**, May 1, 2024
130. "Colleges are overlooking a simple solution to the Gaza protests: Free speech zones." **The Hill**, May 2, 2024
131. "The Last Laugh: The Moral Quandary of Comedy in Capital Punishment Discourse" **JURIST**, May 16, 2024 (with Olivia Zivot)
132. "The Doctor's Dilemma: Navigating Ethical Challenges in Treating Prisoners of War" **JURIST,** May 28, 2024
133. "Plenty of Food Aid Is Getting to Gaza" **The Wall Street Journal**, June 5, 2024 (With Mathew Rabinowitz)
134. "From Gaza to Uvalde: The Complicated Moral Imperative to Rescue Our Own" **JURIST**, June 13, 2024
135. "The UN and Proportionality: In War, Shoot First and Ask no Questions" **JURIST**, June 26, 2024
136. "From Troy to Sde Teiman: The Cycle of Brutality in War" **JURIST**, August 18, 2024
137. "What Really Killed Matthew Perry" (with Brian Malchy) **SLATE,** August 20, 2024
138. "The Dilution of 'Genocide': Why We Need a New Term for Mass Atrocities," **JURIST**, September 12, 2024
139. "The Weaponization of Medical Misinformation and the War in Gaza" (with Horacio Hojman) **JURIST,** October 21, 2024
140. "International Criminal Court Undermines Its Own Legitimacy in Israel Case" **JURIST**, December 4th, 2024

141. "Alex Navalny: A New 'Invitation to a Beheading.' (with Ingrid Burke Friedman) JURIST, December 20th, 2024

142. "To Britain on Legalizing Assisted Dying: Proceed with Caution" **MedPage Today**, December 26th, 2024

143. "Beyond 'Lucky Ones': Modern Jewish Response to Global Threats" **JURIST**, December 31, 2024.

144. "DOJ drops lethal injection protocol used in Terre Haute executions", **Indiana Public Media,** Jan 20, 2025

145. "Torture by Any Other Name: The Brutal Reality of Hostage Survival" **JURIST**, January 21, 2025

146. "The Science of Remembrance: Forensic Science's Role in Honoring Lives Lost" **JURIST**, March 12, 2025

147. "Autopsy reveals that second South Carolina death row inmate died with fluid in his lungs," **The State**, Mar 14, 2025

148. "Thunberg turns pro," **The Blogs: The Times of Israel,** May 31, 2025

149. "Ceasefire and the confetti victories of Iran," **The Blogs: The Times of Israel**, June 27, 2025

150. "Iran in the aftermath: curses and maledictions." **The Blogs: The Times of Israel**, July 8, 2025

151. "Superman's Humanity: Reflections on Treating Christopher Reeve," **MedPage Today**, July 28, 2025

152. "The Medical Dilemma at the Heart of Byron Black's Execution," **MedPage Today**, August 8, 2025

   c. **Social media:**

      1. X account: @joel_zivot

21. **Honors and Awards:**

      1. Robert B. Sweet Clinical Instructor of the Year, University of Michigan, Department of Anesthesiology, 1997
      2. Outstanding Clinical Instructor of the Year, Case Western Reserve University, Master of Science in Anesthesiology Program, 1999
      3. Clinical Instructor of the Year, University Hospitals of Cleveland, Department of Anesthesiology, 2000
      4. Fellow, American College of Chest Physicians, 2000-2010
      5. Outstanding Clinical Instructor of the Year, Case Western Reserve University, Master of Science in Anesthesiology Program, 2001
      6. Meritorious Service Award, American Academy of Anesthesiologist Assistants, 2003: Given for academic work as the Medical Director of the Master of Science of Anesthesiology at Case Western Reserve University, advocacy for the scope of practice, and committee work to improve the relationship between the American Society of Anesthesiology and American Academy of Anesthesiologist Assistants.
      7. Quality and Patient Safety Award, University Health Systems Consortium, 2002: Given by University Health Systems Consortium for various quality benchmark projects when I was the co-medical director of the Cardio-thoracic Intensive Care Unit at University Hospitals of Cleveland.
      8. Distinguished Service by a Physician Award, American Academy of Anesthesiology Assistants, 2005: Given for work with the American Academy of Anesthesiology Assistants' annual meetings where I served as a speaker on multiple locations and also developed and hosted an annual Jeopardy game competition between all the Master of Science in Anesthesiology schools around the country.

9. District of Columbia Annual Patient Safety Award, District of Columbia Department of Health, 2006: Given by the District of Columbia Department of Health for quality improvement work done when I was the medical director of the cardio-thoracic intensive care unit at George Washington University Hospital. I developed several collaborative quality projects between cardiothoracic surgery and critical care medicine.

10. Presidential Citation, Society of Critical Care Medicine, 2013: Given for work done within the Society of Critical Care Medicine that included writing a book chapter, service on 2 society committees, and moderating an online debate about the topic of end-of-life decisions in patients with implanted mechanical cardiac support devices.

11. Award for outstanding teaching contribution, Dreprung Monastery, Emory Tibet Science Initiative, May 2017

12. Excellence in Patient and Family Centered Care, Emory Center for Critical Care, 2018.

13. Certificate of Honor for Teaching, Dreprung Gomang Science Center, Emory Tibet Science Initiative, June 2019

14. Distinguished Alumni Award Master's Program, Laney Graduate School, Emory University, April 2022

22. **Formal Teaching:**

a.  **Course Direction and Organization:**

1. **Master of Science in Anesthesiology Program**. (Fall 2014, 2015) Taught a class on Acid-Base disorders. Each class was 3 hours in duration.

2. **Emory Tibet Science Initiative**: Taught biology to Buddhist monks at Drepung Loseling Monastery in Southern India in June 2015, June 2017, June 2018, and June 2019. I spent two weeks at the monastery, teaching for 6 hours per day, including lab instruction on each occasion.

