**Gail A. Van Norman MD**
**Expert Witness Deposition or Testimony During the Last 4 Years (2020-2025):**

1. **2021:** Expert regarding the effects of lethal injection drugs on prisoners undergoing judicial execution. **Roane, et al. v Barr.** Declaration and testimony before the Washington DC Federal Court of Appeals, January 2021. Case decided **in favor** of the plaintiffs (prisoners). Overturned by U.S. Supreme Court without hearing.
2. **2021:** Expert testimony for **Kim v. Washington State Medical Commission**. Ethics of physician requests and use of patients, employees, models, social partners and others for educational physical examination. For defendant. Medical Commission review returned in favor of the defendant.
3. **2022: King v. Parker, et al.** State of Tennessee lethal injection protocol. For plaintiffs. Deposition only
4. **2022: Glossip v. Chandler.** State of Oklahoma lethal injection protocol. For plaintiffs. Deposition and court testimony. Case decided in favor of the defendants.
5. **2022: The State of Texas, ex rel. Health Choice Advisory LLC, vs. Shire PLC; Baxter International Inc; Baxalta Inc; and Viropharma Inc.** Ethical issues in off-label marketing of drugs. Deposition. Case settled.
6. **2023: Mosher N v. PeaceHealth.** Ethical issues of patient-doctor relationship. For plaintiff. **Deposition scheduled** July 2024. Case ongoing.
7. **2025: Byron Black v. Frank Strada, et al.** State of Tennessee lethal injection protocol. For plaintiffs. For plaintiff. Report and Testimony. Case decided in favor of plaintiff, overturned on appeal.
8. **2025: State of Texas, ex rel. SCEF, et al. V AstraZeneca Pharmaceuticals LP.** Qui Tam lawsuit regarding ethics of marketing practices of AstraZeneca Pharmaceuticals, Sept 2025. For paintiffs. Case pending.