UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **ROY LEE WARD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:25-CV-00800-CCB-SJF |
| | ) |
| **LLOYD ARNOLD, COMMISSIONER** | ) |
| **INDIANA DEPARTMENT OF** | ) |
| **CORRECTION AND** | ) |
| **RON NEAL, WARDEN** | ) |
| **INDIANA STATE PRISON,** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF FILING
## RESPONSES TO DISCOVERY

The Court ordered the parties to file and serve discovery responses by noon on September 28, 2026. Dkt. 25.

In accordance with that order, the defendants file and serve through the ECF system the following responses to the plaintiff's discovery request:

1. Responses and objections to requests for admissions,

2. Responses and objections to interrogatories,

3. Written responses and objections to the request for production, and

4. Documents responsive to the request for production.

.

Respectfully submitted,

THEODORE E. ROKITA
INDIANA ATTORNEY GENERAL
Attorney No. 18857-49

Date: September 28, 2025   By:   */s/ Jefferson S. Garn*
Jefferson S. Garn
Deputy Attorney General
Attorney No. 29921-49
OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-5933 Fax: (317) 232-7979
Email: Jefferson.Garn@atg.in.gov