Colleagues:

On behalf of ███████████ Special Detail Training has been scheduled for Thursday, September 25, 2025, at 7:00 p.m. (CST). Please meet on the second floor of the Administration Building in the Officers' Dining Room.

The I.V. Team will meet at 3:00 p.m. on the 2nd floor of the Administration Building in the Indiana Room to practice. Please come if you can volunteer.

███████████ Will you please coordinate the vehicles?

We look forward to seeing you on Thursday, September 25th. If you normally get a hotel room and cannot attend, please let me know no later than September 23rd, so the room can be canceled. If anyone else is unable to attend, please let me know.

Colleagues:

On behalf of ███████, Special Detail Training has been scheduled for Thursday, September 11, 2025, at 7:00 p.m. (CST). Please meet on the second floor of the Administration Building in the Officers' Dining Room.

The I.V. Team will meet at 3:00 p.m. on the 2nd floor of the Administration Building in the Indiana Room.

 Will you please coordinate the vehicles?

We look forward to seeing you on Thursday, September 11th. If you normally get a hotel room and cannot attend, please let me know no later than September 9th, so the room can be canceled. If anyone else is unable to attend, please let me know.

Colleagues:

On behalf of ██████████ Special Detail Training has been scheduled for Thursday, August 14, 2025, at 7:00 p.m. (CST). Please meet on the second floor of the Administration Building in the Officers' Dining Room.

The I.V. Team will meet at 3:00 p.m. on the 2nd floor of the Administration Building in the Indiana Room.

████████ Will you please coordinate the vehicles?

We look forward to seeing you on Thursday, August 14th. If you normally get a hotel room and cannot attend, please let me know no later than August 11th, so the room can be canceled. If anyone else is unable to attend, please let me know.

**From:**
**Sent:**          Tuesday, July 8, 2025 3:45 PM
**To:**

**Cc:**
**Subject:**        Reminder

Just a reminder!  Practice will be Thursday, the 10th at 7pm, central time.
Sent from my iPhone

1

DOC000004



**From:**
**Sent:** Monday, May 12, 2025 2:05 PM
**To:**

**Cc:**

**Subject:** $ecure Dress Rehearsal

Good afternoon. There will be no practice on Thursday, May 15th. The dress rehearsal will be Sunday, May 18th, from 5pm to 7pm.

For those of you who stay in a hotel, the accommodations have changed to the following:



The reservations are from May 18th through May 20th.

Please be at the facility no later than 5 pm on May 19th.

If you have any questions, please let me know.

1

Colleagues:

On behalf of ███████████ Special Detail Training has been scheduled for Thursday, May 8, 2025 at 7:00 p.m. (CST). Please meet on the second floor of the Administration Building in the Officers' Dining Room.

The I.V. Team will meet at 3:00 p.m. on the 3rd floor of the Administration Building in the Training Department.

███████████ Will you please coordinate the vehicles and chamber cleaning? ISP members, could someone assist ███████ with these tasks?

If you get a room, please let me know no later than May 7th by 9:00am if you are not going to be at practice.

We look forward to seeing you on Thursday, May 8th. If you are not able to attend, please let me know.

Colleagues:

On behalf of ▮▮▮▮▮ Special Detail Training has been scheduled for Thursday, May 1, 2025 at 7:00 p.m. (CST). Please meet on the second floor of the Administration Building in the Officers' Dining Room.

The I.V. Team will meet at 3:00 p.m. on the 3rd floor of the Administration Building in the Training Department.

▮▮▮▮▮ Will you please coordinate the vehicles and chamber cleaning? ISP members, could someone assist ▮▮▮▮▮ with these tasks?

If you get a room, please let me know no later than April 30th by 9:00am if you are not going to be at practice.

We look forward to seeing you on Thursday, May 1st. If you are not able to attend, please let me know.

DOC000007

Colleagues:

On behalf of ███████████ Special Detail Training has been scheduled for Thursday, April 24, 2025 at 7:00 p.m. (CST). Please meet on the second floor of the Administration Building in the Officers' Dining Room.

The I.V. Team will meet at 3:00 p.m. on the 3rd floor of the Administration Building in the Training Department.

███████████ Will you please coordinate the vehicles and chamber cleaning? ISP members, could someone assist ███████ with these tasks?

If you get a room, please let me know no later than April 23rd by 9:00am if you are not going to be at practice.

We look forward to seeing you on Thursday, April 24th. If you are not able to attend, please let me know.

Colleagues:

On behalf of ████████ Special Detail Training has been scheduled for Thursday, March 20, 2025, at 7:000 p.m. (CST). Please meet on the second floor of the Administration Building in the Officers' Dining Room.

There will be Homeland Security Training from 1pm to 3pm in the Indiana Room. The following people have been approved: ████████████████████████████████████████████
████████████████

████████ Will you please coordinate the vehicles and chamber cleaning? ISP members, could someone assist ████████ with these tasks?

If you cannot attend, please let me know. But if you normally get a hotel room and can't attend, please let me know by March 18th at noon if you cannot attend.

We look forward to seeing you on Thursday, March 20th. Please plan on attending.

DOC000009

Colleagues:

On behalf of ███████ pecial Detail Training has been scheduled for Thursday March 6, 2025, at 7:00 p.m. (CST). Please meet on the second floor of the Administration Building in the Officers' Dining Room.

The I.V. Team will meet at 3:00 p.m. on the 3rd floor of the Administration Building in the Training Department.

███████ Will you please coordinate the vehicles and chamber cleaning? ISP members, could someone assist ███████ with these tasks?

If you cannot attend, please let me know. But if you normally get a hotel room and can't attend, please let me know by 4th, if you cannot attend.

We look forward to seeing you on Thursday, March 6th. Please plan on attending.

DOC000010

Colleagues:

On behalf of ███████████ Special Detail Training has been scheduled for Thursday, February 20, 2025, at 7:00 p.m. (CST). Please meet on the second floor of the Administration Building in the Officers' Dining Room.

The I.V. Team will meet at 3:00 p.m. on the 3rd floor of the Administration Building in the Training Department.

███████████ Will you please coordinate the vehicles and chamber cleaning? ISP members, could someone assist ███████ with these tasks?

I will send another email later where we will be meeting for dinner, for those who want to attend.

If you cannot attend, please let me know. If you normally get a hotel room and can't attend, please let me know by the 17th, if you cannot attend.

We look forward to seeing you on Thursday, February 20th.  Please plan on attending.

Colleagues:

On behalf of ▮▮▮▮▮▮▮▮ Special Detail Training has been scheduled for Thursday, at 7:00 p.m. (CST). Please meet on the second floor of the Administration Building in the Officers' Dining Room.

The I.V. Team will meet at 2:00 p.m. on the 3rd floor of the Administration Building in the Training Department.

▮▮▮▮▮▮▮▮ Will you please ensure the pharmaceutical and supply inventories are conducted and coordinate the vehicles and chamber cleaning? ISP members, could someone assist ▮▮▮▮▮▮ with these tasks?

As usual, we will meet for an informal dinner at  Please join us if you are available.

We look forward to seeing you or                    . If you are not able to attend, please let me know.

