UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ROY LEE WARD,<br>  *Plaintiff*,<br> v.<br><br>LLOYD ARNOLD, COMMISSIONER INDIANA DEPARTMENT OF CORRECTION AND RON NEAL, WARDEN INDIANA STATE PRISON<br>  *Defendants*. | No. 3:25-cv-800-CCB-SJF |

**NOTICE REGARDING HEARING**

Defendants, Warden Ron Neal and Commissioner Lloyd Arnold, and Plaintiff Roy Lee Ward, in accordance with this Court's order (dkt. 59), provide the following:

1. The parties have come to an agreement that they believe will resolve this case in its entirety.

2. Accordingly, the parties request that the Court vacate the hearing set for October 1, 2025, and deny all pending motions as moot, without prejudice and with leave to refile if necessary.

3. The parties will file dismissal papers as soon as practicable.

The parties therefore provide notice of the above and will provide any necessary proposed orders as required by the Court.

                                          Respectfully submitted,

Date: October 1, 2025                 THEODORE E. ROKITA
                                        Indiana Attorney General
                                        Attorney No. 18857-49

                             By: */s/ Jefferson S. Garn*
                                  Jefferson S. Garn
                                  Deputy Attorney General
                                  Attorney No. 29921-49
                                  OFFICE OF ATTORNEY GENERAL TODD ROKITA
                                  Indiana Government Center South, 5th Floor
                                  302 West Washington Street
                                  Indianapolis, IN 46204-2770
                                  Phone: (317) 232-5933 Fax: (317) 232-7979
                                  Email: Jefferson.Garn@atg.in.gov

                                  *Counsel for Defendants*

                         /s/ Laurence E. Komp (with permission)
                              LAURENCE E. KOMP, MO. Bar #40446
                              MICHELLE M. LAW, MO. Bar #45487
                              Capital Habeas Unit Federal Public
                              Defender Western District of Missouri
                              1000 Walnut St., Ste. 600
                              Kansas City, MO 64106
                              (816) 675-0923
                              laurence_komp@fd.org
                              faith_tan@fd.org
                              michelle_law@fd.org

                              *Counsel for Petitioner*