UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **ROY LEE WARD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:25-CV-00800-CCB-SJF |
| | ) |
| **LLOYD ARNOLD, COMMISSIONER** | ) |
| **INDIANA DEPARTMENT OF** | ) |
| **CORRECTION AND** | ) |
| **RON NEAL, WARDEN** | ) |
| **INDIANA STATE PRISON,** | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' NOTICE OF FILING
### AMENDED DISCOVERY RESPONSES

The Court had ordered that the parties file their discovery and responses on an expedited basis as part of briefing the complaint, preliminary injunction motion, and motion for summary judgment. Dkt. 25. The defendants filed responses to the interrogatories in accordance with the Court's order on September 28, 2025, before noon. Dkt. 45, ex. 2. Upon reviewing the responses and conducting further investigation, the defendants learned that they inadvertently described the packaging incorrectly. Accordingly, the defendants are filing amended interrogatory responses. Specifically, the last sentences for responses to interrogatories 2 and 6 are deleted. Although the case is closed, the defendants served the amended responses to Plaintiff's counsel by email and are filing the discovery in accordance with this Court's previous order to file discovery with the Court.

Respectfully submitted,

THEODORE E. ROKITA
INDIANA ATTORNEY GENERAL
Attorney No. 18857-49

Date: <u>October 8, 2025</u>   By:   */s/ Jefferson S. Garn*
Jefferson S. Garn
Deputy Attorney General
Attorney No. 29921-49
OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-5933 Fax: (317) 232-7979
Email: Jefferson.Garn@atg.in.gov