3. **Emory School of Law**: Co-chief instructor of **LAW 819-002, "Law, Medicine, and Human Rights,"** a 2-credit hour seminar taught in the fall 2016 semester, Emory School of Law

4. Chief Instructor, **IDS 385-5, "When medicine and the state collide: bioethics and the due process of cruelty,"** Emory University, Institute of Liberal Arts, 3.0 credit hours, Fall 2017

5. Chief Instructor, **IDS-385-4 "The Science, Medicine, and Ethics of Killing"** Emory University, Institute of Liberal Arts, 3.0 Credit hours, Spring 2018

6. Chief Instructor, **IDS-385-4 "Medicine, the Law and the Ethics of Punishment and Killing"** Emory University, Institute of Liberal Arts, 3.0 Credit hours, fall 2018

7. Chief Instructor, **IDS-385 "Medicine, the Law and Bioethics"** Emory University, Institute of Liberal Arts, 3.0 Credit hours, spring 2019

8. Co-Instructor, **IDS-290 "Medicine, Literature, Law, Crime, Punishment, Death"** Emory University, Institute of Liberal Arts, 1.0 Credit Hour, spring 2019

9. Chief Instructor, **IDS-385 "Medicine, the Law and Bioethics**" Emory University, Institute of Liberal Arts, 3.0 Credit Hours, fall 2019

10. Chief Instructor, **Bioethics 506-1(5935)** Masters of Bioethics Program, Laney Graduate School **"Independent Study in Bioethics: Public Scholarship"**, 3.0 Credit Hours, fall 2019

11. **Emory-Addis Ababa Education Innovation Community of Practice Program**, Instructor: Distance Learning, September 2019 (3 hours)

12. **Emory Scholars Retreat**, Hilton Head, South Carolina, January 2019 **"Lethal Injection and Capital Punishment"** (6 contact hours)

13. Chief Instructor, I**DS-385 "Medicine, the Law and Bioethics"** Emory University, Institute of Liberal Arts, 3.0 Credit Hours, spring 2021
14. Guest instructor, **Bioethics 504, Public Scholarship**, 6 hours of total instruction. Fall, 2021
15. Chief Instructor, **IDS-385, Law, Medicine, Bioethics and Policy**, Emory University, Institute of Liberal Arts, 3.0 Credit Hours, fall 2024.
16. **University of Akron, Honors Biomedical Ethics** class, (Instructor Chris T Buford) **"Bioethics and the doctor-patient relationship."** Fall 2021, 2022. Each class was 1.5 hours
17. Chief Instructor, **IDS-385 "Law, Medicine, Bioethics, and Policy,"** Emory University, Institute of Liberal Arts, 3.0 Credit Hours, fall 2024
18. Chief Instructor, **IDS-385 "Law, Medicine and Armed Conflict"** Emory University, Institute of Liberal Arts, 3.0 Credit Hours, Spring 2025
19. Guest instructor, **Bioethics 504, Public Scholarship**, 6 hours of total instruction. Spring, 2025

b. **Institutional Lecture Duties Within the Setting of a Course or Rotations:**

1. **Nell Hodgson Woodruff School of Nursing**: NRSG 402, **"ECMO for Nursing"** fall 2021, (3 contact hours)
2. **Bioethics and law** for medical students, residents, and fellows during ICU rotations, 1 hour every other month, 2022-2025

c. **Small Group and Multi-Disciplinary Teaching:**

1. Medical Student teaching in the OR and the ICU. OR teaching was 1 hour, 2-3 times per week. ICU teaching is 1- 2 hours per week (OR: 2010-2019, ICU (2010-2025),
2. Discovery Project: "Propofol wastage in the ICU" Medical student Mina Tran, 2012-2013 (3-month project with weekly meetings of 1-2 hours)
3. Instructor for Fundamental Critical Care Support (FCCS) training course for medical students, 2012-2018
4. Forge Medical Student Innovation Group, Mentor, 2012 (6 contact hours)
5. Annual Medical School Teaching Competition (MSTC) (August 2021, 2022) Mentor for student presentations, 4 contact hours per session.

d. **Other Categories:**

1. Question writer: American Board of Anesthesiology Critical Care Medicine, 2012

23. **Supervisory Teaching:**

a. **Bedside Teaching/Clinic Precepting:**

1. Medical student, resident, and fellow bedside teaching in the ICU occurs at the bedside whenever those learners are present. Daily bedside teaching is the norm. 2010-present

b. **Mentoring Activities:**

*Postdoctoral or Clinical Fellows*

| Name | Year(s) supervised | Current position and employer |
|---|---|---|
| Dr. Bradley Gruastein | 2015-2016 | Fellowship director, Department of Anesthesiology, University of New Mexico |
| Dr. Mathew Wiepking | 2017-2018 | Program Director, Anesthesia Critical Care Medicine. Keck School of Medicine, University of Southern California |
| Dr. Louise Gliga | 2020-2021 | Cardiovascular Anesthesiologist, Department of Anesthesiology and Critical Care, Houston Methodist Hospital |
| Dr. Maxwell Hockstein | 2021-2022 | Departments of Emergency Medicine and Critical Care, MedStar Health, Washington DC |
| Dr. Justin Ellenberg | 2024-2025 | Critical Care Medicine Fellow, Department of Anesthesiology, Emory University school of Medicine |
| | | |
| | | |

*Residents*

| Name | Year(s) supervised | Current position and employer |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*Medical Students*

| Name | Year(s) supervised | Current position and employer |
|---|---|---|
| David Kulp | 2023-2025 | Medical Student, Emory University School of Medicine |
| Joseph Abergel | 2025- | Medical Student, Emory University School of Medicine |
| | | |
| | | |

*Graduate Students (includes master's and doctoral students)*

| Name | Year(s) supervised | Current position and employer |
|---|---|---|
| Mikayla Paolini | 2019-2020 | Attorney, litigation associate, Jone Day, NYC, New York |