Call Out List



Call Out List



DOC000014

Call Out List



DOC000015

Call Out List



DOC000016

Call Out List



Call Out List



Call Out List



Call Out List



DOC000020

Call Out List



DOC000021

Call Out List



next practice 4/24

DOC000022

Call Out List



2-20-25

Call Out List



DOC000024

Call Out List



DOC000025

Call Out List



DOC000026

Call Out List



DOC000027

Call Out List



DOC000028

Meeting: IV Training

Date: 5/16/24

Meeting: I.U. Training

Date: 1-18-24



# FLAMMABLE TOXIC AND CAUSTIC INVENTORY / ISSUE LOG

State form 2173 (R / 9-98)



Name of facility: INDIANA STATE PRISON

2. Legium: K-Rob Chemical Safe

Name of material: ENCOBARBITAL

3. Amount on hand at start of form: 0 — None

| DATE | 6. AMOUNT NEW RECEIPTS | 7. AMOUNT ISSUED | 8. CONFIRMING INITIALS | 9. PERSON RECEIVING | 10. AMOUNT RETURNED | 11. CONFIRMING INITIALS | 12. BALANCE |
|---|---|---|---|---|---|---|---|
| 10/31/24 | 12 Vials | | | | N/A | | 12 Vials |
| 12/3/24 | 0 | 0 | | | N/A | | 12 Vials |
| 11/7/24 | 0 | 0 | | | N/A | | 12 Vials |
| 1/7/24 | 0 | 6 | | | 6 | | 6 vials |
| 3/25/25 | 0 | 0 | | | 0 | | 6 vials |
| 4/7/25 | 0 | 0 | | | 0 | | 6 vials |
| 4/21/25 | 6 Vials | 0 | | | 0 | | 12 vials |
| 5/2/25 | 0 | 0 | | | 4 | | 10 vials |
| 5/17/25 | 0 | 6 | | | 4 | N/A | 4 vials |
| 5/14/25 | 0 | 0 | | | N/A | | 4 vials |

DISTRIBUTION: Safety Hazard Manager; File

DOC000031



# FLAMMABLE TOXIC AND CAUSTIC INVENTORY / ISSUE LOG

State form 2173 (R / 9-98)

Name of material: PENTOBARBITOL

amount on hand at start of form: 0 - K JOKE

Name of facility: INDIANA STATE PRISON

2. Location: X-Ray, Chemical Safe

| DATE | 6. AMOUNT NEW RECEIPTS | 7. AMOUNT ISSUED | 8. CONFIRMING INITIALS | 9. PERSON RECEIVING | 10. AMOUNT RETURNED | 11. CONFIRMING INITIALS | 12. BALANCE |
|---|---|---|---|---|---|---|---|
| 10/26/24 | 15 Vials | | | | N/A | | 15 Vials |
| 11/7/24 | Ø | Ø | | Ø | N/A | | 15 Vials |
| 5/25 | Ø | Ø | | Ø | N/A | | 15 Vials |
| 9/25/25 | Ø | Ø | | Ø | N/A | | 15 Vials |
| 10/25 | Ø | 15 Ø | | Ø | Ø | | Ø Vials |

DISTRIBUTION: Safety Hazard Manager File

DOC 000032



# FLAMMABLE TOXIC AND CAUSTIC INVENTORY / ISSUE LOG

State Form 2173 (R / 9-98)

| 5. DATE | 6. AMOUNT NEW RECEIPTS | 7. AMOUNT ISSUED | 8. CONFIRMING INITIALS | 9. PERSON RECEIVING | 10. AMOUNT RETURNED | 11. CONFIRMING INITIALS | 12. BALANCE |
|---|---|---|---|---|---|---|---|
| 4/27/24 | 12 Vials | 0 | ▮ | ▮ | N/A | ▮ | 12 Vials |
| 7/3/24 | 0 | 0 | | | N/A | | 12 Vials |
| 11/1/24 | 0 | 0 | | | N/A | | 12 Vials |
| 12/12/24 | 0 | 0 | | | 0 | | 12 Vials |
| 3/5/25 | 0 | 0 | | | 0 | | 12 Vials |
| 4/2/25 | 0 | 0 | | | 0 | | 6 Vials |
| 4/10/25 | 6 Vials | 0 | | | 4 | | 10 Vials |
| 5/6/25 | 0 | 0 | | | 0 | | 4 Vials |
| 6-07-25 | 0 | | | | N/A | | 4 Vials |
| 8/4/25 | 0 | | | | N/A | | 4 Vials |
| 4/15/25 | 2 Vials | | | | N/A | | 6 Vials |

DISTRIBUTION: Safety Hazmat Manager, File

C000033

# FLAMMABLE TOXIC AND CAUSTIC INVENTORY / ISSUE LOG

State form 2173 (R / 6-99)

1. Name: _____ EMERGENCY DENTAL
2. Amount on hand at last count: Ø - None
2. Name of facility: Indiana State Prison

| 5. DATE | 6. AMOUNT NEW RECEIPTS | 7. AMOUNT ISSUED | 8. CONFIRMING INITIALS | 9. PERSON RECEIVING | 10. AMOUNT RETURNED | 11. CONFIRMING INITIALS | 12. BALANCE |
|---|---|---|---|---|---|---|---|
| 8/27/24 | 12 Vials | | ■ | ■ | N/A | ■ | 12 Vials |
| 2/6/25 | Ø | Ø | | | N/A | | 12 Vials |
| 11/3/24 | Ø | Ø | | | N/A | | 12 Vials |
| 12/17/24 | Ø | Ø | | | Ø | | 12 Vials |
| 3/5/25 | Ø | Ø | | | Ø | | 12 Vials |
| 4/2/25 | Ø | Ø | | | Ø | | 6 vials |
| 4/10/25 | 6 Vials | Ø | | | 4 Ø | | 10 vials |
| 5/6/25 | Ø | Ø | | | N/A | | 10 vials |
| 6/12/25 | | | | | N/A | | 4 vials |
| 8/14/25 | Ø | Ø | | | N/A | | 4 vials |
| 4/23/25 | 2 Vials | Ø | | | N/A | | 6 vials |

DISTRIBUTION: Safety Hazard Manager File

DOC000034

DOC000035

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS



January 18, 2024

DOC000036

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS



January 18, 2024

DOC000037

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS



January 18, 2024

DOC000038



# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS

January 18, 2024

DOC000039

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS



**January 18, 2024**

DOC000040

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS



January 18, 2024

DOC000041

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS

**January 18, 2024**





DOC000042

DOC000043

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS

January 18, 2024



DOC000044

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS



January 18, 2024

DOC000045

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS

January 18, 2024



DOC000046



# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

**IDHS**

**January 18, 2024**

DOC000047



# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS

January 18, 2024

DOC000048

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS

**January 18, 2024**



DOC000049

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS

**March 20th, 2025**



DOC000050

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS



March 20th, 2025

DOC000051

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS



March 20th, 2025

DOC000052

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS



March 20th, 2025

DOC000053

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS

March 20th, 2025



DOC000054

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS

March 20th, 2025



DOC000055

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS

March 20th, 2025



DOC000056

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS



March 20th, 2025

DOC000057

# CERTIFICTE OF ATTENDANCE

THIS ACKNOWLEDGES THAT

HAS SUCCESSFULLY COMPLETED THE

IV TRAINING AND EDUCATION

IDHS

March 20th, 2025





**From:**
**To:**
**Cc:**
**Subject:** certs
**Date:** Monday, March 11, 2024 12:22:41 PM
**Attachments:** CERTIFICTE OF ATTENDANCE -
CERTIFICTE OF ATTENDANCE -
CERTIFICTE OF ATTENDANCE -
CERTIFICTE OF ATTENDANCE -
CERTIFICTE OF ATTENDANCE -
CERTIFICTE OF ATTENDANCE -
CERTIFICTE OF ATTENDANCE -
CERTIFICTE OF ATTENDANCE -
CERTIFICTE OF ATTENDANCE -
CERTIFICTE OF ATTENDANCE -
CERTIFICTE OF ATTENDANCE -
CERTIFICTE OF ATTENDANCE -
CERTIFICTE OF ATTENDANCE -
CERTIFICTE OF ATTENDANCE -
image001.png
image002.png

Good afternoon,

I have attached certs for each of the students to this email.

Have a great day!

Indiana Department of Homeland Security

Cell: 3
Email:

**"Do Good. Be Good"**



**From:**
**Sent:** Monday, March 4, 2024 12:42 PM
**To:**
**Subject:** FW: Letter of completion

Good morning. I'm sorry, there was some miscommunication between          and myself. There is a mistake on a name of people that completed the class. It should be                . He also wanted me to ask if everyone was going to get an individual certificate?

Thank you for all your help!