*Undergraduate Students*

| Name | Year(s) supervised | Current position and employer |
|---|---|---|
| Nate Gross | 2016 | MD, Co-Founder, Doximity & Rock Health |
| Wooseok Kim | 2018 | Clinical Specialist, Abbott EP, Atlanta, Georgia |
| Shreeja Patel | Spring 2019 | MD, PGY1 General Surgery Resident NYU Grossman School of Medicine, NYC |

| Isabel Feuer | 2019 | JD, law clerk at Fried Frank, New York, NY |
| Kayoko Fong | 2021-2022 | Attorney, Gibson Dunn, Dallas Texas |
| Zoya Virani | 2020 | Product marketing manager @ Algolia, NYC, New York |
| David Kulp | 2020-2022 | M.D. candidate, Emory University Scholl of Medicine |
| Elizabeth Crusey | 2020 | Attorney at Latham & Watkins, Arlington, VA |
| Isabella Ferneini | 2024-2025 | Undergraduate Student, Emory University |
| Sarah Fuks | 2024-2025 | Sciences Po Paris |
| Mila Benhamou | 2024-2025 | Sciences Po Paris |
| Michael Gamboa | 2024-2025 | Undergraduate Student, Emory University |
| Aniya James | 2024-2025 | Undergraduate Student, Emory University |
| Cystal Zhang | 2024-2025 | Undergraduate Student, Emory University |
| Nashra Kahn | 2024-2025 | Undergraduate Student, Emory University |

*Other (e.g., Visiting Scholars, Junior Faculty)*

| Name | Year(s) supervised | Current position and employer |
|---|---|---|
| Dr. Mark Caridi-Scheible | 2014-2015 | Department of Anesthesiology, Emory University |
| Dr. Ofer Sadan | 2015 | Intensivist, Neuro ICU, Emory University Hospital |
| Dr. Amit Prabhakar | 2016 | Section Chief, Department of Anesthesiology, Emory University Hospital Midtown |
| Dr. Rober Groff | 2016 | Director, 11 ICU, Emory University Hospital Midtown |
| Dr. Katheryn Nugent | 2016 | Director, 5TS, Emory University Hospital |
| Dr. Deepa Patel | 2016 | Critical Care Medicine Didactic Co-Ordinator, Emory University Hospital |
| Dr. Christina Creel-Bulos | 2021 | Director, ECMO program, Emory University Hospital |
| Dr. Sagar Dave | 2022 | Co-Director, ECMO program and 5E ICU |
| Dr. Gavin Harris | 2022 | Assistant Professor of Medicine; Infectious Disease, and Critical Care Medicine, Emory University School of Medicine |

c. **Thesis or Dissertation Committees:**

*Graduate Students*

| Name | Year(s) | Program | Institution |
|---|---|---|---|
| Dr. Michele L. Sumler | 2019-2021 | MA Bioethics | Laney School of Graduate Studies, Emory University |

*Undergraduate Students*

| Name | Year(s) | Program | Institution |
|---|---|---|---|
| Katy Meyerson | 2016-2017 | IDS/Russian studies | Emory University |

| Samuel John | 2019-2020 | NBB Honors | Emory University |
| Linda Cho | 2023-2024 | Biology Honors | Emory University |

24. **Lectureships, Seminar Invitations, and Visiting Professorships:**

   a. **National and International:**

   1. "The Case of Samuel Golubchuk: Lessons about end-of-life decision-making?" A debate between Doctors Joel Zivot and Adrian Fine, March 2009, The Center for Professional and Applied Ethics, University of Manitoba, Winnipeg, Manitoba.
   2. "End of life in the ICU: When the patient and doctor disagree…" Province-wide health care ethics grand rounds, St. Boniface Research Centre, Winnipeg, Manitoba, Canada. January 2010
   3. "Drug Shortages" Visiting Professor, Rutgers Business School, Newark, New Jersey, November 2012
   4. "Deactivating a permanent cardiac device is not physician-assisted death," Pro-con debate Webinar, Society of Critical Care Medicine, November 2012
   5. "Drug shortages: The invisible hand of the Market" New Horizons in Anesthesiology, Vail, Colorado, February 2013
   6. "Hey Anesthesia, is a compliment, not an insult: the case for protocols." New Horizons in Anesthesiology, Vail, Colorado, February 2013
   7. "Pro/Con: Death Panels in End-of-Life Care" New Horizons in Anesthesiology, Vail, Colorado, February 2013.
   8. "Hockey Violence and Killer Apes: Conflict Management in the Operating Room," New Horizons in Anesthesiology, Vail, Colorado, February 2013
   9. Yale Law School, New Haven, CT, March 2015, "Lethal Injection
   10. "On the Ethics of Drug Pricing" Grand Rounds, Department of Anesthesiology, Case Western Reserve University, May 2018
   11. AMICUS presents: Moderator Professor Jon Yorke, Birmingham City School of Law, On Death Row – Doctors, July 26, 2022
   12. Visiting Professor, Department of Anesthesiology, University of New Mexico. "Hey, anesthesia is a compliment, not an insult." "Intubation in the ICU." August 18-19, 2022
   13. Case Western Reserve University, Department of Anesthesiology Grand Rounds, "Anesthesiology and the Murderous Mind: The Case of Dr. William Husel", November 9, 2022
   14. California Western International Law Journal Spring Symposium, San Diego, California "Cruel and Modern Punishment: The Death Penalty under International Law" February 24, 2023
   15. Brown University Department of Anesthesiology visiting professor/grand rounds, Providence, Rhode Island, August 8-9, 2023 "The Physician in the Execution Chamber: The medicalization of Punishment."
   16. University of Oxford, Faculty of Law, Oxford, UK January 18, 2024 "OxHRH Capital Punishment Seminar: "Kenneth Smith's Planned Execution by Nitrogen Gas Inhalation."
   17. AMICUS presents: Clyde & Co, London, England, March 3, 2023, "Death Penalty Expert Testimony and Junk Science."
   18. University of South Carolina, Department of Criminology, March 18, 2025, "Medical Ethics and the Death Penalty."