**From:**                    >
**Sent:** Thursday, February 29, 2024 7:13 AM
**To:**                    >
**Subject:** FW: Letter of completion

Anyone missing?

DOC000058

██████████████

Indiana State Prison
1 Park Row
Michigan City, Indiana 46360
████████████████ – Office
FAX – 2█████████
██████████████

**From:** ████████████████████████████
**Sent:** Wednesday, February 28, 2024 3:51 PM
**To:** ████████████████████
**Subject:** Letter of completion

Good afternoon,

Hope you have been well. I forgot about sending you a letter to verify the students that had attended the IV training session in January. Please review the names on the letter for accuracy. There were a few names that I couldn't read on the sign in sheet. Let me know if there are any names that need correcting on the letter.

Sincerely,

████████████████████████

Indiana Department of Homeland Security

████████████

████████████████████████

Cell: ████████████
Email: ███████████████ v

**"Do Good. Be Good"**



# IV INITIATION AND EDUCATION
## Indiana Department of Corrections

Dear ████████,


This letter serves as evidence that the students listed below attended the *IV Training and Education Course* that was held at the *Michigan City State Prison* on *Thursday, January 18th, 2024*. This training was conducted by K████████████████████████████████████████ ████████ employees of IDHS ████████████.

This training was held from 10:30 AM until 15:00 hours at the Michigan City State Prison. The class involved: review of anatomy, preparing equipment to be used, donning, and doffing proper PPE, proper disinfection and site preparation, venipuncture demonstration, proper disposal of sharps and PPE, maintenance of IV, complications that may arise, and skills practice. The students watched videos, live demonstrations, and had the ability to practice initiating IVs on training arms and on live volunteers.


████████        ████████
████████████    ████████████
████████        ████████
████████        ████████
██████████████  ████████
████████        ████████████████
████████        ████████


Sincerely,


████████████████

IDHS ████████
████████████████████████



From: ████████
To: ████████
Cc:
Subject: RE: certificates
Date: Friday, March 21, 2025 12:06:58 PM
Attachments:

Good afternoon,

Thank you for allowing us to help train your employees. They were an excellent group and did a fantastic job! The new people caught on extremely quickly. We were impressed. We really enjoyed working with them.

Let us know if you need help in the future. I have attached the certificates from yesterday.

Have a great weekend!

Sincerely,

████████

Indiana Department of Homeland Security

████████
████████

Cell: ████████
Email: ████████

**"Do Good. Be Good"**



**From:** ██████████████
**Sent:** Thursday, March 20, 2025 3:06 PM
**To:** ██████████████████████████████
**Cc:** ██████████████████████
**Subject:** certificates

Thank you so much for coming out again to train our staff.  We appreciate your time!

The names for the certificates are:



Thanks again!

| Completed Internet Form - NOT FOR SUBMISSION<br>DEA/Control Number: ▮<br>Submission Date: Wed Oct 02 14:55:38 EDT 2024 | APPLICATION FOR REGISTRATION UNDER<br>CONTROLLED SUBSTANCES ACT OF 1970 | Form DEA 224A<br>Completed Internet Receipt.<br>NOT FOR SUBMISSION |
|---|---|---|
| **NAME: Applicant or Business (LAST)**<br>INDIANA STATE PRISON/ EXECUTION DIVISION | (First, MI) | Application Complete.<br>Tracking Number: ▮<br>Fee Paid: 0 |
| TAX IDENTIFYING NUMBER and/or<br>X | SOCIAL SECURITY NUMBER | For more information regarding<br>SSN/TIN, See Note 3 under<br>ADDITIONAL INFORMATION below |

PROPOSED BUSINESS ADDRESS. (When entering a P.O. box, you are required to enter a street address)
1 PARK ROW ST

| CITY MICHIGAN CITY | STATE IN    ZIP CODE 46360-6597 |
|---|---|
| APPLICANT'S BUSINESS PHONE NUMBER ▮ | |
| POC NAME ▮ | POC CELL PHONE NUMBER ▮ |
| REGISTRATION CLASSIFICATION | POC EMAIL ADDRESS ▮ |

| BUSINESS ACTIVITY: HOSPITAL/CLINIC | INDICATE HERE IF YOU REQUIRE<br>ORDER FORMS. N |
|---|---|
| Drug Schedules:            2  2N  3  3N  4 | |

**State License/Liability Information**

You must be currently authorized to prescribe, distribute, dispense, conduct research, or otherwise handle the controlled substances in the schedules for which you are applying under the laws of the state or jurisdiction in which you are operating or propose to operate. Failure to provide VALID and ACTIVE state licenses will be cause to declare the application as defective and it will be withdrawn **WITHOUT refund.**

| State License No. ▮ | State: IN | Expire Date: ▮ |
|---|---|---|
| State Controlled License No. ▮ | Expire Date: ▮ | |

| 1. Has the applicant ever been convicted of a crime in connection with controlled substance(s) under state or federal law, or been excluded or directed to be excluded from participation in a medicare or state health care program, or any such action pending? | N |
|---|---|
| 2. Has the applicant ever surrendered (for cause) or had a federal controlled substance registration revoked, suspended, restricted or denied, or is any such action pending? | N |
| 3. Has the applicant ever surrendered (for cause) or had a state professional license or controlled substance registration revoked, suspended, denied, restricted, or placed on probation, or is any such action pending? | N |
| 4. If the applicant is a corporation (other than a corporation whose stock is owned and traded by the public), association, partnership, or pharmacy, has any officer, partner, stockholder or proprietor been convicted of a crime in connection with controlled substance(s) under state or federal law, or ever surrendered or had a federal controlled substance registration revoked, suspended, restricted or denied, or ever had a state professional license or controlled substance registration revoked, suspended, denied, restricted, or placed on probation, or is any such action pending? | N |

**Registration Fee:**  Fee Exempt

| **Certification for Fee Exemption (if applicable)** | |
|---|---|
| Certifying Official's Name ▮ | Certifying Official's Title ▮ |
| Certifying Official's Phone ▮ | Certifying Official's Email ▮ |
| Name of Fee Exempt Institution | INDIANA STATE PRISON |

| **Practitioner Information (if applicable)** | |
|---|---|
| National Provider ID | |
| Date of Birth | Professional Degree |
| | Graduation Year<br>(Medical/Professional School) |
| Medical/Professional School | |

**Manufacturer Details (if applicable)**

| Category/Schedule | 1 | 2 | 2N | 3 | 3N | 4 | 5 | L1 |
|---|---|---|---|---|---|---|---|---|
| Bulk, Synthesizer - Extractor | | | | | | | | |
| Dosage Form | | | | | | | | |
| Repacker - Relabeler | | | | | | | | |
| Non-Human Consumption | | | | | | | | |

Page 1 of 2

DOC000063

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| ██████ | 11-30-2027 | Exempt |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N,3, 3N,4 | HOSPITAL/CLINIC | 10-30-2024 |

INDIANA STATE PRISON/ EXECUTION DIVISION
1 PARK ROW
MICHIGAN CITY, IN 463606597

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

---

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| ██████ | 11-30-2027 | Exempt |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N,3, 3N,4 | HOSPITAL/CLINIC | 10-30-2024 |

INDIANA STATE PRISON/ EXECUTION DIVISION
1 PARK ROW
MICHIGAN CITY, IN 463606597

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

Form DEA-223 (9/2016)

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| | 11-30-2027 | Exempt |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N,3, 3N,4 | HOSPITAL/CLINIC | 10-30-2024 |

INDIANA STATE PRISON/ EXECUTION DIVISION
1 PARK ROW
MICHIGAN CITY, IN 463606597

CONTROLLED SUBSTANCE/REGULATED CHEMICAL
REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.**

Form DEA-223/511 (9/2016)

**REPORT**

**CHANGES**

**PROMPTLY**

REQUESTING MODIFICATIONS TO YOUR REGISTRATION CERTIFICATE

To request a change to your registered name, address, the drug schedule or the drug codes you handle, please

1. visit our web site at deadiversion.usdoj.gov - or
2. call our customer Service Center at 1-(800) 882-9539 - or
3. submit your change(s) in writing to:
    **Drug Enforcement Administration**
    **P.O. Box 2639**
    **Springfield, VA 22152-2639**

See Title 21 Code of Federal Regulations, Section 1301.51 for complete instructions.