   b. **Regional:**

1. "Sedating the difficult patient" 5th Annual Southeastern Critical Care Summit. Emory University, Atlanta, GA, March 2012
2. "Biosimilars, where do we stand?" Georgia Bio and the Georgia Association of Healthcare Executives. September 2012, Atlanta, Georgia
3. "Lethal injection in the death penalty," Georgia Law Society and the Southern Center for Human Rights, Atlanta, Georgia, July 2014
4. "Identifying and managing futile care in the ICU," 10th Annual Southeastern Critical Care Summit, Atlanta, Georgia, May 2016
5. "Capital Punishment and Lethal Injection," Georgia State School of Law, Atlanta, Georgia, September 2016
6. "The Ethics of Drug Pricing," GEM annual meeting, Georgia Society of Ophthalmology, Atlanta, Georgia, January 2017
7. 25th Annual Conference of the Healthcare Ethics Consortium: Panelist, Emory Conference Center, "Remote technologies, telemedicine, artificial intelligence & keeping care for the patient," Atlanta, Georgia, March 2019
8. Ethics Grand Rounds, Grady Hospital, Atlanta, Georgia, "Too sick to be executed: the medicalization of capital punishment," March 2020
9. "Capital Punishment and the Medical Profession," Georgia State School of Law, Atlanta, Georgia, March 2024
10. "Capital Punishment and the Medical Profession," Georgia State School of Law, Atlanta, Georgia, March 2025

c. **Institutional:**

1. "End of life care in the ICU" Ethics Grand Rounds, Emory University Hospital Midtown, December 2010 (CME*)
2. "Mostly dead is slightly alive, the problem with the dying process." Center for Ethics, Emory University, September 2011
3. Medical Grand Rounds, Emory University Hospital Midtown, "Healthcare in Canada" September 2012 (CME*)
4. "On the ethics of drug shortages: it's not what you think" Emory Department of Anesthesiology Grand Rounds, September 2015 (CME*)
5. "Burnout: Don't thank me for normal work, a polemic", Emory Department of Anesthesiology Grand Rounds, September 2016 (CME*)
6. "Medical Assistance in Dying: Not as Easy as it Looks," Institute of Liberal Arts and Interdisciplinary Studies, Emory University, October 2017
7. "Medical Assistance in Dying: Not as easy as it Looks" TEDx Emory, February 2018
8. "Emotive Arts Series Panel Discussion: The Opioid Epidemic" Carlos Museum, Emory University, February 2018
9. "Building Transdisciplinary Capacity for Tibetan Medical Research: Methods, Translation and Efficacy Evaluation" Translation needs for Tibetan Medical Research, Emory University, School of Medicine and School of Anthropology, October 2018.
10. "Medicine, AI, and the Human Touch" Contemporary Challenges of AI in Healthcare: Verification, Big Data, and Investment. Emory Center for Ethics, Emory University, December 2018.
11. Emory University Department of Medicine Grand Rounds, "Procalcitonin: Clinical Gamechanger or Not so Fast- A Debate", February 22, 2022 (CME*)
12. Emory University Department of Anesthesiology Grand Rounds, "Anesthesiology and the Murderous Mind: The Case of Dr. William Husel", September 14, 2022 (CME*)
13. Emory University Department of Anesthesiology Grand Rounds, What Kim Kardashian and Selena Gomez taught me about public scholarship", June 14, 2023(CME*)
14. Emory Center for Ethics, Master of Bioethics Program, "Public scholarship", April 1st, 2025
15. Emory University School of Medicine, medical student forum, "Lethal injection and the ethical physician," April 1, 2025.

25. **Invitations to National/International, Regional, and Institutional Conferences:**

   a. **National and International:**

   1. "Anesthesiology Jeopardy!" American Academy of Anesthesiologist Assistants Annual Meeting, Florida, April 2006,
   2. "Anesthesiology Jeopardy!" American Academy of Anesthesiologist Assistants Annual Meeting, Florida, April 2007,
   3. "Anesthesiology Jeopardy!" American Academy of Anesthesiologist Assistants Annual Meeting, Florida, April 2008,
   4. "Anesthesiology Jeopardy!" American Academy of Anesthesiologist Assistants Annual Meeting, Florida, April 2009,
   5. "Anesthesiology Jeopardy!" American Academy of Anesthesiologist Assistants Annual Meeting, Florida, April 2010,
   6. "Anesthesiology Jeopardy!" American Academy of Anesthesiologist Assistants Annual Meeting, Florida, April 2011
   7. "Cardiac output after the Pulmonary Artery Catheter," American Academy of Anesthesiologist Assistants Annual Meeting. Clearwater, Florida, April 2009
   8. "Reductions in wait times for cardiac surgery may be harmful", poster presentation, Canadian Cardiovascular Society Annual Meeting, Edmonton, Alberta, Canada, October 2009
   9. "End of Life in the ICU", Canadian Hospice Palliative Care Conference Annual Meeting, Winnipeg, Manitoba, Canada. October 2009
   10. "Biological Variability" American Society of Anesthesiology Annual Meeting, New Orleans, LA, October 2009
   11. "Queuing Theory: Applications for Anesthesiology" American Academy of Anesthesiologist Assistants Annual Meeting, Destin, Florida, 2011
   12. "Cardiac Anesthesia: Mostly we have it wrong" American Academy of Anesthesiologist Assistants Annual Meeting, Destin, Florida, 2011
   13. "End of life in the ICU: When the patient and doctor disagree," American Academy of Anesthesiologist Assistants Annual Meeting, Destin, Florida, 2011
   14. "End of Life Care" IMPACT 2012 American Academy of Physician Assistants Annual Meeting, Toronto, Canada, June 2012
   15. "Drug Shortages, a Failed Market" American Society of Anesthesiology Legislative Conference Annual Meeting, April 2013, Washington, DC
   16. The University of Richmond Law Review, Allen Chair Symposium, "The Death Penalty in the United States," 2014
   17. The Fordham Law Review, Fordham Law School, New York, "Criminal Behavior and the Brain: When Law and Neuroscience Collide", February 2016.
   18. American College of Correctional Physicians, Fall Educational Conference, Las Vegas, Nevada, "Physician participation in executions: A discussion of the Ethical Challenges and the Pros and Cons, a pro-con debate between Dr. Carlo Muso and Dr. Joel Zivot, October 2016.
   19. Panelist, "What is life and what are its origin"? The First International Emory Tibet Symposium: Bridging Buddhism & Science for Mutual Enrichment, Drepung Loseling Monastery, Mungod, Karnataka, India, December 18-20, 2016.
   20. "Fast Track Cardiac ICU in Canada" 37th annual APACVS meeting, Miami, Florida, April 2018
   21. American Society of Anesthesiology Annual Meeting, "The Patient, Family and Physician: Balancing Autonomy in Perioperative Decision-Making. The Right not to Know", October 4, 2020
   22. Witness, Senate of Canada: Bill C-7, "Medical Assistance in Dying: peaceful or painful"? Ottawa, Canada, February 8, 2021
   23. American Society of Anesthesiology Annual Meeting, New Orleans, LA, "Legal issues with automated risk assessment: When is it OK to deviate from the recommendation?" October 25, 2022
   24. American Federation for Medical Research, Southeastern Regional Meeting, Washington, D.C., "Health Disparities." May 12, 2023
   25. APACVS annual meeting, St. Louis, Missouri, "ECMO ethics and the law," June 22, 2023