You have been registered to handle the following chemical/drug codes:

DOC000065

**Application Certification:**

**WARNING**: 21 USC 843(d), states that any person who knowingly or intentionally furnishes false or fraudulent information in the application is subject to a term of imprisonment of not more than 4 years, and a fine under Title 18 of not more than $250,000, or both.

By typing my full name in the space below, I hereby certify that the foregoing information furnished on this electronic DEA application is true and correct and understand that this constitutes an electronic signature for purposes of this electronic DEA application only.

\* Name of Applicant (For individual registrants, the registrant themselves MUST complete this E-Signature) or name of Officer of the Corporation/Company

e-Signature: █████████████

This electronic DEA application must be certified by the applicant/registrant, if an individual; by a partner of the applicant, if a partnership; or by an officer of the applicant, if a corporation, corporate division, association, trust, or other entity. See 21 C.F.R § 1301.13(j) for more information on who can certify this application

ADDITIONAL INFORMATION
Form 224A       Form 224A ApprovedOMB Form No. 1117-0014 Expires: 06/30/2026(12 minutes)

1. No registration will be issued unless a completed application form has been received (21 CFR 1301.13).
2. In accordance with the Paperwork Reduction Act of 1995, no person is required to respond to a collection of information unless it displays a valid OMB control number. The OMB number for this collection is (See Above). Public reporting burden for this collection of information is estimated to average (See Above) per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the information.
3. The Debt Collection Improvements Act of 1996 (31 U.S.C. §7701) requires that you furnish your Taxpayer Identification Number (TIN) or Social Security Number (SSN) on this application. This number is required for debt collection procedures if your fee is not collectible.
4. **PRIVACY ACT NOTICE:**
   Providing information other than your SSN or TIN is voluntary; however, failure to furnish it will preclude processing of the application. The authorities for collection of this information are §§302 and 303 of the Controlled Substances Act (CSA) (21 U.S.C. §§ 822 and 823). The principle purpose for which the information will be used is to register applicants pursuant to the CSA. The information may be disclosed to other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes, State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes, and person registered under the CSA for the purpose of verifying registration. For further guidance regarding how your information may be used or disclosed, and a complete list of the routine uses of this collection, please see the DEA System of Records Notice "Controlled Substances Act Registration Records" (DEA-005), 52 FR 47208, December 11, 1987, as modified.

DOC000066

OMB APPROVAL NO. 1117-0007                                          Expiration Date 04/30/2027

**U. S. DEPARTMENT OF JUSTICE – DRUG ENFORCEMENT ADMINISTRATION**
# REGISTRANT RECORD OF CONTROLLED SUBSTANCES DESTROYED
**FORM DEA-41**

## A. REGISTRANT INFORMATION

| | |
|---|---|
| Registered Name: INDiANA State PrisoN | DEA Registration Number ▉▉▉▉▉▉ |
| Registered Address: 1 PARK Row   IN    46360 | |
| City: MichiGAN City | State: | Zip Code: |
| Telephone Number: ▉▉▉▉▉▉ | Contact Name: |

## B. ITEM DESTROYED
### 1. Inventory

|  | National Drug Code or DEA Controlled Substances Code Number | Batch Number | Name of Substance | Strength | Form | Pkg. Qty. | Number of Full Pkgs. | Partial Pkg. Count | Total Destroyed |
|---|---|---|---|---|---|---|---|---|---|
| *Examples* | 16590-598-60 | N/A | Kadian | 60mg | Capsules | 60 | 2 | 0 | 120 Capsules |
| | 0555-0767-02 | N/A | Adderall | 5mg | Tablet | 100 | 0 | 83 | 83 Tablets |
| | 9050 | B02120312 | Codeine | N/A | Bulk | 1.25 kg | N/A | N/A | 1.25 kg |
| 1. | ▉▉▉▉▉▉ | | PENtobARbitAl | ▉▉▉▉▉▉ | | | | | |
| 2. | ▉▉▉▉▉▉ | | PentobARbitAl | ▉▉▉▉▉▉ | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |

### 2. Collected Substances

|  | Returned Mail-Back Package | Sealed Inner Liner | Unique Identification Number | Size of Sealed Inner Liner | Quantity of Packages(s)/Liner(s) Destroyed |
|---|---|---|---|---|---|
| *Examples* | X | | MBP1106, MBP1108 - MBP1110, MBP112 | N/A | 5 |
| | | X | CRL1007 - CRL1027 | 15 gallon | 21 |
| | | X | CRL1201 | 5 gallon | 1 |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

**Form DEA-41**                 *See instructions on reverse (page 2) of form.*

DOC000067

## C. METHOD OF DESTRUCTION

| Date of Destruction: | Method of Destruction: |
|---|---|
| 7-10-25 | POURED IN kitty litter |

Location or Business Name: INDIANA State Prison

| Address: 1 PARK Row | IN | 46360 |
|---|---|---|
| City: Michigan City | State: | Zip Code: |

## D. WITNESSES

I declare under penalty of perjury, pursuant to 18 U.S.C. 1001, that I personally witnessed the destruction of the above-described controlled substances to a non-retrievable state and that all of the above is true and correct.

| Printed name of first authorized employee witness: | Signature of first witness: | Date: 7-10-25 |
|---|---|---|
| Printe | | Date: 7-10-25 |

## E. INSTRUCTIONS

1.  Section A. REGISTRANT INFORMATION: The registrant destroying the controlled substance(s) shall provide their DEA registration number and the name and address indicated on their valid DEA registration, in addition to a current telephone number and a contact name, if different from the name on the valid DEA registration.

2.  Section B. (1) Inventory: This part shall be used by registrants destroying lawfully possessed controlled substances, other than those described in Section B(2). In each row, indicate the National Drug Code (NDC) for the controlled substance destroyed, or if the substance has no NDC, indicate the DEA Controlled Substances Code Number for the substance; if the substance destroyed is in bulk form, indicate the batch number, if available. In each row, indicate the name, strength, and form of the controlled substance destroyed, and the number of capsules, tablets, etc., that are in a full package (pkg. qty.). If destroying the full quantity of the controlled substance, indicate the number of packages destroyed (number of full pkgs.). If destroying a partial package, indicate the partial count of the capsules, tablets, etc. destroyed (partial pkg. count). If destroying a controlled substance in bulk form, indicate that the substance is in bulk form (form) and the weight of the substance destroyed (pkg. qty.). In each row, indicate the total number of each controlled substance destroyed (total destroyed).

3.  Section B. (2) Collected Substances: This part shall be used by registrants destroying controlled substances obtained through an authorized collection activity in accordance with 21 U.S.C. 822(g). In each row, indicate whether registrant is destroying a mail-back package or an inner liner. If destroying a mail-back package, enter each unique identification number separated by a comma and/or as a list in a sequential range and total quantity of packages being destroyed. If destroying an inner liner, enter each unique identification number separated by a comma and/or as a list in a sequential range based on the size of the liners destroyed and the total quantity of inner liners being destroyed. In the case of mail-back packages or inner liners received from a law enforcement agency which do not have a unique identification number or clearly marked size, include the name of the law enforcement agency and, if known, the size of the inner liner or package. DO NOT OPEN ANY MAIL-BACK PACKAGE OR INNER LINER; AN INVENTORY OF THE CONTENTS OF THE PACKAGES OR LINERS IS PROHIBITED BY LAW AND IS NOT REQUIRED BY THIS FORM.

4.  If additional space is needed for items destroyed in Section B, attach to this form additional page(s) containing the requested information for each controlled substance destroyed.