26. American Society of Criminology Annual Meeting, Philadelphia, PA. "Action research and capital punishment: Lethal Injection Execution – Death by Drowning" November 16, 2023
27. International Academy of Law and Mental Health Congress, July 23, 2024, Barcelona, Spain, "Judge, Jury and Executioner: The Court Wants What it Wants"

b. **Regional:**

1. "Prescribing Price: The Ethics, Science, and Business of Drug Development and Pricing." Emory Center for Ethics, October 7, 2016
2. Panelist, Emory Conference Center, Emory Center for Ethics, Atlanta, Georgia, "End of life in the ICU," November 2016

c. **Institutional:**

1. Emory Center for Ethics: Artificial Intelligence, panelist, "AI and Human Touch" December 14, 2018

26. **Abstract Presentations at National/International, Regional, and Institutional Conferences:**
   a. **National and International:**

1. *Voltz D, **Zivot J**, "Changes in the Bispectral Index during Deep Hypothermic Circulatory Arrest." Society of Critical Care Medicine Annual Meeting, San Francisco, California, January 2003 (oral)
2. *Ravas R, **Zivot J**, "Blood conservation; Designing a better blood bag", Department of Anesthesiology, University Hospitals of Cleveland, Case Western Reserve University, Cleveland, Ohio, Midwestern Anesthesia Resident Conference (MARC), Chicago, Illinois, March 2003 (oral)
3. *Hacker L, **Zivot J** "Local anesthetic spread for skin infiltration", Department of Anesthesiology, University Hospitals of Cleveland, Case Western Reserve University, Cleveland, Ohio, Midwestern Anesthesia Residents Conference, Chicago, Illinois, March 2003 (oral)
4. *Falk S, **Zivot J**, "Post-operative Sildenafil for pulmonary hypertension following mitral valve repair" 17th Asia Pacific Conference on Diseases of the Chest, Istanbul, Turkey, August 2003 (oral)
5. *Aggarwal S, **Zivot J**, "New onset anterior spinal artery syndrome after lumbar drain removal" Department of Anesthesiology, University Hospitals of Cleveland, Case Western Reserve University, Cleveland, Ohio, Midwestern Anesthesia Residents Conference, Rochester, Minnesota, March 2004 (oral)
6. *Stetz J, **Zivot J**, "Dextromethorphan masquerading as phencyclidine" Department of Anesthesiology, University Hospitals of Cleveland, Case Western University (oral)
7. *Petelenz K, **Zivot J**, "Bilateral BIS monitoring in unilateral brain injury", Department of Anesthesiology, University Hospitals of Cleveland, Case Western Reserve University, Cleveland, Ohio, Midwestern Anesthesia Residents Conference, Chicago, Illinois, March 2005 (oral)
8. Arora RC, Zarychynski R, Bell D, **Zivot J**, Lee J, Kumar K, Zhang L, Menkis A "The Manitoba Model of Post-Operative Cardiac Surgery Intensive Care" The Cardiac Sciences Program, St. Boniface Hospital and the University of Manitoba, Winnipeg, Canada. Toronto Critical Care Meeting, October 2007 (oral)
9. K Kumar, R Zarychanski, DD Bell, **J Zivot**, J Lee, R Manji, A Menkis, RC Aurora, "The Impact of the Manitoba Model of 24-hour in-house intensivist on a dedicated cardiac surgery ICU" Canadian Cardiovascular Society Annual Meeting, Toronto, Ontario, Canada, October 2008 (oral)

10. M Rivet, S Chartrand, G Henry, ICCS Nurses, RC Aurora, DD Bell, A Menkis, **J Zivot**, RA Manji, on the GRACE, GRACE2 Investigators, "Bunk Beds in the ICU - Can Two Cardiac Surgery Patients Occupy One ICU Bed?" Canadian Cardiovascular Society Annual Meeting, Toronto, Ontario, Canada, October 2008 (oral)

11. RA Manji, E Jacobsohn, D Bell, RK Singal, **J Zivot**, A Menkis "Delirium and bed management in the cardiac surgery ICU" Canadian Cardiovascular Society Annual Meeting, Edmonton, Alberta, Canada, October 2009 (oral)

12. RA Manji, D Bell, C Shaw, C Moltzan, P Nickerson, AH Menkis, **J Zivot**, E Jacobsohn, Management Suggestions for Cardiac Surgery Patients with a Positive Heparin Induced Thrombocytopenia (HIT) ELISA, Canadian Cardiovascular Society Annual Meeting, Edmonton, Alberta, Canada, October 2009 (oral)

13. RA Manji, E Jacobsohn, J **Zivot**, H Grocott, Alan Menkis, Prolonged in-hospital wait times does not affect outcomes for urgent coronary artery bypass surgery, Canadian Cardiovascular Society Annual Meeting, Edmonton, Alberta, Canada, October 2009, (oral)

14. *J **Zivot**, RA Manji, E Jacobsohn, H Grocott, A Menkis, Reductions in wait times for cardiac surgery may be harmful, Canadian Cardiovascular Society Annual Meeting, Edmonton, Alberta, Canada, October 2009 (oral)

15. RA Manji MD PhD FRCSC MBA, E Jacobsohn MBChB FRCPC, H Grocott MD FRCPC, J **Zivot** MD FRCPC, AH Menkis DDS MD FRCSC, "Longer in-hospital wait times does not affect outcomes for urgent coronary artery bypass grafting surgery", American Heart Association Annual Meeting, Orlando, Florida, November 2009 (oral)