5.  Section C. METHOD OF DESTRUCTION: Provide the date, location, and method of destruction. The method of destruction must render the controlled substance to a state of non-retrievable and meet all applicable destruction requirements.

6.  Section D. WITNESSES: Two authorized employees must declare by signature, under penalty of perjury, that such employees personally witnessed the destruction of the controlled substances listed in Section B in the manner described in Section C.

7.  You are not required to submit this form to DEA, unless requested to do so. This form must be kept as a record of destruction and be available by the registrant for at least two years in accordance with 21 U.S.C. 827.

Paperwork Reduction Act Statement: The information collected on this form is necessary for DEA registrants to record controlled substances destroyed in accordance with the Controlled Substances Act (CSA). The records that DEA registrants maintain in accordance with the CSA must be kept and be available, for at least two years, for inspection and copying by officers or employees of the United States authorized by the Attorney General. 21 U.S.C. 827. DEA estimates that it will take approximately 30 minutes to complete this form, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The completion of this form by DEA registrants that destroy controlled substances is mandatory in accordance with 21 U.S.C. 827. Please note that an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Comments regarding this information collection, including suggestions for reducing the burden estimate, should be directed to the Drug Enforcement Administration, DEA Federal Register Representative/ODL, 8701 Morrissette Drive, Springfield, Virginia 22152.

OMB APPROVAL NO. 1117-0007

Expiration Date 04/30/2027

## U. S. DEPARTMENT OF JUSTICE – DRUG ENFORCEMENT ADMINISTRATION
## REGISTRANT RECORD OF CONTROLLED SUBSTANCES DESTROYED
### FORM DEA-41

### A. REGISTRANT INFORMATION

| Registered Name: INDIANA State Prison | DEA Registration Number ▓▓▓▓▓ |
|---|---|
| Registered Address: 1 PArk Row          IN | 46360 |
| City: Michigan city          State: | Zip Code: |
| Telephone Number: ▓▓▓▓▓ | Contact Name: |

### B. ITEM DESTROYED
#### 1. Inventory

| | National Drug Code or DEA Controlled Substances Code Number | Batch Number | Name of Substance | Strength | Form | Pkg. Qty. | Number of Full Pkgs. | Partial Pkg. Count | Total Destroyed |
|---|---|---|---|---|---|---|---|---|---|
| *Examples* | 16590-598-60 | N/A | Kadian | 60mg | Capsules | 60 | 2 | 0 | 120 Capsules |
| | 0555-0767-02 | N/A | Adderall | 5mg | Tablet | 100 | 0 | 83 | 83 Tablets |
| | 9050 | B02120312 | Codeine | N/A | Bulk | 1.25 kg | N/A | N/A | 1.25 kg |
| 1. | ▓▓▓▓▓ | | PentoBArbitAl | ▓▓▓▓▓ | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |

#### 2. Collected Substances

| | Returned Mail-Back Package | Sealed Inner Liner | Unique Identification Number | Size of Sealed Inner Liner | Quantity of Packages(s)/Liner(s) Destroyed |
|---|---|---|---|---|---|
| *Examples* | X | | MBP1106, MBP1108 - MBP1110, MBP112 | N/A | 5 |
| | | X | CRL1007 - CRL1027 | 15 gallon | 21 |
| | | X | CRL1201 | 5 gallon | 1 |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

Form DEA-41          *See instructions on reverse (page 2) of form.*

DEA-41 Pg. 2

## C. METHOD OF DESTRUCTION

| Date of Destruction: 6-6-25 | Method of Destruction: Burned / Fire |
|---|---|
| Location or Business Name: 1946, W. US HWY 40 | Putnamville Correctional Facility |
| Address: | |
| City: Greencastle | State: IN | Zip Code: 46135 |

## D. WITNESSES

**I declare under penalty of perjury, pursuant to 18 U.S.C. 1001, that I personally witnessed the destruction of the above-described controlled substances to a non-retrievable state and that all of the above is true and correct.**



## E. INSTRUCTIONS

1. <u>Section A. REGISTRANT INFORMATION</u>: The registrant destroying the controlled substance(s) shall provide their DEA registration number and the name and address indicated on their valid DEA registration, in addition to a current telephone number and a contact name, if different from the name on the valid DEA registration.

2. <u>Section B. (1) Inventory</u>: This part shall be used by registrants destroying lawfully possessed controlled substances, other than those described in Section B(2). In each row, indicate the National Drug Code (NDC) for the controlled substance destroyed, or if the substance has no NDC, indicate the DEA Controlled Substances Code Number for the substance; if the substance destroyed is in bulk form, indicate the batch number, if available. In each row, indicate the name, strength, and form of the controlled substance destroyed, and the number of capsules, tablets, etc., that are in a full package (pkg. qty.). If destroying the full quantity of the controlled substance, indicate the number of packages destroyed (number of full pkgs.). If destroying a partial package, indicate the partial count of the capsules, tablets, etc. destroyed (partial pkg. count). If destroying a controlled substance in bulk form, indicate that the substance is in bulk form (form) and the weight of the substance destroyed (pkg. qty.). In each row, indicate the total number of each controlled substance destroyed (total destroyed).

3. <u>Section B. (2) Collected Substances</u>: This part shall be used by registrants destroying controlled substances obtained through an authorized collection activity in accordance with 21 U.S.C. 822(g). In each row, indicate whether registrant is destroying a mail-back package or an inner liner. If destroying a mail-back package, enter each unique identification number separated by a comma and/or as a list in a sequential range and total quantity of packages being destroyed. If destroying an inner liner, enter each unique identification number separated by a comma and/or as a list in a sequential range based on the size of the liners destroyed and the total quantity of inner liners being destroyed. In the case of mail-back packages or inner liners received from a law enforcement agency which do not have a unique identification number or clearly marked size, include the name of the law enforcement agency and, if known, the size of the inner liner or package. DO NOT OPEN ANY MAIL-BACK PACKAGE OR INNER LINER; AN INVENTORY OF THE CONTENTS OF THE PACKAGES OR LINERS IS PROHIBITED BY LAW AND IS NOT REQUIRED BY THIS FORM.

4. If additional space is needed for items destroyed in Section B, attach to this form additional page(s) containing the requested information for each controlled substance destroyed.

5. <u>Section C. METHOD OF DESTRUCTION</u>: Provide the date, location, and method of destruction. The method of destruction must render the controlled substance to a state of non-retrievable and meet all applicable destruction requirements.

6. <u>Section D. WITNESSES</u>: Two authorized employees must declare by signature, under penalty of perjury, that such employees personally witnessed the destruction of the controlled substances listed in Section B in the manner described in Section C.

7. You are not required to submit this form to DEA, unless requested to do so. This form must be kept as a record of destruction and be available by the registrant for at least two years in accordance with 21 U.S.C. 827.

Paperwork Reduction Act Statement: The information collected on this form is necessary for DEA registrants to record controlled substances destroyed in accordance with the Controlled Substances Act (CSA). The records that DEA registrants maintain in accordance with the CSA must be kept and be available, for at least two years, for inspection and copying by officers or employees of the United States authorized by the Attorney General. 21 U.S.C. 827. DEA estimates that it will take approximately 30 minutes to complete this form, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The completion of this form by DEA registrants that destroy controlled substances is mandatory in accordance with 21 U.S.C. 827. Please note that an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Comments regarding this information collection, including suggestions for reducing the burden estimate, should be directed to the Drug Enforcement Administration, DEA Federal Register Representative/ODL, 8701 Morrissette Drive, Springfield, Virginia 22152.

DOC000070



DOC000072





Your local DEA office:
CHICAGO DIVISION
MERRILLVILLE OFFICE
Telephone: 571-362-6733

If you are *not* an ARCOS reporter, you are required to provide a copy of the executed order form to DEA (21 CFR 1305.13). You can email a copy of your order form to: dea.orderforms@usdoj.gov

INDIANA STATE PRISON/ EXECUTION DIVISION,
1 PARK ROW
MICHIGAN CITY, IN 46360-0000



# INSTRUCTIONS FOR DEA FORM 222 (see Title 21 CFR Part 1305 for details)

1. Purchasers and suppliers who use this form must have an active DEA registration that is not expired, revoked, or suspended. Both parties must be registered to handle the schedule 1 and 2 controlled substance(s) on the order form.