16. ***Zivot**, JB, "When the patient and the doctor disagree: end of life in the ICU" (poster presentation) American Society of Anesthesiology Annual Meeting, San Diego, California, October 2010

17. *Mazzeffi, Halkos, **Zivot** "Timing and characterization of post-cardiac surgery in-hospital mortality" Society of Critical Care Annual Meeting Society of Critical Care Annual Meeting, Jan 2013. (oral)

18. Neamu, Halkos, **Zivot** "Right Ventricular Laceration During Closed Chest Compression in a Cardiac Surgical Patient" Society of Critical Care Annual Meeting:  Jan 2013 (oral)

19. Caridi-Scheible, **Zivot,** Paciullo, Connor "Successful treatment of pulmonary-renal syndrome secondary to p-ANCA vasculitis using ECMO with Argatroban", Society of Critical Care Medicine Annual Meeting, San Francisco, CA, Jan 2014 (oral)

20. Lin, Stacey, **Zivot J**, "The Interaction between Opioids and SSRI leading to Serotonin Syndrome" American Society of Anesthesiology Annual Meeting, Boston MA, October 2017 (oral)

21. *Wiepking, Mathew, **Zivot J**, "Eastern Equine Encephalitis: A Dangerous Dark Horse in Organ Transplantation" IARS annual meeting, Chicago, IL, April 2018 (oral)

27. **Research Focus:**

> I published a study on the incidence of depression in Tibetan monastics in South India. The study involved the development of the first English-to-Tibetan translation of the PHQ-9 depression metric. I have studied and published on the incidence of pulmonary edema in executed prisoners and people killed by euthanasia.

28. **Grant Support:**

a. **Previous Support:**

1. Co-PI, The Emory Georgia Tech Healthcare Innovation Program (HIP), (HIP-ACTSI-GSU) Seed grant, $25,000.00, for "Managing Conflict and Error in the Operating Room." Awarded July 2014.

2. PI, The American Society of Anesthesiology to investigate the reasons behind national injectable drug shortages. $20,000.00 grant and planned an invitation-only conference with the Emory Center for Ethics, "On the Ethics of Drug Shortages." June 2012

29. **Bibliography:**

a. **Published and Accepted Research Articles (clinical, basic science, other) in Refereed Journals:**

1. Perera ER, Vidic DM, **Zivot J**. "Carinal resection with two high-frequency jet ventilation delivery systems". Canadian Journal of Anesthesia. Jan 1993: 40(1):59-63. PMID: 8425245 Zivot JB, Hoffman WD. "Pathological effects of endotoxin". New Horizons. May 1995; 3(2):267-75. PMID:7583168

2. Popovich MJ, Lockrem JD, **Zivot JB**. "Nasal bridle revisited: an improvement in the technique to prevent unintentional removal of small-bore naso-enteric feeding tubes". Critical Care Medicine. March 1996; 24(3):429-31. PMID: 8625630

3. Fergusson DA, Hébert PC, Mazer CD, Fremes S, MacAdams C, Murkin JM, Teoh K, Duke PC, Arellano R, Blajchman MA, Bussières JS, Côté D, Karski J, Martineau R, Robblee JA, Rodger M, Wells G, Clinch J, Pretorius R; BART Investigators. A comparison of aprotinin and lysine analogues in high-risk cardiac surgery. N Engl J Med. 2008 May 29;358(22):2319-31. doi: 10.1056/NEJMoa0802395. Epub 2008 May 14. Erratum in: N Engl J Med. 2010 Sep 23;363(13):1290. PMID: 18480196.

4. Kumar K, Zarychanski R, Bell DD, Manji R, **Zivot J**, Menkis AH, Arora RC; Cardiovascular Health Research in Manitoba Investigator Group. "Impact of 24-hour in-house intensivist on a dedicated cardiac surgery intensive care unit". Ann Thorac Surg. 2009 Oct; 88(4):115361.doi: 10.1016/j.athoracsur. 2009.04.070

5. Abdul-Razaq A. H. Sokoro, **Joel B. Zivot**, Robert E. Ariano, "Neuroleptic malignant syndrome versus Serotonin syndrome: the search for a diagnostic tool?" Ann Pharmacother. 2011 Sep; 45(9):e50.doi: 10.1345/aph. 1P787

6. Mazzeffi, M, **Zivot J**, Buchman T, Halkos M, "In-hospital mortality after cardiac surgery: patient characteristics, timing, and association with postoperative length of intensive care unit and hospital stay". Ann Thorac Surg. 2014 Apr;97(4):1220-5. doi:10.1010/j.athoracsur.2013. 10.040.

7. Lyon GM, Mehta AK, Varkey JB, Brantly K, Plyler L, McElroy AK, Kraft CS, Towner JS, Spiropoulou C, Ströher U, Uyeki TM, Ribner BS; Emory Serious Communicable Diseases Unit. Clinical care of two patients with Ebola virus disease in the United States. N Engl J Med. 2014 Dec 18;371(25):2402-9. doi: 10.1056/NEJMoa1409838. Epub 2014 Nov 12. PMID: 25390460.

8. Kraft CS, Hewlett AL, Koepsell S, Winkler AM, Kratochvil CJ, Larson L, Varkey JB, Mehta AK, Lyon GM 3rd, Friedman-Moraco RJ, Marconi VC, Hill CE, Sullivan JN, Johnson DW, Lisco SJ, Mulligan MJ, Uyeki TM, McElroy AK, Sealy T, Campbell S, Spiropoulou C, Ströher U, Crozier I, Sacra R, Connor MJ Jr, Sueblinvong V, Franch HA, Smith PW, Ribner BS; Nebraska Biocontainment Unit and the Emory Serious Communicable Diseases Unit. The Use of TKM-100802 and Convalescent Plasma in 2 Patients with Ebola Virus Disease in the United States. Clin Infect Dis. 2015 Aug 15;61(4):496-502. doi: 10.1093/cid/civ334. Epub 2015 Apr 22. PMID: 25904375; PMCID: PMC4542597.

9. Jones LK, Jennings BM, Goetz RM, Haythorn KW, **Zivot JB**, de Waal FB "An Ethogram to Quantify Operating Room Behavior" 2016 Aug;50(4):487-96. doi: 10.1007/s12160-016-9773-0.