2. In accordance with 21 CFR 1305.06, an order for Schedule I and II controlled substances, whether on a DEA Form 222 or an electronic order, may be filled only by a person registered with DEA as a manufacturer or distributor.

3. In accordance with 21 CFR 1305.06(c), a person registered to dispense Schedule II substances may distribute the substances to another dispenser with either a DEA Form 222 or an electronic order only in the circumstances described in 21 CFR 1307.11.

4. Do not make erasures or alterations. A defective order form may not be corrected; it must be replaced by a new order form to be accepted. A supplier who receives a form that is incomplete, illegible, improperly prepared, or shows any sign of alteration should return it to the purchaser with the reason for refusal. The purchaser must void all defective forms and keep on file for two years after the date of the order form.

5. Order forms must be maintained separately from all other records for two years. The original must be kept on file by the supplier that fills the order for two years.

6. Lost or stolen order forms must be documented and reported to your local DEA office. See 21 CFR 1305.16 for details.

7. Unused order forms should be voided and returned to Drug Enforcement Administration, PO Box 2639, Springfield, VA 22152-2639. See 21 CFR 1305.18 for details.

8. For additional order forms, call the Customer Service Center at (800) 882-9539 or place your request on-line at www.deadiversion.usdoj.gov or contact the local DEA office.

## PART 1. PURCHASER INFORMATION

1. The purchaser fills out no more than twenty line items in this section. If more items are needed, use another form.

2. Only one item may be entered on a single line. Enter the number of packages, the size of the package, and the name of the item.

3. Enter the total number of line items ordered.

4. Incomplete order forms will be returned to the purchaser for completion before the supplier is allowed to fill it. See 21 CFR 1305.15 for details.

5. The form must be signed and dated by a person authorized to sign a registration application for the purchaser, or a person authorized to execute order forms for the purchaser by a power of attorney. An officer or agent signing on behalf of the purchasing registrant will indicate the signature authority immediately after the signature. For example, "attorney-in-fact", "by power of attorney", "designated agent", or "secretary" may be used.

6. The order form must be signed and dated by the purchaser on the day it is submitted for filling. Purchaser must make a copy of the order form for its records before mailing the original to the supplier.

## PART 2. SUPPLIER IDENTIFICATION - Enter the DEA number, name, and address of supplier.

## PART 3. ALTERNATE SUPPLIER IDENTIFICATION - An order form made out to a supplier who cannot fill all or part of the order within the time limitation may be endorsed to another supplier to fill. Enter the DEA number of the alternate supplier. The person authorized by the first supplier (named in part 2) to obtain and execute order forms must sign and date the endorsement. The first supplier must mail the original order form to the alternate supplier.

## PART 4. CONTROLLED SUBSTANCE SHIPMENT

1. This section is filled out by the supplier who actually fills the order. If the original supplier endorses this order to another supplier, then the alternate supplier will fill out this section.

2. Enter the number of packages furnished on each line item and the date shipped. The order may be filled in partial shipments up to 60 days after the date of the order form if it cannot be immediately supplied.

3. The controlled substance(s) may only be shipped to the purchaser and address preprinted on the order form.

4. Supplier must keep the original order form available for inspection for a period of two years.

## PART 5. CONTROLLED SUBSTANCE RECEIPT

1. The purchaser fills out this section on its copy of the original order form.

2. Enter the number of packages received and date received for each line item.

3. Purchaser must keep its copy of each executed order form and all copies of unaccepted or defective forms and any attached statements or other related documents available for inspection for a period of two years.

**In accordance with the Paperwork Reduction Act of 1995, no person is required to respond to a collection of information unless it displays a valid OMB control number. The OMB control number for this collection is 1117-0010. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.**



DEA FORM-222

U.S. OFFICIAL ORDER FORMS - SCHEDULES I & II
DRUG ENFORCEMENT ADMINISTRATION

OMB APPROVAL No. 1117-0010

PURCHASER INFORMATION

REGISTRATION INFORMATION

SUPPLIER DEA NUMBER#

ALTERNATE DEA #
(name in part 2), if order is endorsed to another supplier to fill

PART 5:
TO BE
FILLED IN BY
PURCHASER

PART 4: TO BE FILLED IN BY SUPPLIER

PART 1: TO BE FILLED IN BY PURCHASER

| ITEM | NO. OF PACKAGES | PACKAGE SIZE | NAME OF ITEM | NATIONAL DRUG CODE | NUMBER REC'D | DATE REC'D |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | PENTOBARBITAL | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

LAST LINE COMPLETED (MUST BE 20 OR LESS)

NUMBER SHIPPED    DATE SHIPPED

Your local DEA office:
CHICAGO DIVISION
MERRILLVILLE OFFICE
Telephone: 571-362-6733

If you are *not* an ARCOS reporter, you are required to provide a copy
of the executed order form to DEA (21 CFR 1305.13). You can email a
copy of your order form to: dea.orderforms@usdoj.gov



INDIANA STATE PRISON/ EXECUTION DIVISION.
1 PARK ROW
MICHIGAN CITY, IN 46360-0000



# INSTRUCTIONS FOR DEA FORM 222 (see Title 21 CFR Part 1305 for details)

1. Purchasers and suppliers who use this form must have an active DEA registration that is not expired, revoked, or suspended. Both parties must be registered to handle the schedule 1 and 2 controlled substance(s) on the order form.

2. In accordance with 21 CFR 1305.06, an order for Schedule I and II controlled substances, whether on a DEA Form 222 or an electronic order, may be filled only by a person registered with DEA as a manufacturer or distributor.

3. In accordance with 21 CFR 1305.06(c), a person registered to dispense Schedule II substances may distribute the substances to another dispenser with either a DEA Form 222 or an electronic order only in the circumstances described in 21 CFR 1307.11.

4. Do not make erasures or alterations. A defective order form may not be corrected; it must be replaced by a new order form to be accepted. A supplier who receives a form that is incomplete, illegible, improperly prepared, or shows any sign of alteration should return it to the purchaser with the reason for refusal. The purchaser must void all defective forms and keep on file for two years after the date of the order form.

5. Order forms must be maintained separately from all other records for two years. The original must be kept on file by the supplier that fills the order for two years.

6. Lost or stolen order forms must be documented and reported to your local DEA office. See 21 CFR 1305.16 for details.

7. Unused order forms should be voided and returned to Drug Enforcement Administration, PO Box 2639, Springfield, VA 22152-2639. See 21 CFR 1305.18 for details.

8. For additional order forms, call the Customer Service Center at (800) 882-9539 or place your request on-line at www.deadiversion.usdoj.gov or contact the local DEA office.

## PART 1. PURCHASER INFORMATION

1. The purchaser fills out no more than twenty line items in this section. If more items are needed, use another form.

2. Only one item may be entered on a single line. Enter the number of packages, the size of the package, and the name of the item.

3. Enter the total number of line items ordered.

4. Incomplete order forms will be returned to the purchaser for completion before the supplier is allowed to fill it. See 21 CFR 1305.15 for details.

5. The form must be signed and dated by a person authorized to sign a registration application for the purchaser, or a person authorized to execute order forms for the purchaser by a power of attorney. An officer or agent signing on behalf of the purchasing registrant will indicate the signature authority immediately after the signature. For example, "attorney-in-fact", "by power of attorney", "designated agent", or "secretary" may be used.

6. The order form must be signed and dated by the purchaser on the day it is submitted for filling. Purchaser must make a copy of the order form for its records before mailing the original to the supplier.