10. Moll V, Ward CT, **Zivot JB**, "Antipsychotic-Induced Neuroleptic Malignant Syndrome after Cardiac Surgery" AA Case Rep. 2016 July 1; 7 (1); 5-8 doi: 10.1213/XAA.0000000000000322

11. Adelman MW, Bhamidipati DR, Hernandez-Romieu AC, Babiker A, Woodworth MH, Robichaux C, Murphy DJ, Auld SC, Kraft CS, Jacob JT; Emory COVID-19 Quality and Clinical Research Collaborative members. Secondary Bacterial Pneumonias and Bloodstream Infections in

Patients Hospitalized with COVID-19. Ann Am Thorac Soc. 2021 Sep;18(9):1584-1587. doi: 10.1513/AnnalsATS.202009-1093RL. PMID: 33823119; PMCID: PMC8489870.

12. Mascaro JS, Shellman, D, Keaton WA, Wilson M, Brauer E, Samphel T, Chang H, Raison CL, **Zivot J**, Eisen A, "Mixed-method evaluation of the public health questionnaire for estimating depression among Tibetan Buddhist monastics" Front. Commun., 24 November 2021, Volume 6, Article 752820, doi.org/10.3389/fcomm.2021.752820

13. David W. Boorman MS,[1] Priyanka H. Nair MPH,[2] Samuel John MPH,[2] **Joel Zivot** MD,[3] Sudheer Potru DO, FASA, FASAM[4] "The effects of physician stigma and hesitancy with opioids on patient pain care in the United States: A Survey Study" Journal of Opioid Management Vol. 20 No. 6 (2024): November/December DOI: https://doi.org/10.5055/jom.0872

b. **Preprints:**

1. **Joel B. Zivot,** Mark A. Edgar, David A. Lubarsky "Execution by lethal injection: Autopsy findings of pulmonary edema" August 24, 2022, **doi:** https://doi.org/10.1101/2022.08.24.22279183

c. **Symposium Contributions:**

1. **Zivot J,** "Lethal Injection: States Medicalize Execution" 49 U. Rich. L. Rev. March 2015, pp 711-730
2. **Zivot J,** "Too Sick to be Executed: Shocking Punishment and the Brain" Fordham Law Review, November 2016 Vol 85, pp 697-703
3. **Zivot J,** "The Physician in the Execution Chamber: No such thing as the normal pain of dying," California Western International Law Review Journal, Vol 53, Spring 2023, Number 2, pp 307-326

d. **Editorial and Commentaries:**

1. **Zivot JB**. "The Case of Samuel Golubchuk", AJOB Volume 10, Issue 3, March 2010, pages 56 – 57 doi: 10.1080/15265160903681890.
2. When the patient and doctor disagree. **Zivot JB**, CMAJ 2012, Jan 10;184 (1):76-6. doi: 10.1503/cmaj. 112-2008
3. **Zivot JB**, "Anesthesia does not reduce suffering at the end of life", Crit Care Med. 2012 Jul; 40(7):2268-9. doi: 10.1097/CCM.0b013e31824fc12b.
4. **Zivot JB,** "The absence of cruelty is not the presence of humanness: physicians and the death penalty in the United States". Philos Ethics Humanit Med. 2012 Dec 3;7(1):13. doi:10.1186/1747-5341-7-13.
5. **Zivot JB**, "The withdrawal of treatment is still treatment". Can J Anesth 2014; Oct;61(10): 895-8
6. **Zivot J,** "Elder care in the ICU: Spin bravely?" Crit Care Med 2015 July;43(7):1526-7
7. **Zivot J,** Arenson K, "Lessons learned from physician participation in lethal injection: Is Carter v. Canada a death knell for medical self-regulation?" Can J Anaesth 2016 March;63(3):246-251
8. **Zivot JB**, "Elderly patients in the ICU: Worth it, or not?" Crit Care Med 2016 April;44(4):8423
9. **Zivot J,** "Coronavirus Disease 2019 Triage Teams: Death by Numbers" Crit Care Med 2020 May 15. doi: 10.1097/CCM.0000000000004435.
10. **Zivot J,** "Useful ethics committees: no mandate required" Crit Care Med. 2020 Jun; 48(6):928-929. doi: 10.1097/CCM.0000000000004357.

11. O'Reilly-Shah VN, Gentry KR, Walters AM, **Zivot J**, Anderson CT, Tighe PJ. Bias and ethical considerations in machine learning and the automation of perioperative risk assessment. Br J Anaesth. 2020 Dec;125(6):843-846. doi: 10.1016/j.bja.2020.07.040. Epub 2020 Aug 21. PMID: 32838979; PMCID: PMC7442146.

12. **Zivot J** "The author replies," Crit Care Med 2021 Jan 1;49(1):e104.doi: 10.1097/CCM.0000000000004720

13. Nusslock R, Balgopal M, Hue G, **Zivot J**, Negi LT, Eisen A "The Emory-Tibet Science Initiative: A Historic Collaboration between Modern Science and Tibetan Buddhism – Insights from a Spiritual Leader" Front. Commun., October 14, 2021, Volume 6, Article 765368 doi: 10.3389/fcomm.2021.765368

14. **Zivot JB**, Jabaley CS, "American perspectives on vaccine hesitancy and refusal: Time for a new approach?" Journal of Critical Care October 16, 2021 https: lldoi.org/10.1016/j.jcrc.2021.09.016

15. Eisen A, **Zivot J**, Nusslock R, Balgopal M, Hue Gillian, Tenzin Negi L, "The Emory-Tibet Science Initiative, a Novel Journey in Cross-Cultural Science Education" Font. Commun., 26 April 2022, https://doi.org/10.3389/fcomm.2022.899215

16. **Zivot, Joel B**, "Public Good versus Private 'Goods': Ethical Implications of Drug shortages on Anesthesiology Practice" Anesthesiology Clinics, available online 16 December 2023 https://doi.org/10.1016/j.anclin.2023.12.001

17. **Zivot, Joel B**, Katz, Naomi T, Deckelbaum, Richard J, Lantos, John D, Teitel, Jerome M, "Gaza and the complexity and context of suffering" Lancet 2024 Jan 11:S0140-6736(23)02836-2. doi: 10.1016/S0140-6736(23)02836-2