## PART 2. SUPPLIER IDENTIFICATION - Enter the DEA number, name, and address of supplier.

## PART 3. ALTERNATE SUPPLIER IDENTIFICATION - An order form made out to a supplier who cannot fill all or part of the order within the time limitation may be endorsed to another supplier to fill. Enter the DEA number of the alternate supplier. The person authorized by the first supplier (named in part 2) to obtain and execute order forms must sign and date the endorsement. The first supplier must mail the original order form to the alternate supplier.

## PART 4. CONTROLLED SUBSTANCE SHIPMENT

1. This section is filled out by the supplier who actually fills the order. If the original supplier endorses this order to another supplier, then the alternate supplier will fill out this section.

2. Enter the number of packages furnished on each line item and the date shipped. The order may be filled in partial shipments up to 60 days after the date of the order form if it cannot be immediately supplied.

3. The controlled substance(s) may only be shipped to the purchaser and address preprinted on the order form.

4. Supplier must keep the original order form available for inspection for a period of two years.

## PART 5. CONTROLLED SUBSTANCE RECEIPT

1. The purchaser fills out this section on its copy of the original order form.

2. Enter the number of packages received and date received for each line item.

3. Purchaser must keep its copy of each executed order form and all copies of unaccepted or defective forms and any attached statements or other related documents available for inspection for a period of two years.

**In accordance with the Paperwork Reduction Act of 1995, no person is required to respond to a collection of information unless it displays a valid OMB control number. The OMB control number for this collection is 1117-0010. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.**

DOC000076

**Temperature Log**

Desired Temperature Range 68-77 °

| Month | JANUARY | Year | 2025 |
|---|---|---|---|

| | AM Shift | | | | PM Shift | | |
|---|---|---|---|---|---|---|---|
| Day | Staff Name | Initials | Temp | | Staff Name | Initials | Temp |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | 71 | | | | 72° |
| 4 | | | 72 | | | | 72° |
| 5 | | | 72 | | | | 72° |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | 69 | | | | |
| 9 | | | 68 | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | 65 | | | | 63 |
| 14 | | | 65 | | | | 63.5 |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | 64 | | | | 64.4 |
| 18 | | | 66 | | | | 65 |
| 19 | | | 66 | | | | 65.2 |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | 62 | | | | 62.8 |
| 23 | | | 63 | | | | 63 |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | 63 | | | | 65 |
| 28 | | | 63 | | | | 65.7 |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | 64 | | | | |

**Temperature Log**

Desired Temperature Range 68-77 °

| Month | FEBRUARY | Year | 2025 |
|---|---|---|---|

| Day | AM Shift Staff Name | Initials | Temp | PM Shift Staff Name | Initials | Temp |
|---|---|---|---|---|---|---|
| 1 | | | 65 | | | |
| 2 | | | 65 | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | 64 | | | |
| 6 | | | 65 | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | 65 | | | |
| 11 | | | 65 | | | 159 |
| 12 | | | | | | 2300 |
| 13 | | | | | | |
| 14 | | | 67 | | | 65 |
| 15 | | | 66 | | | 65 |
| 16 | | | 66 | | | 65 |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | 64 | | | 62.8 |
| 20 | | | 67 | | | 46 |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | 66 | | | 65 |
| 25 | | | 66 | | | 46.6 |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | 67 | | | 67.3 |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |

DOC000078

**Temperature Log**

Desired Temperature Range 68-77 °

| Month | MARch | Year | 2025 |
|---|---|---|---|

| | AM Shift | | | | PM Shift | | |
|---|---|---|---|---|---|---|---|
| Day | Staff Name | Initials | Temp | | Staff Name | Initials | Temp |
| 1 | ███ | | 67 | | ███ | | 67 |
| 2 | ███ | | 67 | | ███ | | 67 |
| 3 | ███ | | | | ███ | | |
| 4 | ███ | | | | ███ | | |
| 5 | ███ | | 66 | | ███ | | 67 |
| 6 | ███ | | 67 | | ███ | | 67 |
| 7 | ███ | | 67.3 | | ███ | | |
| 8 | ███ | | 67.3 | | ███ | | |
| 9 | ███ | | 67.9 | | ███ | | |
| 10 | ███ | | 68 | | ███ | | 67 |
| 11 | ███ | | 66 | | ███ | | 67 |
| 12 | ███ | | 68.6 | | ███ | | |
| 13 | ███ | | 68.6 | | ███ | | |
| 14 | ███ | | 68 | | ███ | | 67.7 |
| 15 | ███ | | 68 | | ███ | | 67 |
| 16 | ███ | | 69 | | ███ | | 67 |
| 17 | ███ | | 68.4 | | ███ | | |
| 18 | ███ | | 68.9 | | ███ | | |
| 19 | ███ | | 68 | | ███ | | 67.7 |
| 20 | ███ | | 69 | | ███ | | 68.6 |
| 21 | ███ | | 68.6 | | ███ | | |
| 22 | ███ | | 68.4 | | ███ | | |
| 23 | ███ | | 68.9 | | ███ | | |
| 24 | ███ | | 68 | | ███ | | 69.1 |
| 25 | ███ | | 68 | | ███ | | -69. |
| 26 | ███ | | 68.9 | | ███ | | |
| 27 | ███ | | 68.4 | | ███ | | |
| 28 | ███ | | 68 | | ███ | | 67.5 |
| 29 | ███ | | 68 | | ███ | | 67 |
| 30 | ███ | | 68 | | ███ | | 67.5 |
| 31 | ███ | | 68.4 | | ███ | | |

## Temperature Log

Desired Temperature Range 68-77 °

| Month | April | Year | 2025 |
|-------|-------|------|------|

| Day | AM Shift Staff Name | Initials | Temp | PM Shift Staff Name | Initials | Temp |
|-----|---------------------|----------|------|---------------------|----------|------|
| 1 | | | 63.8 | | | 66 |
| 2 | | | 68 | | | 66 |
| 3 | | | 67 | | | 66.8 |
| 4 | | | 68.8 | | | 67 |
| 5 | | | 63.9 | | | |
| 6 | | | 69.0 | | | 68 |
| 7 | | | 67 | | | 68 |
| 8 | | | 68 | | | |
| 9 | | | 68.2 | | | |
| 10 | | | 68.9 | | | |
| 11 | | | 67 | | | 67 |
| 12 | | | 66 | | | 69 |
| 13 | | | 67 | | | 69.1 |
| 14 | | | 68.2 | | | 69.2 |
| 15 | | | 69.11 | | | |
| 16 | | | 69 | | | 70 |
| 17 | | | 67 | | | 70 |
| 18 | | | 68.2 | | | |
| 19 | | | 68.4 | | | |
| 20 | | | 70.2 | | | |
| 21 | | | 68 | | | 65 |
| 22 | | | 69 | | | 69.1 |
| 23 | | | 69 | | | |
| 24 | | | 68.6 | | | |
| 25 | | | 68 | | | 66.8 |
| 26 | | | 68 | | | 66. |
| 27 | | | 68 | | | 66.5 |
| 28 | | | 68.9 | | | |
| 29 | | | | | | |
| 30 | | | 67 | | | 66.1 |
| 31 | | | | | | |