18. **Zivot, Joel B,** "Anesthesiology and the Ethics of Expert Witness Testimony" Anesthesiology Clinics, available online 24 February 2024 https://doi.org/10.1016/j.anclin.2024.01.008

19. Katz, Naomi, **Zivot, Joel B**, Steinert, Yvonne, "Re: Israel is using starvation as a weapon of war in Gaza" *BMJ* 2024;385:q1018, 21 May, 2024 doi: https://doi.org/10.1136/bmj.q1018

20. Teitel, Jerome, **Zivot Joel**, "Health-care workers can take the lead in ending the war in Gaza" Lancet 2024, July 13 Volume 404, issue 10448, P122-123, DOI: https://doi.org/10.1016/S0140-6736(24)01251-0

21. Leslie Turnberg, **Joel Zivot**, Adam Cutler "Health services crisis in Lebanon: Hezbollah is the problem " The Lancet Volume 405, Issue 10489P1577May 03, 2025

22. **Zivot, Joel**, Paltiel, Ari, Sim, Fiona, Wald, Ron, "Gaza deaths and lawful warfare" The Lancet, Vol 405, Issues 10494, 2047-2048, June 07, 2025

23. George Tewfik, Beth Mintzer, Franklin Chiao, **Joel Zivot**, Matthew Wecksell, Narrative Review of Electronic Health Record Systems in Anesthesia: Benefits, Risks, and Medico-Legal Considerations in the United States of America. *J Med Syst* **49**, 87 (2025). https://doi.org/10.1007/s10916-025-02221-z

24. **Zivot, Joel,** "Anesthesiology and Expert Witness Testimony" International Anesthesiology Clinics, (PAP) ():101097, July 25, 2025, PMID: 40709885 DOI: 10.1097/0000000000000494

e. **Review Articles:**

1. **J B Zivot**, W D Hoffman, "Pathogenic effects of endotoxin" *New Horiz*. 1995 May; 3(2):267-75

f. **Book Chapters:**

1. Bojan Paunovic MD, FRCPC1, Rizwan Manji MD, PhD, FRCSC2, Rakesh Arora MD, PhD, FRCSC2, Johan Strumpher MD, FRCPC3, Rohit Singhal MD, FRCSC2, **Joel Zivot MD, FRCPC[4]**, and Eric Jacobsohn MBChB, MHPE, FRCPC5 "Diagnosis and Management of Sepsis and Septic Shock in the Cardiac Surgical Patient". Society of Cardiovascular Anesthesiology Monograph, March 2010
2. **Zivot, JB**, "What Are Advance Directives?" Critical Care Ethics: A Practice Guide, Third Ed. Copyright 2014 Society of Critical Care Medicine.

g. **Published Abstracts:**

1. **Zivot J**, Hoffman W, Lockrem J, Esfandiari S, Bedocs N, Vignali C, Popovich M. "Changes in gastric intramucosal pH are not predicted by therapeutic changes in conventional hemodynamic variables for septic surgical patients". Critical Care Medicine. 23(1) Supplement A:107, Jan 1995
2. Webster J, Thomson V, **Zivot J.** "Excessive endotracheal tube cuff pressures are common but are not clinically significant". Anesthesiology 87(3 Suppl) A984, 1997
3. Bloch, MG, **Zivot JB**. "Successful transplantation of liver and kidney allografts from a donor maintained on veno-arterial extracorporeal membrane oxygenation". Anesthesia and Analgesia, 94(25 Supplement) S104, Feb 2002
4. **Zivot J**, Polemenakas A, Aggarwal S, Rowbottom J. "Differential lung capnography after single lung transplant." Critical Care Medicine 30(12) Supplement: A90 December 2002

h. **Other Publications:**

1. Yorke, Jon, **Zivot, Joel** "Two damnable trilogies: The US Supreme Court's jurisprudence on 'method-of-execution' challenges and resultant botched and failed executions in Alabama" 22 December 2023 Faculty of Law Blogs/ Oxford University
2. **Zivot, Joel,** "Execution Methods: Cruelty Behind a Veil of Secrecy," pp 29-34, *Amicus Journal,* Issue 46, Summer 2024

30. **Contributions Not Otherwise Noted:**

1. Medical Assistance in Dying: Not as Easy as it Looks: TEDx, February 2018

2. I submitted two separate complaints to the United Nations Human Rights Section, along with Jon Yorke, a professor of human rights at the Birmingham City University Law School in England. The substance of the complaint concerned the plan by the State of Alabama to execute prisoners Kenneth Smith and Alan Miller with Nitrogen gas. The complaint concluded that the State of Alabama stood to violate six critical articles under international law, including the ban on torture and inhumane punishment.  In reply, four independent UN experts called for the State of Alabama to halt the planned execution. As of December 2024, I continue to work with Alice Edwards, UN Special Rapporteur on Torture, in an advisory capacity.

3. *La Procedura* (The Procedure), released on September 29, 2023, is a documentary film for Italian Public Television Directed by Luigi Montebello. *The Procedure* explores the profound moral complexities and ambiguities surrounding

the death penalty in the United States. With a sharp focus on Texas, a state that has carried out 580 executions since 1982, the documentary offers an unflinching look at one of the most divisive practices in American justice. I was interviewed for this film, and my interview played a large part in the final production.

4. "Prue and Danny's Death Row Trip " is a documentary film directed by Anabelle Marshall that explores the question of assisted dying. The chef Prue Leith supports assisted dying, but her son, Conservative Party MP Danny Kruger, does not. Can a trip to North America, where assisted death is legal, resolve their differences? Prue and Danny interviewed me, and we met at the Emory Center for Ethics to discuss this subject. Our interview featured prominently in the film.

5. Terminal Ill Adults (End of Life Bill), Private Members' Bill, UK Parliamentary Bills, House of Commons. In March 2025, British MB Danny Kruger spoke against this Bill in the House of Commons and cited my research and commentary on autopsy findings of death row prisoners. The proposed technique of assisted dying in the UK may similarly pattern itself after lethal injection execution in the US.