DOC000080

## Temperature Log

Desired Temperature Range 68-77 °

| Month | MAY | Year | 2025 |
|---|---|---|---|

| Day | AM Shift Staff Name | Initials | Temp | PM Shift Staff Name | Initials | Temp |
|---|---|---|---|---|---|---|
| 1 | | | 66 | | | 67.3 |
| 2 | | | | | | 66.6 |
| 3 | | | | | | 66.4 |
| 4 | | | | | | 67 |
| 5 | | | 68 | | | 65.3 |
| 6 | | | 69 | | | 65.9 |
| 7 | | | | | | 65 |
| 8 | | | | | | 65 |
| 9 | | | 67 | | | 65.5° |
| 10 | | | 68 | | | 65.5 |
| 11 | | | 67 | | | 65.9 |
| 12 | | | 66.1 | | | 66 |
| 13 | | | 67.1 | | | 67 |
| 14 | | | 68 | | | 68 |
| 15 | | | 68 | | | 68. |
| 16 | | | 63.6 | | | 69 |
| 17 | | | 63.6 | | | 69 |
| 18 | | | 63.6 | | | 68.8 |
| 19 | | | 68 | | | 68 |
| 20 | | | 67 | | | 67 |
| 21 | | | 67 | | | 67 |
| 22 | | | | | | 868 |
| 23 | | | 68 | | | 66.1 |
| 24 | | | 67 | | | 65.9 |
| 25 | | | 67 | | | 66.2 |
| 26 | | | | | | 66.8 |
| 27 | | | | | | 66.4 |
| 28 | | | 67 | | | 66.6 |
| 29 | | | 67 | | | 168 |
| 30 | | | 67 | | | 66.7 |
| 31 | | | 67.3 | | | 66.6 |

## Temperature Log

Desired Temperature Range 68-77 °

| Month | June | | | Year | | | 2025 |
|---|---|---|---|---|---|---|---|

| Day | AM Shift Staff Name | Initials | Temp | PM Shift Staff Name | Initials | Temp |
|---|---|---|---|---|---|---|
| | | | 66.8 | | | |
| | | | 66 | | | 67.1 |
| | | | 67 | | | 67.9 |
| | | | 68.2 | | | 67.5 |
| | | | 67.9 | | | |
| | | | 68 | | | 68 |
| | | | 68 | | | 68.4 |
| 8 | | | 69 | | | 68.8 |
| | | | 68 | | | |
| 10 | | | 68.9 | | | 68.9 |
| 11 | | 2304 | 69.5 | | | |
| 12 | | 34m | 69.5 | | | |
| 13 | | 2304 | 69.3 | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | 69 | | | 69.7 |
| 17 | | | 70 | | | 70.2 |
| 18 | | | 70.2 | | | |
| 19 | | | 70.6 | | | |
| 20 | | | | | | 70.7 |
| 21 | | | 71 | | | 71.3 |
| 22 | | | 72 | | | 70 |
| 23 | | 72.2 | | | | |
| 24 | | 72.5 | | | | |
| 25 | | 73.1 | | | | 7.40 |
| 26 | | 73.1 | | | | 7.31 |
| 27 | | 73.1 | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | 73 | | | |
| 31 | | | | | | |

## Temperature Log

Desired Temperature Range 68-77 °

| Month | July | Year | 2025 |
|-------|------|------|------|

| Day | AM Shift Staff Name | Initials | Temp | PM Shift Staff Name | Initials | Temp |
|-----|---------------------|----------|------|---------------------|----------|------|
| 1 | | | 73 | | | 73.4 |
| 2 | | | 73.4 | | | |
| 3 | | | 73.3 | | | |
| 4 | | | 72 | | | 73.1 |
| 5 | | | 74 | | | 73.6 |
| 6 | | | 73 | | | 73.2 |
| 7 | | | | | | |
| 8 | | | 73.3 | | | |
| 9 | | | 77 | | | 73.1 |
| 10 | | | 76 | | | 73 |
| 11 | | | 73.1 | | | |
| 12 | | | 72.9 | | | |
| 13 | | | 72.9 | | | |
| 14 | | | 72.9 | | | |
| 15 | | | 71.6 | | | 72.9 |
| 16 | | | 73.1 | | | |
| 17 | | | 74.2 | | | |
| 18 | | | 72.5 | | | 72 |
| 19 | | | 71.8 | | | 73 |
| 20 | | | 72.5 | | | 72 |
| 21 | | | 72.5 | | | |
| 22 | | | 72.7 | | | |
| 23 | | | 73.1 | | | 73 |
| 24 | | | 72.7 | | | 73 |
| 25 | | | 72 | | | |
| 26 | | | 72.1 | | | |
| 27 | | | 72.2 | | | |
| 28 | | | 72.5 | | | 72 |
| 29 | | | 72.5 | | | 72.7 |
| 30 | | | 72.7 | | | |
| 31 | | | 72 | | | |

**Temperature Log**

Desired Temperature Range 68° - 77°

| Month | August | | | Year | 2025 | | |
|---|---|---|---|---|---|---|---|

| Day | AM Shift | | | Temp | PM Shift | | | Temp |
|---|---|---|---|---|---|---|---|---|
| | Staff Name | | Initials | | Staff Name | | Initials | |
| 1 | | | | 11.9 | | | | 71 |
| 2 | | | | 73.9 | | | | 71.4 |
| 3 | | | | 72.4 | | | | 71.4 |
| 4 | | | | 71.6 | | | | 71.6 |
| 5 | | | | 71.6 | | | | 71.6 |
| 6 | | | | 12.4 | | | | 71.5 |
| 7 | | | | 71.9 | | | | 71.4 |
| 8 | | | | 72.4 | | | | 72.9 |
| 9 | | | | 10.7 | | | | 73.3 |
| 10 | | | | 73.3 | | | | 73.6 |
| 11 | | | | 73.8 | | | | 71 |
| 12 | | | | 73.4 | | | | 73 |
| 13 | | | | | | | | 73.3 |
| 14 | | | | 73.1 | | | | 72 |
| 15 | | | | 73.7 | | | | |
| 16 | | | | 72.9 | | | | 73.1 |
| 17 | | | | 73.1 | | | | 73 |
| 18 | | | | 73.1 | | | | 72.9 |
| 19 | | | | 72.7 | | | | 72.4 |
| 20 | | | | 72.2 | | | | 72.8 |
| 21 | | | | 72.0 | | | | 72.5 |
| 22 | | | | 71.8 | | | | 71.8 |
| 23 | | | | 71.8 | | | | 72.0 |
| 24 | | | | | | | | 71.6 |
| 25 | | | | 71.7 | | | | 72.3 |
| 26 | | | | 71.9 | | | | 71.4 |
| 27 | | | | 71.8 | | | | 71.6 |
| 28 | | | | 71.2 | | | | 71.6 |
| 29 | | | | 71.9 | | | | 71.3 |
| 30 | | | | 71.1 | | | | 71.3 |
| 31 | | | | 70.9 | | | | 71.3 |

**Temperature Log**

Desired Temperature Range 68° - 77°

| Month | September | | | Year | 2025 | | |
|---|---|---|---|---|---|---|---|
| | AM Shift | | | PM Shift | | | |
| Day | Staff Name | Initials | Temp | Staff Name | Intials | Temp | |
| 1 | | | 71.1 | | | 7.3 | |
| 2 | | | 71.3 | | | 1.3 | |
| 3 | | | 70.7 | | | 71.3 | |
| 4 | | | 71 | | | 0.9 | |
| 5 | | | 70 | | | | |
| 6 | | | 70.6 | | | 1.4 | |
| 7 | | | 70 | | | 0.7 | |
| 8 | | | 71 | | | 70.4 | |
| 9 | | | 71 | | | 73.3 | |
| 10 | | | 70.4 | | | 73.1 | |
| 11 | | | 70.6 | | | 70.6 | |
| 12 | | | 71 | | | 70.9 | |
| 13 | | | 70 | | | 70.8 | |
| 14 | | | 71 | | | 70.9 | |
| 15 | | | 71.3 | | | 71.1 | |
| 16 | | | 71.3 | | | 71.3 | |
| 17 | | | 72 | | | 71.3 | |
| 18 | | | 72 | | | 71.3 | |
| 19 | | | 71.3 | | | 71.3 | |
| 20 | | | 71.5 | | | 71.5 | |
| 21 | | | 71.6 | | | 71.6 | |
| 22 | | | 71.6 | | | 71.6 | |
| 23 | | | 71 | | | | |
| 24 | | | 71.5 | | | 71.3 | |
| 25 | | | 71.3 | | | 71.1 | |
| 26 | | | 70 | | | | |
| 27 | | | 70 | | | | |
| 28 | | | 71 | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |

DOC000085